Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
014448-0002

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>FARMERS GRAIN, LLC,<br><br>          Debtor. | Case No. 17-00450-TLM<br>Chapter 7 |
| NOAH G. HILLEN, Trustee,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARICH FARMS, LLC,<br><br>          Defendant. | Adversary No. 19-06009-TLM |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Clarich Farms, LLC

("Defendant"), the defendant the above-captioned case, hereby discloses that no party, directly or

indirectly, owns 10% or more of any class of the Defendant's equity interests.   Defendant

**CORPORATE OWNERSHIP STATEMENT - 1**                                    14617555.1

acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

DATED this 16th day of April, 2019.

GIVENS PURSLEY LLP

By   /s/ Randall A. Peterman
      Randall A. Peterman – Of the Firm
      Attorneys for Defendant

**CORPORATE OWNERSHIP STATEMENT - 2**

14617555.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April, 2019, I filed the foregoing **CORPORATE OWNERSHIP STATEMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Jed W. Manwaring**
jmanwaring@evanskeane.com
valerie@evanskeane.com

_/s/ Randall A. Peterman_
Randall A. Peterman

**CORPORATE OWNERSHIP STATEMENT - 3**                    14617555.1