Randall A. Peterman, ISB No. 1944
Melodie A. McQuade, ISB No. 9433
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
melodiemcquade@givenspursley.com
014448-0002

Attorneys for Defendant


UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>FARMERS GRAIN, LLC,<br><br>               Debtor. | Case No. 17-00450-TLM<br>Chapter 7 |
| NOAH G. HILLEN, Trustee,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARICH FARMS, LLC,<br><br>               Defendant. | Adversary No. 19-06009-TLM |


**DECLARATION OF RANDALL A. PETERMAN IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

         **RANDALL A. PETERMAN**, under penalty of perjury, hereby declares and states

as follows:


**DECLARATION OF RANDALL A. PETERMAN IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1**

14935938.1

1.      I am over eighteen years of age and I am counsel of record for defendant Clarich Farms, LLC ("Defendant") and, as such, I am in a position to know of the truthfulness of the matters contained in this declaration.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a bank statement dated January 31, 2017, for the account of Farmers Grain, LLC with Rabobank, N.A., produced by the Trustee in this matter and bates labeled Trustee 000002-000008.

I declare under penalty of perjury under the laws of the state of Idaho that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 7th day of January, 2020.


_____*/s/ Randall A. Peterman*_____
Randall A. Peterman

**DECLARATION OF RANDALL A. PETERMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2**

14935938.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2020, I filed the foregoing **DECLARATION OF RANDALL A. PETERMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Jed W. Manwaring**
jmanwaring@evanskeane.com
valerie@evanskeane.com

_/s/ Randall A. Peterman_
Randall A. Peterman

**DECLARATION OF RANDALL A. PETERMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 3**

14935938.1

# EXHIBIT A



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

| | |
|---|---|
| Account Number: | ████0350 |
| Last Statement: | December 30, 2016 |
| This Statement: | January 31, 2017 |
| Total days in statement period: | 32 |

Page 1 of 14

Direct inquiries to:    800-942-6222

RABOBANK
3800 CONCOURS SUITE 350
ONTARIO, CA 91764

**RETURN SERVICE REQUESTED**

FARMERS GRAIN, LLC
PO BOX 1568
NYSSA OR 97913-0068

Changes are coming! Effective February 20th, we are enhancing the look and feel of your account statements -- so you can focus on the information most imprtant to you. For questions about your statement, contact your local branch representative.

## Commercial Checking Account

| | | | | |
|---|---|---|---|---|
| Account number | ████0350 | Beginning balance | | $96,277.00 |
| Enclosures | 124 | Total additions | | $6,720,178.03 |
| Avg collected balance | $0.00 | Total subtractions | | $6,816,455.03 |
| | | **Ending balance** | | **$0.00** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 8386 | 01-24 | 23,496.17 | 9029 | 01-10 | 6,265.44 |
| 8513 * | 01-10 | 1,316.43 | 9030 | 01-06 | 7,566.11 |
| 8753 * | 01-12 | 1,098.61 | 9031 | 01-06 | 4,719.00 |
| 8877 * | 01-26 | 4,363.56 | 9032 | 01-09 | 11,824.82 |
| 8892 * | 01-04 | 29,395.59 | 9033 | 01-06 | 21,802.07 |
| 8894 * | 01-04 | 33,714.00 | 9034 | 01-09 | 85.35 |
| 8971 * | 01-04 | 287.92 | 9035 | 01-13 | 822.51 |
| 8986 * | 01-03 | 4,757.38 | 9036 | 01-12 | 229.48 |
| 9004 * | 01-03 | 4,667.32 | 9037 | 01-06 | 190.31 |
| 9010 * | 01-12 | 3,849.00 | 9038 | 01-09 | 384.94 |
| 9012 * | 01-31 | 1,500.00 | 9039 | 01-17 | 44.89 |
| 9013 | 01-05 | 19,541.68 | 9040 | 01-12 | 7.89 |
| 9014 | 01-09 | 2,000.00 | 9041 | 01-17 | 24,398.00 |
| 9015 | 01-12 | 275.00 | 9042 | 01-17 | 77.75 |
| 9016 | 01-12 | 140.00 | 9043 | 01-18 | 8.00 |
| 9017 | 01-04 | 4,119.54 | 9044 | 01-13 | 10,481.00 |
| 9018 | 01-10 | 74.30 | 9045 | 01-17 | 8,232.94 |
| 9019 | 01-13 | 115.25 | 9046 | 01-17 | 1,346.55 |
| 9020 | 01-09 | 377.98 | 9047 | 01-18 | 96.76 |
| 9021 | 01-09 | 165.00 | 9048 | 01-19 | 237.94 |
| 9022 | 01-06 | 4,546.53 | 9049 | 01-17 | 1,559.68 |
| 9023 | 01-09 | 708.18 | 9050 | 01-17 | 1,603.77 |
| 9024 | 01-11 | 150.00 | 9051 | 01-27 | 137.40 |
| 9025 | 01-06 | 12,500.00 | 9052 | 01-17 | 193.97 |
| 9026 | 01-25 | 4,355.26 | 9053 | 01-20 | 91.03 |
| 9027 | 01-11 | 1,613.81 | 9056 * | 01-25 | 6,256.18 |
| 9028 | 01-09 | 2,214.52 | 9057 | 01-18 | 1,312.08 |



Rabobank, N.A.· Member FDIC
www.rabobankamerica.com
rev 02-14

3036

FG 02668

Trustee 000002



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Account Number: �as0350
Statement Date: January 31, 2017
Page: 2 of 14

## CHECKS (Cont.)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 9058 | 01-20 | 2,639.59 | 9143 * | 01-03 | 28,804.38 |
| 9059 | 01-19 | 13,177.80 | 9149 * | 01-03 | 6,024.55 |
| 9060 | 01-18 | 10,232.18 | 9150 | 01-04 | 91,711.20 |
| 9061 | 01-17 | 6,303.82 | 9152 * | 01-03 | 2,254.00 |
| 9062 | 01-23 | 75.00 | 9153 | 01-03 | 26,196.86 |
| 9063 | 01-23 | 227.94 | 9154 | 01-03 | 10,083.70 |
| 9064 | 01-23 | 5,277.95 | 9155 | 01-04 | 7,243.28 |
| 9065 | 01-24 | 9,968.85 | 9156 | 01-11 | 7,130.43 |
| 9066 | 01-25 | 185.00 | 9157 | 01-04 | 556,247.47 |
| 9067 | 01-23 | 4,043.78 | 9158 | 01-04 | 210,782.78 |
| 9068 | 01-23 | 158.99 | 9159 | 01-09 | 42,067.71 |
| 9069 | 01-26 | 100.00 | 9160 | 01-09 | 8,674.70 |
| 9070 | 01-23 | 760.45 | 9161 | 01-09 | 207,846.56 |
| 9073 * | 01-27 | 361.22 | 9162 | 01-17 | 895.00 |
| 9075 * | 01-26 | 275.22 | 9163 | 01-19 | 10,954.24 |
| 9076 | 01-31 | 27,097.00 | 9165 * | 01-09 | 48,260.38 |
| 9078 * | 01-30 | 3,711.84 | 9166 | 01-17 | 67,477.13 |
| 9079 | 01-27 | 1,733.34 | 9167 | 01-18 | 1,085.11 |
| 9080 | 01-26 | 9,504.74 | 9168 | 01-25 | 18,676.46 |
| 9081 | 01-26 | 4,755.64 | 9169 | 01-17 | 210,988.45 |
| 9083 * | 01-26 | 4,589.24 | 9171 * | 01-17 | 90,100.00 |
| 9084 | 01-26 | 21,067.60 | 9172 | 01-13 | 155,073.23 |
| 9085 | 01-26 | 100.00 | 9173 | 01-13 | 37,781.00 |
| 9086 | 01-27 | 730.15 | 9174 | 01-13 | 68,555.60 |
| 9087 | 01-31 | 708.18 | 9175 | 01-19 | 489.59 |
| 9089 * | 01-31 | 74.75 | 9176 | 01-18 | 2,078.70 |
| 9090 | 01-31 | 873.88 | 9177 | 01-23 | 1,231.16 |
| 9093 * | 01-31 | 8,148.72 | 9178 | 01-23 | 76,760.60 |
| 9101 * | 01-09 | 86,394.99 | 9179 | 01-23 | 65,229.94 |
| 9103 * | 01-04 | 99,999.08 | 9180 | 01-23 | 16,417.44 |
| 9116 * | 01-09 | 55,732.22 | 9183 * | 01-30 | 12.00 |
| 9125 * | 01-03 | 141,494.41 | 9184 | 01-25 | 11,489.54 |
| 9132 * | 01-03 | 1,500.00 | 9185 | 01-27 | 53,669.89 |
| 9135 * | 01-03 | 500.00 | 9186 | 01-27 | 11,422.27 |
| 9136 | 01-09 | 1,500.00 | 9187 | 01-31 | 71.50 |

*Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 01-03 | WIRE TRANSFER - CHS INCFFC ACCT #1 20170103L2B77Y1C00 0376 | 1,218,730.50 |
| 01-04 | ACH DEBIT - Rabo AgriFinance COMM_LOAN 170104 | 18,265.29 |
| 01-04 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170104 274836717 | 57,108.53 |
| 01-05 | ACH DEBIT - IRS USATAXPYMT 170105 225740520799258 | 19,510.42 |
| 01-05 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170105 274836717 | 1.75 |
| 01-05 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170105 274836717 | 12,041.25 |
| 01-05 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 752,040.90 |
| 01-06 | ACH DEBIT - OR REVENUE DEPT TAXPAYMENT 170106 2973696 | 4,904.00 |
| 01-11 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 71,771.01 |
| 01-12 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170112 274836717 | 4,505.25 |
| 01-12 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 161,614.04 |
| 01-13 | ACCT ANALYSIS FEE - ACCT ANALYSIS FEE   FOR 12/16 | 419.09 |
| 01-13 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 35,390.32 |
| 01-18 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170118 274836717 | 1.75 |
| 01-18 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170118 274836717 | 7,552.50 |
| 01-18 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 456,308.92 |
| 01-19 | ACH DEBIT - EROAD ODOT 170119 | 418.38 |
| 01-19 | ACH DEBIT - SAIF EPAY SAIF Corp 170119 SFCVOL000250542 | 1,043.25 |

FG 02670

**Trustee 000003**



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Account Number:        ████0350
Statement Date:    January 31, 2017
Page:        3 of 14

## DEBITS (Cont.)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 01-24 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 349,512.98 |
| 01-26 | ACH DEBIT - CAPITAL ONE ONLINE PMT 170126 702539919003120 | 2,720.76 |
| 01-30 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 336,625.86 |
| 01-31 | ACH DEBIT - IRS USATAXPYMT 170131 225743120052971 | 55.19 |
| 01-31 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 356,803.78 |

## CREDITS

| Date | Description | Additions |
|------|-------------|----------:|
| 01-03 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 98,736.10 |
| 01-03 | WIRE TRANSFER - FARMERS GRAIN LLCE 20170103B1QGC08C00 6057 | 1,250,000.00 |
| 01-04 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 1,071,993.78 |
| 01-04 | REMOTE CAPTURE - 1 | 5,457.80 |
| 01-04 | REMOTE CAPTURE - 18 | 834,559.10 |
| 01-06 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 56,228.02 |
| 01-09 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 468,237.35 |
| 01-10 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 7,656.17 |
| 01-11 | REMOTE CAPTURE - 1 | 5,418.19 |
| 01-11 | REMOTE CAPTURE - 10 | 241,758.06 |
| 01-12 | REMOTE CAPTURE - 7 | 313,846.27 |
| 01-17 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 403,227.72 |
| 01-17 | REMOTE CAPTURE - 7 | 51,005.64 |
| 01-17 | REMOTE CAPTURE - 8 | 437,664.59 |
| 01-19 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 26,321.20 |
| 01-20 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 2,730.62 |
| 01-23 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 96,619.32 |
| 01-23 | REMOTE CAPTURE - 13 | 456,541.93 |
| 01-25 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 40,962.44 |
| 01-26 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 47,476.76 |
| 01-27 | TRANSFER - TRANSFER FROM RAF SWEEP  22108805 | 68,054.27 |
| 01-30 | REMOTE CAPTURE - 7 | 264,648.01 |
| 01-30 | REMOTE CAPTURE - 14 | 471,034.69 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 12-30 | 96,277.00 | 01-11 | 166,511.00 | 01-23 | 382,978.00 |
| 01-03 | 0.00 | 01-12 | 308,638.00 | 01-24 | 0.00 |
| 01-04 | 803,136.00 | 01-13 | 0.00 | 01-25 | 0.00 |
| 01-05 | 0.00 | 01-17 | 478,676.00 | 01-26 | 0.00 |
| 01-06 | 0.00 | 01-18 | 0.00 | 01-27 | 0.00 |
| 01-09 | 0.00 | 01-19 | 0.00 | 01-30 | 395,333.00 |
| 01-10 | 0.00 | 01-20 | 0.00 | 01-31 | 0.00 |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|----------------------:|-------------------:|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

*Thank you for banking with Rabobank*

FG 02671
**Trustee 000004**



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

| | |
|---|---|
| Account Number: | ████0350 |
| Last Statement: | December 30, 2016 |
| This Statement: | January 31, 2017 |
| Total days in statement period: | 32 |
| | Page 1 of 14 |
| Direct inquiries to: | 800-942-6222 |

RABOBANK
3800 CONCOURS SUITE 350
ONTARIO, CA 91764

**RETURN SERVICE REQUESTED**

FARMERS GRAIN, LLC
PO BOX 1568
NYSSA OR 97913-0068

Changes are coming! Effective February 20th, we are enhancing the look and feel of your account statements -- so you can focus on the information most imprtant to you. For questions about your statement, contact your local branch representative.

## Commercial Checking Account

| | | | | |
|---|---|---|---|---|
| Account number | ████0350 | Beginning balance | | $96,277.00 |
| Enclosures | 124 | Total additions | | $6,720,178.03 |
| Avg collected balance | $0.00 | Total subtractions | | $6,816,455.03 |
| | | **Ending balance** | | **$0.00** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 8386 | 01-24 | 23,496.17 | 9029 | 01-10 | 6,265.44 |
| 8513 * | 01-10 | 1,316.43 | 9030 | 01-06 | 7,566.11 |
| 8753 * | 01-12 | 1,098.61 | 9031 | 01-06 | 4,719.00 |
| 8877 * | 01-26 | 4,363.56 | 9032 | 01-09 | 11,824.82 |
| 8892 * | 01-04 | 29,395.59 | 9033 | 01-06 | 21,802.07 |
| 8894 * | 01-04 | 33,714.00 | 9034 | 01-09 | 85.35 |
| 8971 * | 01-04 | 287.92 | 9035 | 01-13 | 822.51 |
| 8986 * | 01-03 | 4,757.38 | 9036 | 01-12 | 229.48 |
| 9004 * | 01-03 | 4,667.32 | 9037 | 01-06 | 190.31 |
| 9010 * | 01-12 | 3,849.00 | 9038 | 01-09 | 384.94 |
| 9012 * | 01-31 | 1,500.00 | 9039 | 01-17 | 44.89 |
| 9013 | 01-05 | 19,541.68 | 9040 | 01-12 | 7.89 |
| 9014 | 01-09 | 2,000.00 | 9041 | 01-17 | 24,398.00 |
| 9015 | 01-12 | 275.00 | 9042 | 01-17 | 77.75 |
| 9016 | 01-12 | 140.00 | 9043 | 01-18 | 8.00 |
| 9017 | 01-04 | 4,119.54 | 9044 | 01-13 | 10,481.00 |
| 9018 | 01-10 | 74.30 | 9045 | 01-17 | 8,232.94 |
| 9019 | 01-13 | 115.25 | 9046 | 01-17 | 1,346.55 |
| 9020 | 01-09 | 377.98 | 9047 | 01-18 | 96.76 |
| 9021 | 01-09 | 165.00 | 9048 | 01-19 | 237.94 |
| 9022 | 01-06 | 4,546.53 | 9049 | 01-17 | 1,559.68 |
| 9023 | 01-09 | 708.18 | 9050 | 01-17 | 1,603.77 |
| 9024 | 01-11 | 150.00 | 9051 | 01-27 | 137.40 |
| 9025 | 01-06 | 12,500.00 | 9052 | 01-17 | 193.97 |
| 9026 | 01-25 | 4,355.26 | 9053 | 01-20 | 91.03 |
| 9027 | 01-11 | 1,613.81 | 9056 * | 01-25 | 6,256.18 |
| 9028 | 01-09 | 2,214.52 | 9057 | 01-18 | 1,312.08 |



Rabobank, N.A.· Member FDIC
www.rabobankamerica.com
rev 02-14

3036

FG 02668

**Trustee 000005**

**CHANGE OF ADDRESS**

You may change your address in writing or in person. If you prefer to change your address in writing, please include your name as it appears on your statement, your new address, city, state and ZIP, your account number and signature.

Mail to the bank address on the front of this statement.

**HOW TO BALANCE YOUR ACCOUNT**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark (✓)your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form at the right.
5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service of miscellaneous charge(s) from your check register balance.

For 24 hour account information or to report a lost or stolen VISA check card:
Call INFOLINE at
(800) 942-6222

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at (888) 945-6600, during regular business hours, or write us at
Rabobank, Bank Support
P.O. Box 6002, Arroyo Grande, CA 93421-6002

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Tell us the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**BILLING RIGHTS SUMMARY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL RESERVE ACCOUNT BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Rabobank, Bank Support, P.O. Box 6002, Arroyo Grande, CA 93421-6002 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**NOTICE: Important information about your Open End Credit Account (hereinafter referred to as "Account"), if any.**

1. The balance subject to a periodic FINANCE CHARGE is the sum of the daily balances of the account as defined below, during the period covered by the statement ("billing cycle").
2. Daily Balance Method:  We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, and add any new (advances/loans/purchases), and subtract any payments or credits, (and any unpaid finance charges).  This gives us the "daily balance".  Then, we multiply the daily balance each day of the billing cycle by the appropriate daily periodic rates. We then add up all of the daily interest charges to get your total interest charge.

Any charge for imported Checks includes State Sales Tax computed at the current rate, when applicable.

Descriptions of ACH items are printed as supplied by originating company.

| HOW TO BALANCE YOUR ACCOUNT | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| **ADD** | | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| **SUBTOTAL** | $ | |

| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
|---|---|---|
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** ⟶ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE    **BALANCE** | $ | |

FG 02669

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

02/14

**Trustee 000006**



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Account Number: ███████350
Statement Date: January 31, 2017
Page: 2 of 14

## CHECKS (Cont.)

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 9058 | 01-20 | 2,639.59 | 9143 * | 01-03 | 28,804.38 |
| 9059 | 01-19 | 13,177.80 | 9149 * | 01-03 | 6,024.55 |
| 9060 | 01-18 | 10,232.18 | 9150 | 01-04 | 91,711.20 |
| 9061 | 01-17 | 6,303.82 | 9152 * | 01-03 | 2,254.00 |
| 9062 | 01-23 | 75.00 | 9153 | 01-03 | 26,196.86 |
| 9063 | 01-23 | 227.94 | 9154 | 01-03 | 10,083.70 |
| 9064 | 01-23 | 5,277.95 | 9155 | 01-04 | 7,243.28 |
| 9065 | 01-24 | 9,968.85 | 9156 | 01-11 | 7,130.43 |
| 9066 | 01-25 | 185.00 | 9157 | 01-04 | 556,247.47 |
| 9067 | 01-23 | 4,043.78 | 9158 | 01-04 | 210,782.78 |
| 9068 | 01-23 | 158.99 | 9159 | 01-09 | 42,067.71 |
| 9069 | 01-26 | 100.00 | 9160 | 01-09 | 8,674.70 |
| 9070 | 01-23 | 760.45 | 9161 | 01-09 | 207,846.56 |
| 9073 * | 01-27 | 361.22 | 9162 | 01-17 | 895.00 |
| 9075 * | 01-26 | 275.22 | 9163 | 01-19 | 10,954.24 |
| 9076 | 01-31 | 27,097.00 | 9165 * | 01-09 | 48,260.38 |
| 9078 * | 01-30 | 3,711.84 | 9166 | 01-17 | 67,477.13 |
| 9079 | 01-27 | 1,733.34 | 9167 | 01-18 | 1,085.11 |
| 9080 | 01-26 | 9,504.74 | 9168 | 01-25 | 18,676.46 |
| 9081 | 01-26 | 4,755.64 | 9169 | 01-17 | 210,988.45 |
| 9083 * | 01-26 | 4,589.24 | 9171 * | 01-17 | 90,100.00 |
| 9084 | 01-26 | 21,067.60 | 9172 | 01-13 | 155,073.23 |
| 9085 | 01-26 | 100.00 | 9173 | 01-13 | 37,781.00 |
| 9086 | 01-27 | 730.15 | 9174 | 01-13 | 68,555.60 |
| 9087 | 01-31 | 708.18 | 9175 | 01-19 | 489.59 |
| 9089 * | 01-31 | 74.75 | 9176 | 01-18 | 2,078.70 |
| 9090 | 01-31 | 873.88 | 9177 | 01-23 | 1,231.16 |
| 9093 * | 01-31 | 8,148.72 | 9178 | 01-23 | 76,760.60 |
| 9101 * | 01-09 | 86,394.99 | 9179 | 01-23 | 65,229.94 |
| 9103 * | 01-04 | 99,999.08 | 9180 | 01-23 | 16,417.44 |
| 9116 * | 01-09 | 55,732.22 | 9183 * | 01-30 | 12.00 |
| 9125 * | 01-03 | 141,494.41 | 9184 | 01-25 | 11,489.54 |
| 9132 * | 01-03 | 1,500.00 | 9185 | 01-27 | 53,669.89 |
| 9135 * | 01-03 | 500.00 | 9186 | 01-27 | 11,422.27 |
| 9136 | 01-09 | 1,500.00 | 9187 | 01-31 | 71.50 |

*Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|------|-------------|--------------|
| 01-03 | WIRE TRANSFER - CHS INCFFC ACCT #1 20170103L2B77Y1C00 0376 | 1,218,730.50 |
| 01-04 | ACH DEBIT - Rabo AgriFinance COMM_LOAN 170104 | 18,265.29 |
| 01-04 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170104 274836717 | 57,108.53 |
| 01-05 | ACH DEBIT - IRS USATAXPYMT 170105 225740520799258 | 19,510.42 |
| 01-05 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170105 274836717 | 1.75 |
| 01-05 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170105 274836717 | 12,041.25 |
| 01-05 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 752,040.90 |
| 01-06 | ACH DEBIT - OR REVENUE DEPT TAXPAYMENT 170106 2973696 | 4,904.00 |
| 01-11 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 71,771.01 |
| 01-12 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170112 274836717 | 4,505.25 |
| 01-12 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 161,614.04 |
| 01-13 | ACCT ANALYSIS FEE - ACCT ANALYSIS FEE  FOR 12/16 | 419.09 |
| 01-13 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 35,390.32 |
| 01-18 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170118 274836717 | 1.75 |
| 01-18 | ACH DEBIT - INTUIT PAYROLL S QUICKBOOKS 170118 274836717 | 7,552.50 |
| 01-18 | TRANSFER - TRANSFER TO RAF SWEEP  22108805 | 456,308.92 |
| 01-19 | ACH DEBIT - EROAD ODOT 170119 | 418.38 |
| 01-19 | ACH DEBIT - SAIF EPAY SAIF Corp 170119 SFCVOL000250542 | 1,043.25 |

FG 02670

**Trustee 000007**



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Account Number: ███350
Statement Date: January 31, 2017
Page: 3 of 14

---

## DEBITS (Cont.)

| Date | Description | Subtractions |
|------|-------------|-------------|
| 01-24 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 349,512.98 |
| 01-26 | ACH DEBIT - CAPITAL ONE ONLINE PMT 170126 702539919003120 | 2,720.76 |
| 01-30 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 336,625.86 |
| 01-31 | ACH DEBIT - IRS USATAXPYMT 170131 225743120052971 | 55.19 |
| 01-31 | TRANSFER - TRANSFER TO RAF SWEEP   22108805 | 356,803.78 |

---

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 01-03 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 98,736.10 |
| 01-03 | WIRE TRANSFER - FARMERS GRAIN LLCE 20170103B1QGC08C00 6057 | 1,250,000.00 |
| 01-04 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 1,071,993.78 |
| 01-04 | REMOTE CAPTURE - 1 | 5,457.80 |
| 01-04 | REMOTE CAPTURE - 18 | 834,559.10 |
| 01-06 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 56,228.02 |
| 01-09 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 468,237.35 |
| 01-10 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 7,656.17 |
| 01-11 | REMOTE CAPTURE - 1 | 5,418.19 |
| 01-11 | REMOTE CAPTURE - 10 | 241,758.06 |
| 01-12 | REMOTE CAPTURE - 7 | 313,846.27 |
| 01-17 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 403,227.72 |
| 01-17 | REMOTE CAPTURE - 7 | 51,005.64 |
| 01-17 | REMOTE CAPTURE - 8 | 437,664.59 |
| 01-19 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 26,321.20 |
| 01-20 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 2,730.62 |
| 01-23 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 96,619.32 |
| 01-23 | REMOTE CAPTURE - 13 | 456,541.93 |
| 01-25 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 40,962.44 |
| 01-26 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 47,476.76 |
| 01-27 | TRANSFER - TRANSFER FROM RAF SWEEP   22108805 | 68,054.27 |
| 01-30 | REMOTE CAPTURE - 7 | 264,648.01 |
| 01-30 | REMOTE CAPTURE - 14 | 471,034.69 |

---

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-30 | 96,277.00 | 01-11 | 166,511.00 | 01-23 | 382,978.00 |
| 01-03 | 0.00 | 01-12 | 308,638.00 | 01-24 | 0.00 |
| 01-04 | 803,136.00 | 01-13 | 0.00 | 01-25 | 0.00 |
| 01-05 | 0.00 | 01-17 | 478,676.00 | 01-26 | 0.00 |
| 01-06 | 0.00 | 01-18 | 0.00 | 01-27 | 0.00 |
| 01-09 | 0.00 | 01-19 | 0.00 | 01-30 | 395,333.00 |
| 01-10 | 0.00 | 01-20 | 0.00 | 01-31 | 0.00 |

---

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|------|------|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

*Thank you for banking with Rabobank*

FG 02671
**Trustee 000008**