Jed W. Manwaring ISB #3040
EVANS KEANE LLP
1161 W. River Street, Suite 100
P. O. Box 959
Boise, Idaho  83701-0959
Telephone:  (208) 384-1800
Facsimile:   (208) 345-3514
E-mail:  jmanwaring@evanskeane.com

Attorneys for Trustee, Noah G. Hillen

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 17-00450-TLM |
| FARMERS GRAIN, LLC, | Chapter 7 |
| Debtor. | |
| NOAH G. HILLEN, Trustee, | Adv. Pro. No. 19-06009-TLM |
| Plaintiff, | |
| vs. | |
| CLARICH FARMS, LLC, | |
| Defendant. | |
| vs. | Adv. Proc. No. 19-06010-TLM |
| DESERET FARMS, INC., | |
| Defendant. | |
| vs. | Adv. Proc. No. 19-06011-TLM |
| FRAHM FARM, LLC, | |
| Defendant. | |

| | |
|---|---|
| vs. | Adv. Proc. No. 19-06013-TLM |
| **GW FARMS LLC,** | |
| **Defendant.** | |
| vs. | Adv. Proc. No. 19-06015-TLM |
| **PETERSON FARMS OF NYSSA, INC.,** | |
| **Defendant.** | |

## DECLARATION OF TRUSTEE NOAH G. HILLEN IN SUPPORT OF TRUSTEE'S MOTIONS FOR SUMMARY JUDGMENT

NOAH G. HILLEN, declares and states as follows:

1.      I am the Chapter 7 Trustee appointed in the above bankruptcy case and have personal knowledge of the facts stated below.  I have been serving as a Chapter 7 Bankruptcy Trustee since January 1, 2014 and have developed an expertise in this area of business.

2.      The Debtor Farmers Grain LLC ("Farmers Grain" or "Debtor") filed its Chapter 11 Bankruptcy Petition on April 18, 2017 and was converted to Chapter 7 on August 15, 2017.  I was appointed Trustee on August 16, 2017.  The public information and business records of the Debtor disclose that it operated as a grain and elevator business buying and selling wheat and corn from 2011 through August 15, 2017.

3.      I am the custodian of record for the documents and business records of Farmers Grain, having removed and secured them all documents from the business premises of Farmers Grain at Nyssa, OR.  I have reviewed many of the records and, so far as reasonably possible, kept them in the form and organization as they were kept at the business premises of the Debtor.   The attached Exhibits were included in and copied from those business records.

4.      Attached as Exhibit 1 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain check number 9179 issued to Clarich Farms dated on or about February 17, 2017.

5.      Attached as Exhibit 2 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain check number 5022 issued to Deseret Farms dated on or about March 28, 2017.

6.      Attached as Exhibit 3 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain check number 5021 issued to Frahm Farm dated on or about April 5, 2017.

7.      Attached as Exhibit 4 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain check number 9215 issued to GW Farms dated on or about April 5, 2017.

8.      Attached as Exhibit 5 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain check number 9205 issued to Peterson Farms dated on or about February 17, 2017.

9.      I have reviewed the Farmers Grain bank statements and verified that each of the above described checks were paid from and cleared the Debtor's bank account within 90 days of the Debtor's Petition date of April 18, 2017.

10.      Attached as Exhibit 6 is a true and correct copy of the file folder and its contents labeled "2016 Wheat Contracts" from the Debtor's business records.

11.      Attached as Exhibit 7 is a true and correct copy of the file folder and its contents labeled "2015 Wheat Contracts" from the Debtor's business records.

12.    Attached as Exhibit 8 are true and correct copies of excerpts of a "Shipment Listing by Commodity Report" taken from the Debtor's business records detailing substantial shipments of Soft White Wheat ("SWW") from Farmers Grain to other entities during and after the July SWW harvests in 2016 and 2015.

13.    I have reviewed the Proofs of Claim and assets of the Debtor in this case and determined that there will not be a 100 percent dividend payment to unsecured creditors. Therefore, the five payments to Defendants described above enabled the Defendants to receive more recovery than they would have otherwise received in a chapter 7 liquidation.

14.    As part of my regular and ordinary duties as an expert chapter 7 bankruptcy Trustee, I routinely investigate the Debtor's former business licenses and registrations with governmental agencies and interview former principals and employees, and I have done so in this case. Based upon the information or lack thereof, I have concluded and verified that Farmers Grain was not licensed, approved, bonded, or insured as a "public warehouse" or "warehouseman" in the State of Oregon during its existence and operation from 2011 through August 2017.

15.    In addition, I have reviewed the Oregon Secretary of State filings regarding the renewal of any O.R.S. §87.755 180-day statutory security interest on grain delivered by Defendants in July 2016 to Farmers Grain. I determined that none of the above Defendants filed a renewal of security interests with the Secretary of State pursuant to O.R.S. § 87.762(2) for SWW delivered to Farmers Grain in July 2016.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of January, 2020.

_____
Noah G. Hillen, Trustee

*DECLARATION OF TRUSTEE IN SUPPORT OF TRUSTEE'S MOTIONS FOR SUMMARY JUDGMENT - 4*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

**Melodie Annalise McQuade**  melodiemcquade@givenspursley.com, kendrah@givenspursley.com; kad@givenspursley.com

**Randall A. Peterman** rap@givenspursley.com, kad@givenspursley.com; wandawhite@givenspursley.com

　　　　　   /s/ Jed W. Manwaring
Jed W. Manwaring

Settled On: 01/14/2017
Printed On: 01/14/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:  728    COPY 1

Page:  1

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of: CLAFA
Clarich Farms, LLC
4181 Riverview Pl
Parma, ID  83660

From Acct. of: CLAFA
Clarich Farms, LLC
4181 Riverview Pl
Parma, ID  83660

Date Settled:    01/14/2017
Commodity:    **SWW Whole Wheat**
Ownership:    All Ownership Types
Action Code:    All Action Codes
Origin:

#### Ticket Detail

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | CLAFA's Portion | CLAFA's Stlmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FARMERS GRAIN** | | | | | | | | | | | | | | | |
| 01014224 | 7/9/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014233 | 7/9/16 | 48,620 | 24.31 | 24.31 | 24.31 | 24.310 | 9.10 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014246 | 7/9/16 | 32,320 | 16.16 | 16.16 | 16.16 | 16.160 | 9.90 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014259 | 7/9/16 | 43,060 | 21.53 | 21.53 | 21.53 | 21.530 | 9.60 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014356 | 7/15/16 | 30,840 | 15.42 | 15.42 | 15.42 | 15.420 | 10.50 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014371 | 7/15/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 11.80 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014388 | 7/15/16 | 33,180 | 16.59 | 16.59 | 16.59 | 16.590 | 10.00 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014509 | 7/18/16 | 46,740 | 23.37 | 23.37 | 23.37 | 23.370 | 9.60 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014527 | 7/18/16 | 34,380 | 17.19 | 17.19 | 17.19 | 17.190 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014599 | 7/19/16 | 43,960 | 21.98 | 21.98 | 21.98 | 21.980 | 9.10 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Amalgamated - FG** | | | | | | | | | | | | | | | |
| 11000009 | 7/15/16 | 43,880 | 21.94 | 21.94 | 21.94 | 21.940 | 10.60 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000011 | 7/15/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.80 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000018 | 7/15/16 | 33,600 | 16.80 | 16.80 | 16.80 | 16.800 | 9.00 | 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000029 | 7/16/16 | 45,480 | 22.74 | 22.74 | 22.74 | 22.740 | 9.50 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000041 | 7/16/16 | 34,180 | 17.09 | 17.09 | 17.09 | 17.090 | 9.90 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000051 | 7/16/16 | 28,980 | 14.49 | 14.49 | 14.49 | 14.490 | 9.90 | 56.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000061 | 7/16/16 | 31,420 | 15.71 | 15.71 | 15.71 | 15.710 | 10.30 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000089 | 7/16/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 9.50 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000074 | 7/18/16 | 32,420 | 16.21 | 16.21 | 16.21 | 16.210 | 9.40 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000077 | 7/18/16 | 30,380 | 15.19 | 15.19 | 15.19 | 15.190 | 10.20 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000084 | 7/18/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 8.70 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000091 | 7/18/16 | 42,860 | 21.43 | 21.43 | 21.43 | 21.430 | 9.70 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000092 | 7/18/16 | 34,920 | 17.46 | 17.46 | 17.46 | 17.460 | 9.20 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000097 | 7/18/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 9.20 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000106 | 7/18/16 | 32,520 | 16.26 | 16.26 | 16.26 | 16.260 | 9.50 | 56.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000118 | 7/18/16 | 34,140 | 17.07 | 17.07 | 17.07 | 17.070 | 9.00 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000121 | 7/18/16 | 31,780 | 15.89 | 15.89 | 15.89 | 15.890 | 9.20 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000135 | 7/19/16 | 29,020 | 14.51 | 14.51 | 14.51 | 14.510 | 9.20 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000141 | 7/19/16 | 31,740 | 15.87 | 15.87 | 15.87 | 15.870 | 9.50 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000145 | 7/19/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 9.50 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000161 | 7/20/16 | 34,640 | 17.32 | 17.32 | 17.32 | 17.320 | 10.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000165 | 7/20/16 | 33,620 | 16.81 | 16.81 | 16.81 | 16.810 | 9.80 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000168 | 7/20/16 | 14,100 | 7.05 | 7.05 | 7.05 | 7.050 | 9.50 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000169 | 7/20/16 | 32,180 | 16.09 | 16.09 | 16.09 | 16.090 | 9.80 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000171 | 7/20/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.90 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ticket Totals:** | | 1,189,640 | 594.82 | 594.82 | 594.82 | 594.82 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Settlement Totals and Weighted Avg Grades for CLAFA:    594.82  9.67 18.42  0.00  0.00  0.00    0.00    0.00    0.00    0.00

Net TON Settled:    594.82    Net TON Settled To Others:

#### Ticket Settlement And Disposition

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 594.82 | $112.3300 |



EXHIBIT
1

FG 35829

Settled On:    01/14/2017        **FINAL SCALE TICKET SETTLEMENT STATEMENT**                Page:      2
Printed On:    01/14/2017              SETTLEMENT #:    728    COPY 1

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

Gross TON Paid (less shrink): 594.82          Dockage: 0.00

* Settlement #: 728, 100.00% to Clarich Farms, LLC (CLAFA), 594.820 TON.

| | 594.82 |
|---|---|
| **Net TON Paid: 594.82** | |
| Settlement Summary | |
| Gross Owed | $66,816.13 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $1,586.19 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| **Net Paid** | **$65,229.94** |
| **Check Number** | **9179** |

**FG 35830**



| | |
|---|---|
| **Capture Date** | 20170123 |
| **Sequence Number** | 520051394 |
| **Serial Number** | 9179 |
| **Account Number** | 261150350 |
| **Optional Field 6** | 0 |
| **Amount** | $65,229.94 |
| **Routing Number** | 122238420 |
| **Transaction Code** | 800 |

FG 01222

Settled On: 03/28/2017
Printed On: 03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**

SETTLEMENT #:   777   COPY 1

Page:    1

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of: DESFA

Deseret Farms, Inc
PO Box 1585
Nyssa, OR  97913

From Acct. of: DESFA

Deseret Farms, Inc
PO Box 1585
Nyssa, OR  97913

| | |
|---|---|
| Date Settled: | 03/28/2017 |
| Commodity: | SWW Whole Wheat |
| Ownership: | All Ownership Types |
| Action Code: | All Action Codes |
| Origin: | ID |

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | DESFA's Portion | DESFA's Sttmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014088 | 7/7/16 | 32,140 | 16.07 | 16.07 | 16.07 | 16.070 | 10.70 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014095 | 7/7/16 | 34,740 | 17.37 | 17.37 | 17.37 | 17.370 | 11.70 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014097 | 7/7/16 | 30,340 | 15.17 | 15.17 | 15.17 | 15.170 | 10.70 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014101 | 7/7/16 | 33,020 | 16.51 | 16.51 | 16.51 | 16.510 | 11.00 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014102 | 7/7/16 | 31,780 | 15.89 | 15.89 | 15.89 | 15.890 | 11.20 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014107 | 7/8/16 | 31,960 | 15.98 | 15.98 | 15.98 | 15.980 | 9.90 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014108 | 7/8/16 | 32,480 | 16.24 | 16.24 | 16.24 | 16.240 | 10.70 | 60.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014109 | 7/8/16 | 31,640 | 15.82 | 15.82 | 15.82 | 15.820 | 11.10 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014121 | 7/8/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 10.40 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014146 | 7/8/16 | 34,320 | 17.16 | 17.16 | 17.16 | 17.160 | 10.70 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014149 | 7/8/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 10.20 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014158 | 7/8/16 | 34,820 | 17.41 | 17.41 | 17.41 | 17.410 | 12.50 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014168 | 7/8/16 | 33,340 | 16.67 | 16.67 | 16.67 | 16.670 | 10.10 | 61.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014174 | 7/8/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 14.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014206 | 7/9/16 | 33,320 | 16.66 | 16.66 | 16.66 | 16.660 | 10.20 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014207 | 7/9/16 | 34,040 | 17.02 | 17.02 | 17.02 | 17.020 | 9.40 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014215 | 7/9/16 | 32,220 | 16.11 | 16.11 | 16.11 | 16.110 | 10.10 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014216 | 7/9/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 9.80 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014243 | 7/9/16 | 33,100 | 16.55 | 16.55 | 16.55 | 16.550 | 10.70 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014250 | 7/9/16 | 33,160 | 16.58 | 16.58 | 16.58 | 16.580 | 10.20 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014260 | 7/9/16 | 35,240 | 17.62 | 17.62 | 17.62 | 17.620 | 10.00 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014272 | 7/9/16 | 33,380 | 16.69 | 16.69 | 16.69 | 16.690 | 9.90 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014386 | 7/15/16 | 34,880 | 17.44 | 17.44 | 17.44 | 17.440 | 9.80 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014401 | 7/15/16 | 31,560 | 15.78 | 15.78 | 15.78 | 15.780 | 11.30 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014413 | 7/15/16 | 26,920 | 13.46 | 13.46 | 13.46 | 13.460 | 11.00 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014423 | 7/15/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 10.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014430 | 7/15/16 | 30,280 | 15.14 | 15.14 | 15.14 | 15.140 | 10.70 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014439 | 7/16/16 | 33,500 | 16.75 | 16.75 | 16.75 | 16.750 | 10.20 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014449 | 7/16/16 | 32,380 | 16.19 | 16.19 | 16.19 | 16.190 | 10.20 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014482 | 7/16/16 | 30,500 | 15.25 | 15.25 | 15.25 | 15.250 | 10.20 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014490 | 7/16/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 10.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014497 | 7/16/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 10.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014504 | 7/16/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 10.70 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014516 | 7/18/16 | 31,920 | 15.96 | 15.96 | 15.96 | 15.960 | 9.50 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014534 | 7/18/16 | 31,240 | 15.62 | 15.62 | 15.62 | 15.620 | 9.60 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014544 | 7/18/16 | 30,080 | 15.04 | 15.04 | 15.04 | 15.040 | 9.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014552 | 7/18/16 | 20,060 | 10.03 | 10.03 | 10.03 | 10.030 | 10.50 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014584 | 7/18/16 | 29,860 | 14.93 | 14.93 | 14.93 | 14.930 | 10.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014572 | 7/18/16 | 32,680 | 16.34 | 16.34 | 16.34 | 16.340 | 9.80 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014579 | 7/18/16 | 32,460 | 16.23 | 16.23 | 16.23 | 16.230 | 9.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014586 | 7/18/16 | 35,020 | 17.51 | 17.51 | 17.51 | 17.510 | 9.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014594 | 7/19/16 | 33,500 | 16.75 | 16.75 | 16.75 | 16.750 | 9.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014596 | 7/19/16 | 28,140 | 14.07 | 14.07 | 14.07 | 14.070 | 9.50 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014605 | 7/19/16 | 32,100 | 16.05 | 16.05 | 16.05 | 16.050 | 9.30 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014615 | 7/19/16 | 32,460 | 16.23 | 16.23 | 16.23 | 16.230 | 9.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35754

**EXHIBIT**

**2**

Settled On:  03/28/2017  
Printed on:  03/28/2017

### FINAL SCALE TICKET SETTLEMENT STATEMENT
SETTLEMENT #:   777    COPY 1

Page:    2

### FARMERS GRAIN, LLC
PO BOX 1568  
255 KING AVE  
NYSSA, OR  97913  
Phone: 541-372-2201

| Ticket | Date | Weight | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014619 | 7/19/16 | 30,820 | 15.41 | 15.41 | 15.41 | 15.410 | 10.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014631 | 7/19/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 10.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014641 | 7/19/16 | 31,680 | 15.84 | 15.84 | 15.84 | 15.840 | 9.80 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014644 | 7/19/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 9.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014656 | 7/19/16 | 21,720 | 10.86 | 10.86 | 10.86 | 10.860 | 9.70 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014662 | 7/19/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 9.70 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014665 | 7/19/16 | 31,160 | 15.58 | 15.58 | 15.58 | 15.580 | 9.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014681 | 7/20/16 | 26,720 | 13.36 | 13.36 | 13.36 | 13.360 | 9.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014886 | 7/20/16 | 28,600 | 14.30 | 14.30 | 14.30 | 14.300 | 9.70 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014695 | 7/20/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 9.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014700 | 7/20/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.30 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014712 | 7/20/16 | 33,820 | 16.91 | 16.91 | 16.91 | 16.910 | 9.70 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014726 | 7/20/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 9.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014733 | 7/20/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 9.60 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014748 | 7/20/16 | 29,080 | 14.54 | 14.54 | 14.54 | 14.540 | 9.40 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014759 | 7/20/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.30 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014760 | 7/20/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014769 | 7/21/16 | 29,740 | 14.87 | 14.87 | 14.87 | 14.870 | 9.20 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014774 | 7/21/16 | 32,200 | 16.10 | 16.10 | 16.10 | 16.100 | 9.20 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014781 | 7/21/16 | 34,360 | 17.18 | 17.18 | 17.18 | 17.180 | 8.90 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014787 | 7/21/16 | 32,700 | 16.35 | 16.35 | 16.35 | 16.350 | 9.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014798 | 7/21/16 | 20,320 | 10.16 | 10.16 | 10.16 | 10.160 | 10.00 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014808 | 7/21/16 | 30,140 | 15.07 | 15.07 | 15.07 | 15.070 | 10.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014821 | 7/21/16 | 29,940 | 14.97 | 14.97 | 14.97 | 14.970 | 9.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014836 | 7/21/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.60 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014841 | 7/21/16 | 29,800 | 14.90 | 14.90 | 14.90 | 14.900 | 9.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014844 | 7/21/16 | 30,180 | 15.09 | 15.09 | 15.09 | 15.090 | 9.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014846 | 7/21/16 | 29,260 | 14.63 | 14.63 | 14.63 | 14.630 | 9.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014854 | 7/22/16 | 29,360 | 14.68 | 14.68 | 14.68 | 14.680 | 9.00 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014857 | 7/22/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 9.20 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014860 | 7/22/16 | 33,000 | 16.50 | 16.50 | 16.50 | 16.500 | 8.90 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014877 | 7/22/16 | 30,160 | 15.08 | 15.08 | 15.08 | 15.080 | 8.90 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014892 | 7/22/16 | 30,060 | 15.03 | 15.03 | 15.03 | 15.030 | 9.40 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014907 | 7/22/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 9.30 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014922 | 7/22/16 | 33,040 | 16.52 | 16.52 | 16.52 | 16.520 | 9.30 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014939 | 7/22/16 | 32,700 | 16.35 | 16.35 | 16.35 | 16.350 | 9.20 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014947 | 7/22/16 | 34,380 | 17.19 | 17.19 | 17.19 | 17.190 | 9.20 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014953 | 7/22/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 9.50 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014961 | 7/22/16 | 33,600 | 16.80 | 16.80 | 16.80 | 16.800 | 9.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014971 | 7/23/16 | 27,520 | 13.76 | 13.76 | 13.76 | 13.760 | 9.20 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014972 | 7/23/16 | 29,600 | 14.80 | 14.80 | 14.80 | 14.800 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014987 | 7/23/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.10 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015003 | 7/23/16 | 27,780 | 13.89 | 13.89 | 13.89 | 13.890 | 9.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015018 | 7/23/16 | 14,760 | 7.38 | 7.38 | 7.38 | 7.380 | 9.40 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015264 | 7/27/16 | 34,040 | 17.02 | 17.02 | 17.02 | 17.020 | 8.90 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015273 | 7/27/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.70 | 61.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015280 | 7/27/16 | 31,260 | 15.63 | 15.63 | 15.63 | 15.630 | 8.60 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015291 | 7/27/16 | 30,760 | 15.38 | 15.38 | 15.38 | 15.380 | 8.50 | 60.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015298 | 7/28/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 8.60 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015299 | 7/28/16 | 31,880 | 15.94 | 15.94 | 15.94 | 15.940 | 8.50 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015306 | 7/28/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 8.70 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015316 | 7/28/16 | 32,300 | 16.15 | 16.15 | 16.15 | 16.150 | 8.40 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015322 | 7/28/16 | 34,300 | 17.15 | 17.15 | 17.15 | 17.150 | 8.80 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015329 | 7/28/16 | 36,120 | 18.06 | 18.06 | 18.06 | 18.060 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015338 | 7/28/16 | 33,120 | 16.56 | 16.56 | 16.56 | 16.560 | 8.70 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35755

Settled On: 03/28/2017
Printed On: 03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:    777    COPY 1

Page:    3

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01015342 | 7/28/16 | 33,480 | 18.74 | 16.74 | 16.74 | 16.740 | 8.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015349 | 7/28/16 | 35,600 | 17.80 | 17.80 | 17.80 | 17.800 | 8.60 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015354 | 7/29/16 | 34,340 | 17.17 | 17.17 | 17.17 | 17.170 | 8.40 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015359 | 7/29/16 | 31,540 | 15.77 | 15.77 | 15.77 | 15.770 | 8.40 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015364 | 7/29/16 | 36,000 | 18.00 | 18.00 | 18.00 | 18.000 | 8.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015372 | 7/29/16 | 33,420 | 16.71 | 16.71 | 16.71 | 16.710 | 9.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015376 | 7/29/16 | 24,920 | 12.46 | 12.46 | 12.46 | 12.460 | 8.80 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015380 | 7/29/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.50 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015387 | 7/29/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 9.30 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015391 | 7/29/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 9.10 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015395 | 7/29/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.00 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015397 | 7/29/16 | 29,380 | 14.69 | 14.69 | 14.69 | 14.690 | 8.90 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015398 | 7/30/16 | 30,780 | 15.39 | 15.39 | 15.39 | 15.390 | 8.80 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015406 | 7/30/16 | 33,080 | 16.54 | 16.54 | 16.54 | 16.540 | 8.40 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015408 | 7/30/16 | 29,840 | 14.92 | 14.92 | 14.92 | 14.920 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015410 | 7/30/16 | 12,660 | 6.33 | 6.33 | 6.33 | 6.330 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015414 | 7/30/16 | 34,520 | 17.26 | 17.26 | 17.26 | 17.260 | 9.60 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015420 | 7/30/16 | 28,140 | 14.07 | 14.07 | 14.07 | 14.070 | 9.60 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015424 | 7/30/16 | 30,880 | 15.44 | 15.44 | 15.44 | 15.440 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015425 | 7/30/16 | 29,800 | 14.90 | 14.90 | 14.90 | 14.900 | 8.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015428 | 8/1/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 8.90 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015438 | 8/1/16 | 31,040 | 15.52 | 15.52 | 15.52 | 15.520 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015443 | 8/1/16 | 30,680 | 15.34 | 15.34 | 15.34 | 15.340 | 8.70 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015444 | 8/1/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 8.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015448 | 8/1/16 | 28,920 | 14.46 | 14.46 | 14.46 | 14.460 | 8.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015449 | 8/1/16 | 26,120 | 13.06 | 13.06 | 13.06 | 13.060 | 8.30 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015451 | 8/1/16 | 31,020 | 15.51 | 15.51 | 15.51 | 15.510 | 8.20 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01016453 | 8/1/16 | 32,520 | 16.26 | 16.26 | 16.26 | 16.260 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015458 | 8/1/16 | 32,160 | 16.08 | 16.08 | 16.08 | 16.080 | 8.80 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015459 | 8/1/16 | 31,680 | 15.84 | 15.84 | 15.84 | 15.840 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015460 | 8/1/16 | 32,760 | 16.38 | 16.38 | 16.38 | 16.380 | 8.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015464 | 8/2/16 | 33,900 | 16.95 | 16.95 | 16.95 | 16.950 | 8.10 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015465 | 8/2/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 8.00 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015469 | 8/2/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 8.20 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015470 | 8/2/16 | 32,800 | 16.40 | 16.40 | 16.40 | 16.400 | 8.20 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015473 | 8/2/16 | 33,960 | 16.98 | 16.98 | 16.98 | 16.980 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015476 | 8/2/16 | 32,300 | 16.15 | 16.15 | 16.15 | 16.150 | 8.80 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015480 | 8/2/16 | 30,180 | 15.09 | 15.09 | 15.09 | 15.090 | 8.60 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015481 | 8/3/16 | 26,300 | 13.15 | 13.15 | 13.15 | 13.150 | 8.40 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015487 | 8/3/16 | 27,860 | 13.93 | 13.93 | 13.93 | 13.930 | 8.60 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015495 | 8/3/16 | 12,340 | 6.17 | 6.17 | 6.17 | 6.170 | 8.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015500 | 8/3/16 | 31,940 | 15.97 | 15.97 | 15.97 | 15.970 | 8.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015501 | 8/3/16 | 19,340 | 9.67 | 9.67 | 9.67 | 9.670 | 9.80 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ticket Totals: | 4,382,580 | 2,191.29 | 2,191.29 | 2,191.29 | 2,191.29 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Settlement Totals and Weighted Avg Grades for DESFA:**     2,191.29   9.46 59.66  0.00  0.00    0.00    0.00  0.00  0.00

Net TON Settled:     2,191.29          Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 2,191.29 | $100.0800 |

FG 35756

Settled On:   03/28/2017
Printed On:   03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   777    COPY 1

Page:    4

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

2,191.29

Gross TON Paid (less shrink):  2,191.29          Dockage:  0.00

\* Settlement #:  777, 100.00% to Deseret Farms, Inc (DESFA), 2191.290 TON.

| Net TON Paid: 2,191.29 | |
| --- | --- |
| Settlement Summary | |
| Gross Owed | $219,304.30 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $12,855.56 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Net Paid | $206,448.74 |
| Check Number | 0 |

**FG 35757**



**FARMERS GRAIN LLC**
PO BOX 1588
NYSSA, OR 97813
541-372-2201

WELLS FARGO BANK, N.A.
www.wellsfargo.com
92-379/1241

**5022**

4/7/2017

PAY TO THE
ORDER OF___ Deseret Farms, Inc.        $ **206,448.74

Two Hundred Six Thousand Four Hundred Forty-Eight and 74/100******************************************** DOLLARS

Deseret Farms, Inc
PO Box 1585
Nyssa, OR 97913

MEMO

2016 Wheat Settlement 777 16W 1240

AUTHORIZED SIGNATURE

⑈000000502 2⑈  ⑆⑈241037991⑈  6399917076⑈

REQUEST 00007072315000000 206448.74
ROLL ECIA   20170410 000000286147400
JOB ECIA E ACCT 1130006399917076
REQUESTOR U592251
19176988 01/10/2018 Research 19187175

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

| | | |
|---|---|---|
| Settled On: | 04/04/2017 | |
| Printed On: | 04/04/2017 | |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:    781    COPY 1

Page:    1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of: FRAFA
Frahm Farm Inc
418 King Ave
Ontario, OR  97914

From Acct. of: FRAFA
Frahm Farm Inc
418 King Ave
Ontario, OR  97914

| | |
|---|---|
| Date Settled: | 04/04/2017 |
| Commodity: | **SWW Whole Wheat** |
| Ownership: | All Ownership Types |
| Action Code: | All Action Codes |
| Origin: | |

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | FRAFA's Portion | FRAFA's Stlmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014284 | 7/11/16 | 25,660 | 12.83 | 12.83 | 12.83 | 12.830 | 10.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014287 | 7/12/16 | 25,600 | 12.80 | 12.80 | 12.80 | 12.800 | 10.30 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014306 | 7/13/16 | 28,600 | 14.30 | 14.30 | 14.30 | 14.300 | 10.50 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014532 | 7/18/16 | 25,240 | 12.62 | 12.62 | 12.62 | 12.620 | 9.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014550 | 7/18/16 | 28,960 | 14.48 | 14.48 | 14.48 | 14.480 | 9.40 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014562 | 7/18/16 | 24,940 | 12.47 | 12.47 | 12.47 | 12.470 | 9.50 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014570 | 7/18/16 | 31,180 | 15.59 | 15.59 | 15.59 | 15.590 | 10.30 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014581 | 7/18/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.70 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014592 | 7/19/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 9.40 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014610 | 7/19/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 9.50 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014620 | 7/19/16 | 26,280 | 13.14 | 13.14 | 13.14 | 13.140 | 9.40 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014624 | 7/19/16 | 27,400 | 13.70 | 13.70 | 13.70 | 13.700 | 9.60 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014634 | 7/19/16 | 25,880 | 12.94 | 12.94 | 12.94 | 12.940 | 9.70 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014637 | 7/19/16 | 27,800 | 13.90 | 13.90 | 13.90 | 13.900 | 10.30 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014650 | 7/19/16 | 25,540 | 12.77 | 12.77 | 12.77 | 12.770 | 9.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014653 | 7/19/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 10.70 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014660 | 7/19/16 | 26,640 | 13.32 | 13.32 | 13.32 | 13.320 | 9.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014667 | 7/19/16 | 25,000 | 12.50 | 12.50 | 12.50 | 12.500 | 9.70 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014676 | 7/19/16 | 27,200 | 13.60 | 13.60 | 13.60 | 13.600 | 9.90 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014678 | 7/20/16 | 26,900 | 13.45 | 13.45 | 13.45 | 13.450 | 9.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014685 | 7/20/16 | 25,000 | 12.50 | 12.50 | 12.50 | 12.500 | 8.80 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014693 | 7/20/16 | 25,360 | 12.68 | 12.68 | 12.68 | 12.680 | 8.90 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014697 | 7/20/16 | 25,920 | 12.96 | 12.96 | 12.96 | 12.960 | 9.00 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014706 | 7/20/16 | 24,980 | 12.49 | 12.49 | 12.49 | 12.490 | 9.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014710 | 7/20/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 8.60 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014720 | 7/20/16 | 27,520 | 13.76 | 13.76 | 13.76 | 13.760 | 9.30 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014722 | 7/20/16 | 24,420 | 12.21 | 12.21 | 12.21 | 12.210 | 9.20 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014727 | 7/20/16 | 25,620 | 12.81 | 12.81 | 12.81 | 12.810 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014729 | 7/20/16 | 30,640 | 15.32 | 15.32 | 15.32 | 15.320 | 9.30 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014739 | 7/20/16 | 28,560 | 14.28 | 14.28 | 14.28 | 14.280 | 9.20 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014745 | 7/20/16 | 26,640 | 13.32 | 13.32 | 13.32 | 13.320 | 9.00 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014750 | 7/20/16 | 25,020 | 12.51 | 12.51 | 12.51 | 12.510 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014757 | 7/20/16 | 28,960 | 14.48 | 14.48 | 14.48 | 14.480 | 8.70 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014765 | 7/20/16 | 26,760 | 13.38 | 13.38 | 13.38 | 13.380 | 8.70 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014776 | 7/21/16 | 25,420 | 12.71 | 12.71 | 12.71 | 12.710 | 8.70 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014895 | 7/22/16 | 30,600 | 15.30 | 15.30 | 15.30 | 15.300 | 9.00 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014912 | 7/22/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 9.40 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014913 | 7/22/16 | 24,220 | 12.11 | 12.11 | 12.11 | 12.110 | 9.10 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014927 | 7/22/16 | 22,700 | 11.35 | 11.35 | 11.35 | 11.350 | 9.30 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014929 | 7/22/16 | 25,960 | 12.98 | 12.98 | 12.98 | 12.980 | 9.60 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014941 | 7/22/16 | 26,320 | 13.16 | 13.16 | 13.16 | 13.160 | 9.10 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014942 | 7/22/16 | 26,940 | 13.47 | 13.47 | 13.47 | 13.470 | 9.10 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014955 | 7/22/16 | 28,740 | 14.37 | 14.37 | 14.37 | 14.370 | 9.10 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014978 | 7/23/16 | 27,800 | 13.90 | 13.90 | 13.90 | 13.900 | 8.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014981 | 7/23/16 | 27,040 | 13.52 | 13.52 | 13.52 | 13.520 | 8.80 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35769

**EXHIBIT**
3
tabbies

Settled On: 04/04/2017                          **FINAL SCALE TICKET SETTLEMENT STATEMENT**                          Page:    2
Printed On: 04/04/2017                              SETTLEMENT #:    781    COPY 1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014995 | 7/23/16 | 26,160 | 13.08 | 13.08 | 13.08 | 13.080 | 8.90 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | |
| 11000099 | 7/18/16 | 25,400 | 12.70 | 12.70 | 12.70 | 12.700 | 10.30 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000107 | 7/18/16 | 25,500 | 12.75 | 12.75 | 12.75 | 12.750 | 9.60 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000119 | 7/18/16 | 27,220 | 13.61 | 13.61 | 13.61 | 13.610 | 9.30 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000122 | 7/19/16 | 26,300 | 13.15 | 13.15 | 13.15 | 13.150 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000129 | 7/19/16 | 25,800 | 12.90 | 12.90 | 12.90 | 12.900 | 10.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000136 | 7/19/16 | 26,360 | 13.18 | 13.18 | 13.18 | 13.180 | 9.40 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ticket Totals: | | 1,396,500 | 698.25 | 698.25 | 698.25 | 698.25 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Settlement Totals and Weighted Avg Grades for FRAFA:    698.25    9.39  52.14  0.00  0.00  0.00    0.00    0.00    0.00    0.00

Net TON Settled:    698.25    Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 698.25 | \$100.6700 |
| | | | | | | | 698.25 | |

Gross TON Paid (less shrink):  698.25          Dockage:  0.00

* Settlement #:  781, 100.00% to Frahm Farm Inc (FRAFA), 698.250 TON.

| Net TON Paid: 698.25 | |
|---|---|
| Settlement Summary | |
| Gross Owed | \$70,292.83 |
| Discount | \$0.00 |
| Drying | \$0.00 |
| Storage / Serv | \$4,515.35 |
| Sales Tax | \$0.00 |
| Check-Off | \$0.00 |
| Excise/Indemn | \$0.00 |
| Advances | \$0.00 |
| Freight | \$0.00 |
| Other Charges | \$0.00 |
| **Net Paid** | **\$65,777.48** |
| **Check Number** | **5021** |

**FG 35770**

FARMERS GRAIN LLC

5021

Frahm Farm Inc

| Date | Type | Reference | Original Amt. | Balance Due | 4/5/2017 Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 4/4/2017 | Bill | 16W 1244 | 65,777.48 | 65,777.48 | | 65,777.48 |

Check Amount          65,777.48

Wells Fargo Checking    2016 Wheat Settlement 781 16W 1244                    65,777.48

**FG 35771**



**FARMERS GRAIN LLC**
PO BOX 1568
NYSSA, OR 97913
541-372-2201

WELLS FARGO BANK, N.A.
www.wellsfargo.com
92-379/1241

5021

4/5/2017

PAY TO THE
ORDER OF    Frahm Farm Inc                                        $ **85,777.48

Sixty-Five Thousand Seven Hundred Seventy-Seven and 48/100************************************************    DOLLARS

Frahm Farm Inc
Rod Frahm
418 King Ave.
Ontario, OR. 97914

MEMO

2016 Wheat Settlement 781 16W 1244

AUTHORIZED SIGNATURE

⑈"000000 50 2⑈" ⑈:⑈2⑈⑈03799⑈: 63999170 76⑈"

15159000008810

For Deposit Only
699817846

REQUEST 00007072315000000 65777.48
ROLL ECIA   20170406  000008220018369
JOB ECIA  E  ACCT 1130006399917076
REQUESTOR U592251
19176988  01/10/2018 Research 19187175

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

Settled On:    03/04/2017
Printed On:    03/04/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   757   COPY 1

Page:    1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of: GWFAR
GW Farms
418 Commercial Ave
Nyssa, OR  97913

From Acct. of: GWFAR
GW Farms
418 Commercial Ave
Nyssa, OR  97913

| | |
|---|---|
| Date Settled: | 03/04/2017 |
| Commodity: | **SWW Whole Wheat** |
| Ownership: | All Ownership Types |
| Action Code: | All Action Codes |
| Origin: | |

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | GWFAR's Portion | GWFAR's Stmt Amt | Mois | Test | Fm | Dock | Dams | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FARMERS GRAIN** | | | | | | | | | | | | | | | |
| 01014055 | 7/6/16 | 25,380 | 12.69 | 12.69 | 12.69 | 12.690 | 8.80 | 61.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014068 | 7/7/16 | 35,020 | 17.51 | 17.51 | 17.51 | 17.510 | 8.80 | 61.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014070 | 7/7/16 | 31,540 | 15.77 | 15.77 | 15.77 | 15.770 | 9.00 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014074 | 7/7/16 | 32,260 | 16.13 | 16.13 | 16.13 | 16.130 | 8.90 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014078 | 7/7/16 | 31,880 | 15.94 | 15.94 | 15.94 | 15.940 | 9.30 | 61.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014080 | 7/7/16 | 29,500 | 14.75 | 14.75 | 14.75 | 14.750 | 9.20 | 61.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014085 | 7/7/16 | 29,100 | 14.55 | 14.55 | 14.55 | 14.550 | 9.20 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014090 | 7/7/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.30 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014099 | 7/7/16 | 25,780 | 12.89 | 12.89 | 12.89 | 12.890 | 9.00 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014104 | 7/7/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 8.80 | 60.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014134 | 7/8/16 | 31,300 | 15.65 | 15.65 | 15.65 | 15.650 | 9.00 | 60.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014138 | 7/8/16 | 24,560 | 12.28 | 12.28 | 12.28 | 12.280 | 10.60 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014143 | 7/8/16 | 26,680 | 13.34 | 13.34 | 13.34 | 13.340 | 10.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014151 | 7/8/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.30 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014173 | 7/8/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 11.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014247 | 7/9/16 | 28,660 | 14.33 | 14.33 | 14.33 | 14.330 | 11.10 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014252 | 7/9/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 11.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014266 | 7/9/16 | 29,280 | 14.64 | 14.64 | 14.64 | 14.640 | 9.90 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014273 | 7/9/16 | 29,760 | 14.88 | 14.88 | 14.88 | 14.880 | 10.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014335 | 7/14/16 | 30,600 | 15.30 | 15.30 | 15.30 | 15.300 | 11.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014344 | 7/14/16 | 29,900 | 14.95 | 14.95 | 14.95 | 14.950 | 11.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014361 | 7/15/16 | 32,320 | 16.16 | 16.16 | 16.16 | 16.160 | 10.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014372 | 7/15/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.80 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014384 | 7/15/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 11.30 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014802 | 7/21/16 | 33,700 | 16.85 | 16.85 | 16.85 | 16.850 | 9.00 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014974 | 7/23/16 | 27,740 | 13.87 | 13.87 | 13.87 | 13.870 | 8.50 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014990 | 7/23/16 | 23,820 | 11.91 | 11.91 | 11.91 | 11.910 | 8.40 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014997 | 7/23/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 8.50 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015001 | 7/23/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 8.80 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015008 | 7/23/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 8.80 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015014 | 7/23/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 8.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015024 | 7/23/16 | 29,860 | 14.93 | 14.93 | 14.93 | 14.930 | 8.80 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015028 | 7/23/16 | 29,440 | 14.72 | 14.72 | 14.72 | 14.720 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015042 | 7/25/16 | 28,380 | 14.19 | 14.19 | 14.19 | 14.190 | 8.60 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015048 | 7/25/16 | 25,520 | 12.76 | 12.76 | 12.76 | 12.760 | 8.80 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015067 | 7/25/16 | 29,540 | 14.77 | 14.77 | 14.77 | 14.770 | 8.50 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015076 | 7/25/16 | 29,460 | 14.73 | 14.73 | 14.73 | 14.730 | 9.10 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015087 | 7/25/16 | 29,080 | 14.54 | 14.54 | 14.54 | 14.540 | 8.70 | 56.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015094 | 7/25/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 9.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015116 | 7/25/16 | 29,840 | 14.92 | 14.92 | 14.92 | 14.920 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015128 | 7/25/16 | 29,400 | 14.70 | 14.70 | 14.70 | 14.700 | 8.90 | 55.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015132 | 7/26/16 | 28,020 | 14.01 | 14.01 | 14.01 | 14.010 | 8.80 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015152 | 7/26/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 8.70 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015153 | 7/29/16 | 18,100 | 9.05 | 9.05 | 9.05 | 9.050 | 8.90 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015166 | 7/26/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 10.30 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35872

**EXHIBIT**
**4**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settled On: | 03/04/2017 | | | | | | | | | | | | | | |
| Printed On: | 03/04/2017 | | | | | | | | | | | | | | |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   757   COPY 1

Page:   2

### FARMERS GRAIN, LLC

PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| Ticket | Date | Weight | Price | Price | Price | Price | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01015181 | 7/26/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 9.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015188 | 7/26/16 | 31,040 | 15.52 | 15.52 | 15.52 | 15.520 | 8.40 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015198 | 7/26/16 | 30,240 | 15.12 | 15.12 | 15.12 | 15.120 | 9.30 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015204 | 7/26/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 8.90 | 61.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015211 | 7/26/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.90 | 61.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015227 | 7/27/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 8.40 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015235 | 7/27/16 | 30,560 | 15.28 | 15.28 | 15.28 | 15.280 | 8.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015245 | 7/27/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015251 | 7/27/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.20 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015253 | 7/27/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.30 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015282 | 7/27/16 | 32,920 | 16.46 | 16.46 | 16.46 | 16.460 | 8.70 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015263 | 7/27/16 | 29,160 | 14.58 | 14.58 | 14.58 | 14.580 | 8.90 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015271 | 7/27/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 8.80 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015283 | 7/27/16 | 31,240 | 15.62 | 15.62 | 15.62 | 15.620 | 8.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015287 | 7/27/16 | 33,260 | 16.63 | 16.63 | 16.63 | 16.630 | 8.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015300 | 7/28/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 8.50 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015308 | 7/28/16 | 31,920 | 15.96 | 15.96 | 15.96 | 15.960 | 8.60 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015311 | 7/28/16 | 30,760 | 15.38 | 15.38 | 15.38 | 15.380 | 8.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015312 | 7/28/16 | 30,380 | 15.19 | 15.19 | 15.19 | 15.190 | 8.60 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015319 | 7/28/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 8.90 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015323 | 7/28/16 | 31,600 | 15.80 | 15.80 | 15.80 | 15.800 | 8.80 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015328 | 7/28/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.80 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015343 | 7/28/16 | 31,400 | 15.70 | 15.70 | 15.70 | 15.700 | 8.60 | 56.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015344 | 7/28/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 8.40 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015351 | 7/28/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 8.30 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015357 | 7/29/16 | 30,900 | 15.45 | 15.45 | 15.45 | 15.450 | 8.40 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015368 | 7/29/16 | 27,240 | 13.62 | 13.62 | 13.62 | 13.620 | 8.80 | 53.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015373 | 7/29/16 | 28,340 | 14.17 | 14.17 | 14.17 | 14.170 | 8.60 | 56.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015377 | 7/29/16 | 26,280 | 13.14 | 13.14 | 13.14 | 13.140 | 8.30 | 54.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015381 | 7/29/16 | 29,600 | 14.80 | 14.80 | 14.80 | 14.800 | 8.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015389 | 7/29/16 | 29,200 | 14.60 | 14.60 | 14.60 | 14.600 | 8.30 | 55.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015403 | 7/30/16 | 34,200 | 17.10 | 17.10 | 17.10 | 17.100 | 8.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | |
| 11000008 | 7/15/16 | 9,900 | 4.95 | 4.95 | 4.95 | 4.950 | 11.10 | 57.40 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000014 | 7/15/16 | 28,860 | 14.43 | 14.43 | 14.43 | 14.430 | 9.90 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000019 | 7/15/16 | 22,500 | 11.25 | 11.25 | 11.25 | 11.250 | 10.90 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000020 | 7/15/16 | 30,220 | 15.11 | 15.11 | 15.11 | 15.110 | 9.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000024 | 7/15/16 | 22,900 | 11.45 | 11.45 | 11.45 | 11.450 | 11.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000026 | 7/15/16 | 31,200 | 15.60 | 15.60 | 15.60 | 15.600 | 9.50 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000037 | 7/16/16 | 27,200 | 13.60 | 13.60 | 13.60 | 13.600 | 9.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000049 | 7/16/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000058 | 7/16/16 | 32,440 | 16.22 | 16.22 | 16.22 | 16.220 | 9.60 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000065 | 7/16/16 | 33,340 | 16.67 | 16.67 | 16.67 | 16.670 | 9.60 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000071 | 7/16/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 9.60 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000073 | 7/16/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 9.30 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000079 | 7/18/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 8.80 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000080 | 7/18/16 | 30,820 | 15.41 | 15.41 | 15.41 | 15.410 | 9.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000082 | 7/18/16 | 32,740 | 16.37 | 16.37 | 16.37 | 16.370 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000086 | 7/18/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 9.60 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000089 | 7/18/16 | 31,900 | 15.95 | 15.95 | 15.95 | 15.950 | 9.60 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000095 | 7/18/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 10.80 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000103 | 7/18/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.60 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000108 | 7/18/16 | 31,620 | 15.81 | 15.81 | 15.81 | 15.810 | 9.80 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000112 | 7/18/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.70 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000126 | 7/19/16 | 34,200 | 17.10 | 17.10 | 17.10 | 17.100 | 10.00 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**FG 35873**

| Settled On: | 03/04/2017 | | | | | **FINAL SCALE TICKET SETTLEMENT STATEMENT** | | | | | | | | Page: | 3 |
| Printed On: | 03/04/2017 | | | | | SETTLEMENT #:   757    COPY 1 | | | | | | | | | |

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11000131 | 7/19/16 | 25,540 | 12.77 | 12.77 | 12.77 | 12.770 | 9.70 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000138 | 7/19/16 | 28,400 | 14.20 | 14.20 | 14.20 | 14.200 | 9.40 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000142 | 7/19/16 | 33,480 | 16.74 | 16.74 | 16.74 | 16.740 | 9.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000149 | 7/19/16 | 27,720 | 13.86 | 13.86 | 13.86 | 13.860 | 9.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000152 | 7/19/16 | 28,460 | 14.23 | 14.23 | 14.23 | 14.230 | 8.70 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000154 | 7/19/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 8.70 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000156 | 7/19/16 | 28,620 | 14.31 | 14.31 | 14.31 | 14.310 | 8.70 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000159 | 7/19/16 | 30,220 | 15.11 | 15.11 | 15.11 | 15.110 | 8.70 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000160 | 7/20/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 8.70 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000164 | 7/20/16 | 28,240 | 14.12 | 14.12 | 14.12 | 14.120 | 9.10 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000170 | 7/20/16 | 34,700 | 17.35 | 17.35 | 17.35 | 17.350 | 9.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000175 | 7/20/16 | 34,760 | 17.38 | 17.38 | 17.38 | 17.380 | 8.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000181 | 7/20/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 9.00 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000184 | 7/20/16 | 34,660 | 17.33 | 17.33 | 17.33 | 17.330 | 9.00 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000187 | 7/20/16 | 33,380 | 16.69 | 16.69 | 16.69 | 16.690 | 9.00 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000189 | 7/20/16 | 30,400 | 15.20 | 15.20 | 15.20 | 15.200 | 8.90 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000191 | 7/20/16 | 36,120 | 18.06 | 18.06 | 18.06 | 18.060 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000195 | 7/21/16 | 28,920 | 14.46 | 14.46 | 14.46 | 14.460 | 8.30 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ticket Totals:** | | 3,492,720 | 1,746.36 | 1,746.36 | 1,746.36 | 1,746.36 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Settlement Totals and Weighted Avg Grades for GWFAR:**     1,746.36   9.20  39.03   0.00   0.00  0.00     0.00     0.00     0.00   0.00

Net TON Settled:     1,746.36              Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obi Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 1,746.36 | $108.0000 |
| | | | | | | | 1,746.36 | |

Gross TON Paid (less shrink): 1,746.36          Dockage: 0.00

\* Settlement #:  757, 100.00% to GW Farms (GWFAR), 1746.360 TON.

**Net TON Paid: 1,746.36**
Settlement Summary

| | |
|---|---|
| Gross Owed | $188,606.88 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $8,848.22 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| **Net Paid** | **$179,758.66** |
| | |
| **Check Number** | **9215** |

FG 35874



| | |
|---|---|
| Capture Date | 20170310 |
| Sequence Number | 520166503 |
| Serial Number | 9215 |
| Account Number | 261150350 |
| Optional Field 6 | 0 |
| Amount | $179,758.66 |
| Routing Number | 122238420 |
| Transaction Code | 800 |

FARMERS GRAIN, LLC
P.O. BOX 1848
NYSSA, OREGON 97913
(541) 372-2201

RABOBANK, N.A.
P.O. BOX 6002
ARROYO GRANDE, CA 93421-6002

90-3842/1222

9215

3/4/2017

PAY TO THE
ORDER OF    GW Farms                                    $  **179,758.66

One Hundred Seventy-Nine Thousand Seven Hundred Fifty-Eight and 66/100************************    DOLLARS

GW Farms
Troy Seward
418 Commercial Ave
Nyssa, OR 97913

MEMO                                    AUTHORIZED SIGNATURE

2016 Wheat Settlement 757 16W 1218

Settled On: 02/17/2017
Printed On: 02/17/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:  750    COPY 1

Page:    1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

To Acct. of: PETFA
Peterson Farms, Inc
2597 Hwy 201
Nyssa, OR 97913

From Acct. of: PETFA
Peterson Farms, Inc
2597 Hwy 201
Nyssa, OR 97913

Date Settled: 02/17/2017
Commodity: **SWW Whole Wheat**
Ownership: All Ownership Types
Action Code: All Action Codes
Origin:

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | PETFA's Portion | PETFA's Stmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FARMERS GRAIN** |
| 01014021 | 7/5/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.60 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014024 | 7/5/16 | 29,880 | 14.94 | 14.94 | 14.94 | 14.940 | 11.10 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014025 | 7/5/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 10.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014027 | 7/5/16 | 32,900 | 16.45 | 16.45 | 16.45 | 16.450 | 10.40 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014028 | 7/5/16 | 31,140 | 15.57 | 15.57 | 15.57 | 15.570 | 10.10 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014030 | 7/5/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 9.60 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014031 | 7/5/16 | 29,740 | 14.87 | 14.87 | 14.87 | 14.870 | 9.00 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014034 | 7/5/16 | 32,380 | 16.19 | 16.19 | 16.19 | 16.190 | 9.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014035 | 7/5/16 | 29,100 | 14.55 | 14.55 | 14.55 | 14.550 | 8.80 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014037 | 7/6/16 | 28,540 | 14.27 | 14.27 | 14.27 | 14.270 | 8.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014038 | 7/6/16 | 29,020 | 14.51 | 14.51 | 14.51 | 14.510 | 8.70 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014039 | 7/6/16 | 30,200 | 15.10 | 15.10 | 15.10 | 15.100 | 8.80 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014051 | 7/6/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 13.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014052 | 7/6/16 | 28,740 | 14.37 | 14.37 | 14.37 | 14.370 | 13.90 | 53.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014056 | 7/6/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 12.10 | 57.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014060 | 7/7/16 | 27,840 | 13.92 | 13.92 | 13.92 | 13.920 | 13.20 | 54.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014065 | 7/7/16 | 28,620 | 14.31 | 14.31 | 14.31 | 14.310 | 10.10 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014066 | 7/7/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 9.50 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014075 | 7/7/16 | 33,940 | 16.97 | 16.97 | 16.97 | 16.970 | 9.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014077 | 7/7/16 | 34,920 | 17.46 | 17.46 | 17.46 | 17.460 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014079 | 7/7/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 9.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014081 | 7/7/16 | 30,480 | 15.24 | 15.24 | 15.24 | 15.240 | 9.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014082 | 7/7/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 8.90 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014084 | 7/7/16 | 28,720 | 14.36 | 14.36 | 14.36 | 14.360 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014089 | 7/7/16 | 30,660 | 15.33 | 15.33 | 15.33 | 15.330 | 9.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014091 | 7/7/16 | 32,000 | 16.00 | 16.00 | 16.00 | 16.000 | 9.30 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014092 | 7/7/16 | 33,080 | 16.54 | 16.54 | 16.54 | 16.540 | 9.00 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014093 | 7/7/16 | 29,320 | 14.66 | 14.66 | 14.66 | 14.660 | 9.30 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014110 | 7/8/16 | 30,860 | 15.43 | 15.43 | 15.43 | 15.430 | 8.90 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014112 | 7/8/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 9.20 | 60.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014122 | 7/8/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 11.30 | 56.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014125 | 7/8/16 | 31,600 | 15.80 | 15.80 | 15.80 | 15.800 | 11.30 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014128 | 7/8/16 | 33,140 | 16.57 | 16.57 | 16.57 | 16.570 | 10.40 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014129 | 7/8/16 | 28,900 | 14.45 | 14.45 | 14.45 | 14.450 | 9.60 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014130 | 7/8/16 | 31,500 | 15.75 | 15.75 | 15.75 | 15.750 | 10.70 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014133 | 7/8/16 | 32,260 | 16.13 | 16.13 | 16.13 | 16.130 | 10.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014136 | 7/8/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 10.20 | 56.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014142 | 7/8/16 | 32,720 | 16.36 | 16.36 | 16.36 | 16.360 | 10.40 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014145 | 7/8/16 | 32,340 | 16.17 | 16.17 | 16.17 | 16.170 | 11.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014147 | 7/8/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 9.60 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014155 | 7/8/16 | 31,900 | 15.95 | 15.95 | 15.95 | 15.950 | 10.00 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014159 | 7/8/16 | 30,120 | 15.06 | 15.06 | 15.06 | 15.060 | 9.70 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014161 | 7/8/16 | 32,880 | 16.44 | 16.44 | 16.44 | 16.440 | 9.50 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014175 | 7/8/16 | 32,600 | 16.30 | 16.30 | 16.30 | 16.300 | 9.50 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014186 | 7/8/16 | 31,860 | 15.93 | 15.93 | 15.93 | 15.930 | 9.50 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35501

EXHIBIT
5

| Settled On: | 02/17/2017 |
| Printed On: | 02/17/2017 |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   750   COPY 1

Page:   2

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| Ticket | Date | Weight | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014192 | 7/8/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.80 61.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014196 | 7/8/16 | 27,220 | 13.61 | 13.61 | 13.61 | 13.610 | 10.40 58.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014203 | 7/9/16 | 25,280 | 12.63 | 12.63 | 12.63 | 12.630 | 9.10 58.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014209 | 7/9/16 | 28,400 | 14.20 | 14.20 | 14.20 | 14.200 | 10.10 58.30 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014211 | 7/9/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 9.70 59.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014213 | 7/9/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.80 59.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014214 | 7/9/16 | 32,280 | 16.13 | 16.13 | 16.13 | 16.130 | 9.70 57.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014221 | 7/9/16 | 30,480 | 15.24 | 15.24 | 15.24 | 15.240 | 9.60 58.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014222 | 7/9/16 | 33,300 | 16.65 | 16.65 | 16.65 | 16.650 | 9.80 60.60 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014223 | 7/9/16 | 33,140 | 16.57 | 16.57 | 16.57 | 16.570 | 9.90 58.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014225 | 7/9/16 | 30,540 | 15.27 | 15.27 | 15.27 | 15.270 | 10.20 59.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014228 | 7/9/16 | 32,840 | 16.42 | 16.42 | 16.42 | 16.420 | 9.80 59.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014234 | 7/9/16 | 31,760 | 15.88 | 15.88 | 15.88 | 15.880 | 9.70 58.60 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014236 | 7/9/16 | 32,720 | 16.36 | 16.36 | 16.36 | 16.360 | 9.90 59.50 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014237 | 7/9/16 | 33,780 | 16.89 | 16.89 | 16.89 | 16.890 | 10.00 58.50 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014238 | 7/9/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.90 59.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014239 | 7/9/16 | 33,300 | 16.65 | 16.65 | 16.65 | 16.650 | 9.80 60.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014244 | 7/9/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.80 59.20 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014245 | 7/9/16 | 31,200 | 15.60 | 15.60 | 15.60 | 15.600 | 9.70 60.30 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014248 | 7/9/16 | 32,140 | 16.07 | 16.07 | 16.07 | 16.070 | 9.50 58.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014251 | 7/9/16 | 32,860 | 16.43 | 16.43 | 16.43 | 16.430 | 9.40 60.60 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014253 | 7/9/16 | 31,620 | 15.81 | 15.81 | 15.81 | 15.810 | 9.40 59.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014258 | 7/9/16 | 32,440 | 16.22 | 16.22 | 16.22 | 16.220 | 9.20 58.30 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014264 | 7/9/16 | 34,140 | 17.07 | 17.07 | 17.07 | 17.070 | 9.20 59.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014268 | 7/9/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 9.20 59.60 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014308 | 7/13/16 | 28,100 | 14.05 | 14.05 | 14.05 | 14.050 | 13.30 57.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014375 | 7/15/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 11.00 55.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014378 | 7/15/16 | 31,680 | 15.83 | 15.83 | 15.83 | 15.830 | 11.00 54.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014380 | 7/15/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 11.00 57.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014387 | 7/15/16 | 28,520 | 14.26 | 14.26 | 14.26 | 14.260 | 11.00 57.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014391 | 7/15/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 10.90 58.10 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014438 | 7/15/16 | 30,080 | 15.04 | 15.04 | 15.04 | 15.040 | 9.30 59.50 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | |
| 11000004 | 7/9/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.20 58.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000005 | 7/9/16 | 31,220 | 15.61 | 15.61 | 15.61 | 15.610 | 9.30 57.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000006 | 7/15/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.80 58.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000010 | 7/15/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 10.40 57.50 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000016 | 7/15/16 | 31,840 | 15.92 | 15.92 | 15.92 | 15.920 | 9.40 57.30 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000022 | 7/15/16 | 30,860 | 15.43 | 15.43 | 15.43 | 15.430 | 9.20 57.70 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000023 | 7/15/16 | 30,580 | 15.29 | 15.29 | 15.29 | 15.290 | 9.00 56.30 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000030 | 7/18/16 | 28,100 | 14.05 | 14.05 | 14.05 | 14.050 | 9.00 57.10 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000034 | 7/18/16 | 29,760 | 14.88 | 14.88 | 14.88 | 14.880 | 9.70 58.50 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000036 | 7/18/16 | 29,200 | 14.60 | 14.60 | 14.60 | 14.600 | 9.90 56.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000040 | 7/18/16 | 29,780 | 14.89 | 14.89 | 14.89 | 14.890 | 9.60 57.70 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000044 | 7/18/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.40 58.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000048 | 7/18/16 | 30,040 | 15.02 | 15.02 | 15.02 | 15.020 | 9.60 58.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000050 | 7/18/16 | 28,020 | 14.01 | 14.01 | 14.01 | 14.010 | 9.50 56.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000053 | 7/18/16 | 27,240 | 13.62 | 13.62 | 13.62 | 13.620 | 9.10 58.10 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000056 | 7/18/16 | 29,360 | 14.68 | 14.68 | 14.68 | 14.680 | 9.50 56.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000059 | 7/18/16 | 30,520 | 15.26 | 15.26 | 15.26 | 15.260 | 9.60 58.00 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000060 | 7/18/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 9.40 58.60 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000064 | 7/18/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 9.40 58.80 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000066 | 7/18/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 9.40 58.40 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000068 | 7/18/16 | 29,160 | 14.58 | 14.58 | 14.58 | 14.580 | 9.40 57.90 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000070 | 7/18/16 | 22,320 | 11.16 | 11.16 | 11.16 | 11.160 | 9.30 56.70 | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35502

Settled On:    02/17/2017  
Printed On:    02/17/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**  
SETTLEMENT #:   750    COPY 1

Page:    3

**FARMERS GRAIN, LLC**  
PO BOX 1568  
255 KING AVE  
NYSSA, OR 97913  
Phone: 541-372-2201

| Ticket Totals: | 3,049,760 | 1,524.88 | 1,524.88 | 1,524.88 | 1,524.88 | | | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Settlement Totals and Weighted Avg Grades for PETFA:    1,524.88   9.87  46.24   0.00  0.00  0.00    0.00    0.00    0.00   0.00

Net TON Settled:    1,524.88          Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 1,524.88 | 115.0000 |
| | | | | | | | 1,524.88 | |

Gross TON Paid (less shrink): 1,524.88          Dockage: 0.00

\* Settlement #: 750, 100.00% to Peterson Farms, Inc (PETFA), 1524.880 TON.

| Net TON Paid: 1,524.88 | |
|---|---|
| Settlement Summary | |
| Gross Owed | $175,361.20 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $7,776.88 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| **Net Paid** | **$167,584.32** |
| **Check Number** | **9205** |

**FG 35503**



| | |
|---|---|
| Capture Date | 20170227 |
| Sequence Number | 530267412 |
| Serial Number | 9205 |
| Account Number | 261150350 |
| Optional Field 6 | 0 |
| Amount | $167,584.32 |
| Routing Number | 122238420 |
| Transaction Code | 800 |

| | |
|---|---|
| Capture Date | 20170227 |
| Sequence Number | 530267413 |
| Serial Number | 9206 |
| Account Number | 261150350 |
| Optional Field 6 | 0 |
| Amount | $5,526.30 |
| Routing Number | 122238420 |
| Transaction Code | 800 |





2016 Wheat
Controls

**EXHIBIT**

tabbies

**6**

FG 30010

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-34**

Date: **7/22/2016**

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **SW Wheat**

Quantity: **60 tons**     **(2,000 bu)**

Price per ton: **$139.00**     **(4.17/bu)**

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

*mailed   7-22-16*

FG 30011

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-31

Date: 6/7/2016

Grower: **Marshall Becker**

Seller Name: **Marshall Becker**

Address: **3383 Mud Flat Rd**

City, St, Zip: **Grand View, ID 83624**

Phone number: **(208) 867-9396**

Commodity: **SW Wheat**

Quantity: **75 tons**      **(2,500 bu)**

Price per ton: **$160.00**      **(4.80/bu)**

Contract month: **September 2016**

Destination: **Chris Unruh's bins.** Marshall to pay put-thru. (Farmers Grain, LLC to pick up from bins)

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

FG 30012

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-16

**Date:** 3/10/2016

**Grower:** DMC Farms

**Seller Name:** Dan Corn

**Address:** 550 King Ave

**City, St, Zip:** Ontario, OR 97914

**Phone number:** (208) 707-1538

**Commodity:** Wheat

**Quantity:** 600 tons    (20,000 bu)

**Price per ton:** $170.67    (5.12/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

   Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

*mailed 3-11-16*

FG 30013

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon                          Contract Year: 2016 crop

Vale, Oregon                          Contract number: 16W-1

Phone 541-372-2201                          Date: 10/5/2015

Grower: Brad Brudevold

Seller Name: Brad Brudevold

Address: 6500 SE 10th Ave

City, St, Zip: Caldwell, ID 83607

Phone number: 208-830-1887

Commodity: Wheat

Quantity: 180 tons          (6,000 bu)

Price per ton: $184.67          (5.54/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____          Seller: _____

Print Name: Anton Bradley Brudevold

Today's Date: 10/16/15

Crop Lien Holder: None

FG 30014

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-2

Date: 12/7/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons    (2,000 bu)

Price per ton: $184.67    (5.54/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.
3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Corn_

Print Name: _Bruce R Corn_

Today's Date: _11 Dec. 15_

Crop Lien Holder: _Columbia Bank_

FG 30015

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2016 crop
Contract number: 16W-3
Date: 12/10/2015

Grower: **Bruce Corn**
Seller Name: **Bruce Corn**
Address: **650 Hwy 20-26**
City, St, Zip: **Ontario, OR 97914**
Phone number: **(208) 707-1539**
Commodity: **Wheat**
Quantity: **60 tons**      (2,000 bu)
Price per ton: **$187.67**      (5.63/bu)
Contract month: **September 2016**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce RC_____
Print Name: _Bruce L Corn_
Today's Date: _14 Dec  15_
Crop Lien Holder: _Columbia  Bank_

FG 30016

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-4

Date: 1/12/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons    (2,000 bu)

Price per ton: $185.33    (5.56/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Corn_

Print Name: _Bruce Corn_

Today's Date: _15 Jan 16_

Crop Lien Holder: _Columbia Bank_

FG 30017

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-5

Date: 1/12/2016

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 300 tons        (10,000 bu)

Price per ton: $185.33        (5.56/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Jensen Farms LLC Kenneth Jensen_

Print Name: _Jensen Family LLC Kenneth Jensen_

Today's Date: _2-5-16_

Crop Lien Holder: _None_

FG 30018

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-6

Date: 1/13/2016

Grower: **Ensz Farms**

Seller Name: **Todd Ensz**

Address: **33621 Hwy 78**

City, St, Zip: **Grand View, ID 83624**

Phone number: **(208) 590-6220**

Commodity: **Wheat**

Quantity: **150 tons**        (5,000 bu)

Price per ton: **$178.67**        (5.36/bu)

Contract month: **September 2016**

Destination: **Chris Unruh's bins in Grand View.**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____Todd Ensz_____

Today's Date: _____1-15-16_____

Crop Lien Holder: _North West Farm Credit_

FG 30019

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-7

Date: 1/22/2016

Grower: Jack Post

Seller Name: Jack Post

Address: PO Box 298

City, St, Zip: Mountain Home, ID 83647

Phone number:

Commodity: Wheat

Quantity: 750 tons       (25,000 bu)

Price per ton: $179.67      (5.39/bu)

Contract month: September 2016

Destination: Chris Unruh's bins at Grand View, ID

Moisture: 12%   Wheat will be discounted if over 12% and may be rejected at buyers discretion.

Remarks: Payment to be made in September 2016 unless requested for a later date.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Juck Post_

Today's Date: _1-25-2016_

Crop Lien Holder: _Bennen Bank_

FG 30020

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-8

Date: 1/25/2016

Grower: Imperial Ag, Inc

Seller Name: Kevin Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (541) 212-0911

Commodity: Wheat

Quantity: 150 tons      (5,000 bu)

Price per ton: $181.67      (5.45/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Imperial Ag. Inc._

Print Name: _Kevin Corn_

Today's Date: _2/29/2016_

Crop Lien Holder: _Columbia State Bank_

FG 30021

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-9

Date: 1/26/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons          (2,000 bu)

Price per ton: $181.33          (5.44/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R. C____

Print Name: _Bruce Corn_

Today's Date: _01 Feb. 16_

Crop Lien Holder: _Columbia Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2016 crop
Contract number: 16W-10
Date: 2/4/2016

Grower: **Standage Farms**
Seller Name: **Larry Standage**
Address: **1725 Airport Rd**
City, St, Zip: **Vale, OR 97918**
Phone number: **(541) 881-6033**
Commodity: **Wheat**
Quantity: **500 tons**   (16,667 bu)
Price per ton: **$180.20**   (5.41/bu)
Contract month: **December 2016**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.
Payment to be made in December 2016 unless requested for a later date.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _Larry Standage_
Today's Date: _2-8-16_
Crop Lien Holder: _none_

FG 30023

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-11

Date: 2/17/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons    (2,000 bu)

Price per ton: $176.33    (5.29/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Bruce R. Corn_

Today's Date: _27 Feb 2016_

Crop Lien Holder: _Columbia Bank_

FG 30024

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-12

Date: 3/3/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**    (2,000 bu)

Price per ton: **$168.67**    (5.06/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _Bruce R. Corn_

Today's Date: _03 Mar 16_

Crop Lien Holder: _Columbia Bank_

FG 30025

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-13**

Date: **3/3/2016**

Grower: **Daryl Horst**

Seller Name: **Daryl Horst**

Address: **5605 Little Willow Rd**

City, St, Zip: **Payette, ID 83661**

Phone number: **208 739-0153**

Commodity: **Wheat**

Quantity: **225 tons**    (7,500 bu)

Price per ton: **$168.67**    (5.06/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _DARYL HORST_

Today's Date: _3-17-16_

Crop Lien Holder: _Columbia Bank_

FG 30026

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-14

Date: 3/7/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**        (2,000 bu)

Price per ton: **$170.33**        (5.11/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Bruce R. Co_____

Print Name: _Bruce R Corn_

Today's Date: _16 Men 2016_

Crop Lien Holder: _Columbia Bank_

FG 30027

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-15

Date: 3/10/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: 650 Hwy 20-26

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**       (2,000 bu)

Price per ton: **$170.67**       (5.12/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Bruce Corn_

Today's Date: _20 Mar. 16_

Crop Lien Holder: _Columbia Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-17

Date: 4/1/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $167.67       (5.03/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Mrs. Renae Corn_

Today's Date: _4/19/16_

Crop Lien Holder: _Columbia Bank_

FG 30029

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-18

**Date:** 4/18/2016

**Grower:** Bruce Corn

**Seller Name:** Bruce Corn

**Address:** 650 Hwy 20-26

**City, St, Zip:** Ontario, OR 97914

**Phone number:** (208) 707-1539

**Commodity:** Wheat

**Quantity:** 60 tons        (2,000 bu)

**Price per ton:** $167.00        (5.01/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Bruce Corn_

Print Name: _Mrs Renee Corn_

Today's Date: _5/11/16_

Crop Lien Holder: _Columbia Bank_

FG 30030

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-19

Date: 4/19/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**        (2,000 bu)

Price per ton: **$169.33**        (5.08/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Mrs Renae Corn_

Print Name: _Mrs. Renae Corn_

Today's Date: _5/11/16_

Crop Lien Holder: _Columbia Bank_

FG 30031

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-20

Date: 4/26/2016

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 300 tons      (10,000 bu)

Price per ton: $155.67      (4.67/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: 6-1-16

Crop Lien Holder: None

FG 30032

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
### Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-21

Date: 4/26/2016

Grower: Monte Heid

Seller Name: Monte Heid

Address: 5070 S Rd K

City, St, Zip: Vale, OR 97918

Phone number: (541) 216-9177

Commodity: Wheat

Quantity: 100 tons      (3,333 bu)

Price per ton: $155.67      (4.67/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Monte Heid_

Today's Date: _5-15-16_

Crop Lien Holder: _____

FG 30033

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-22

Date: 5/13/2016

Grower: **Scott Gressley**

Seller Name: **Scott Gressley**

Address: **1093 Foothill Dr.**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 881-6162**

Commodity: **SW Wheat**

Quantity: **300 tons**      (10,000 bu)

Price per ton: **$150.33**      (4.51/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Scott R Gressley_

Print Name: _SCOTT R. GRESSLEY_

Today's Date: _5-23-16_

Crop Lien Holder: _NW FARM CREDIT_

FG 30034

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-23

Date: 4/29/2016

Grower: Chris Wiebe

Seller Name: Chris Wiebe

Address: 350 Hwy 95

City, St, Zip: Weiser, ID 83672

Phone number: (208) 550-0942

Commodity: SW Wheat

Quantity: 255 tons    (8,500 bu)

Price per ton: $156.67    (4.70/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Chris Wiebe_

Print Name: _Chris Wiebe_

Today's Date: _5-6-2016_

Crop Lien Holder: _Farmers Bank_

FG 30035

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-24

Date: 5/24/2016

|  |  |  |
|---|---|---|
| Grower: | Pete Morgan | |
| Seller Name: | Pete Morgan | |
| Address: | 3720 Hwy 95 | |
| City, St, Zip: | Parma, ID 83660 | |
| Phone number: | (208) 707-2381 | |
| Commodity: | SW Wheat | |
| Quantity: | 15 tons | (500 bu) |
| Price per ton: | $144.00 | (4.32/bu) |
| Contract month: | September 2016 | |
| Destination: | Farmers Grain, Nyssa | |
| Moisture: | 12% | |

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _Pete Morgan_

Today's Date: _5-24-16_

Crop Lien Holder: _none_

FG 30036

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-25

Date: 6/2/2016

Grower: **Sage Farms**

Seller Name: **Sage Farms**

Address: **1203 Tara Ct**

City, St, Zip: **Fruitland, ID 83619**

Phone number: **(541) 235-2629**

Commodity: **SW Wheat**

Quantity: **270 tons**    (9,000 bu)

Price per ton: **$150.00**    (4.50/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-26

Date: 6/6/2016

Grower: Sage Farms

Seller Name: Sage Farms

Address: 1203 Tara Ct

City, St, Zip: Fruitland, ID 83619

Phone number: (541) 235-2629

Commodity: SW Wheat

Quantity: 60 tons      (2,000 bu)

Price per ton: $158.33      (4.75/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____ PRESIDENT

Print Name: _William K. Johnson, PRESIDENT_

Today's Date: _14 June 2016_

Crop Lien Holder: _Northwest Farm Credit Services_

FG 30038

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-27

Date: 6/6/2016

|  |  |  |
|---|---|---|
| Grower: | Eldred Farms | |
| Seller Name: | Daryl Eldred | |
| Address: | 5770 Custer Rd | |
| City, St, Zip: | New Plymouth, ID 83655 | |
| Phone number: | (208) 642-0278 | |
| Commodity: | SW Wheat | |
| Quantity: | 150 tons | (5,000 bu) |
| Price per ton: | $157.67 | (4.73/bu) |
| Contract month: | September 2016 | |
| Destination: | Farmers Grain, Nyssa | |
| Moisture: | 12% | |

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: *Eldred Farms Inc by Daryl Eldred*

Print Name: *Daryl Eldred*

Today's Date: *6/13/16*

Crop Lien Holder: *Bank of Eastern Oregon.*

FG 30039

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-28

Date: 6/7/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **SW Wheat**

Quantity: **60 tons**    (2,000 bu)

Price per ton: **$160.00**    (4.80/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Mrs Kenae Corn_

Print Name: _Mrs. Kenae Corn_

Today's Date: _6/24/16_

Crop Lien Holder: _Columbia Bank_

FG 30040

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-29

Date: 6/8/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: SW Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $165.00        (4.95/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Mrs Renae Corn_

Print Name: _Mrs. Renae Corn_

Today's Date: _6/24/16_

Crop Lien Holder: _Columbia Bank_

FG 30041

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-30

**Date:** 6/8/2016

**Grower:** Dave Belnap

**Seller Name:** Dave Belnap

**Address:** 1645 3rd Ave East

**City, St, Zip:** Vale, OR 97918

**Phone number:** (541) 235-2625

**Commodity:** SW Wheat

**Quantity:** 2,000 tons   (66,667 bu)

**Price per ton:** $165.00   (4.95/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: *DAVID L BELNAP*

Today's Date: *6 - 19 - 2016*

Crop Lien Holder: *ZIONS BANK*

FG 30042

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-32**

Date: **6/9/2016**

Grower: **Scott Bennett**

Seller Name: **Scott Bennett**

Address: **532 N Collett Road**

City, St, Zip: **Grand View, ID 83624**

Phone number:

Commodity: **SW Wheat**

Quantity: **405 tons**      (13,500 bu)

Price per ton: **$153.33**      (4.60/bu)

Contract month: **September 2016**

Destination: **Delivered to Chris Unruh's bins. (Farmers Grain, LLC to pick up from bins)**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Scott Bennett_

Today's Date: _6-26-16_

Crop Lien Holder: _Banner Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-33

Date: 6/9/2016

Grower: **Saito Farms, Inc**

Seller Name: **Steve Saito**

Address: **3751 Hwy 201**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(541) 212-1144**

Commodity: **SW Wheat**

Quantity: **300 tons**    **(10,000 bu)**

Price per ton: **$159.67**    **(4.79/bu)**

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

   **Chet Millsap**

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

FG 30044

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-35**

Date: **8/8/2016**

Grower: **Jack Post**

Seller Name: **Jack Post**

Address: **PO Box 298**

City, St, Zip: **Mountain Home, ID 83647**

Phone number:

Commodity: **Wheat**

Quantity: **600 tons**    **(20,000 bu)**

Price per ton: **$127.00**    **(3.81/bu)**

Contract month: **September 2016**

Destination: **Chris Unruh's bins at Grand View, ID**

Moisture: **12%   Wheat will be discounted if over 12% and may be rejected at buyers discretion.**

1.   Payments cannot be issued until lien search is received
2.   This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.   Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _8-17-16_

Crop Lien Holder: _Banner Bank_

FG 30045

# Farmers Grain, LLC

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-36

Date: 8/15/2016

|  |  |
|---|---|
| Grower: | Lon McConnel |
| Seller Name: | Lon McConnel |
| Address: | 10040 Gatfield Rd. |
| City, St, Zip: | Emmett, ID 83617 |
| Phone number: | (208) 584-3314 |
| Commodity: | Wheat |
| Quantity: | Approximately 180 tons   (6,000 bu) |
| Price per ton: | To be priced later at Seller's discretion. |
| Contract month: | |
| Moisture: | 12% |
| Shipment: | Farmers Grain, LLC to arrange shipping from bins in Montour, ID. |
| Freight: | $12.00 per ton |
| Remarks: | If not priced within 60 days of shipment a fee will be charged of $0.03 per bushel per month until priced. |

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyer's discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.
3. Retain one copy for your records and Return one copy to Farmers Grain, LLC

Buyer: _____

Chet Millsap

Seller: _Jon McConnel_

Print Name: _Lon McConnel_

Today's Date: _8-18-16_

Crop Lien Holder: _none_

FG 30046

2015 Wheat Controls

**EXHIBIT**

**7**

tabbies®

Wheat

Lou McConnell

98.00 per ton

56.

8

Butch   120.00

16,00

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-56

Date: 3/22/2016

Grower: Lon McConnel

Seller Name: Lon McConnel

Address: 10040 Gatfield Rd.

City, St, Zip: Emmett, ID 83617

Phone number: (208) 584-3314   963-1848

Commodity: Wheat

Quantity: Approximately 150 tons  (5,000 bu)

Price per ton: $164.33   (4.93/bu)

Contract month: May 2016

Moisture: 12%

Shipment: Farmers Grain to arrange shipping from bins in Montour, ID.

Freight: $12.00 per ton

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

Buyer:

Chet Millsap

Seller: _Lon McConnel_

Print Name: _Lon McConnel_

Today's Date: _4-11-16_

Crop Lien Holder: _none_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-50
Date: 7/3/2015

Grower: **WBH Farms**
Seller Name: **Rob Wagstaff**
Address: **743 Beet Dump Rd**
City, St, Zip: **Nyssa, OR 97913**
Phone number: **(208) 573-0718**
Commodity: **Wheat**
Quantity: **1,200 tons    (40,000 bu)**
Price per ton: **$210.67       (6.32/bu)**
Contract month: **September 2015**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

Dockage for low test weight to be 1/3 of Rail Schedule for Soft White Wheat which is as follows:

| Rail Schedule | Your Schedule |
| --- | --- |
| -.01 each 1 lb from 59.9 to 58.0 | -.0033 each 1 lb from 59.9 to 58.0 |
| -.02 each 1 lb from 57.9 to 57.0 | -.0066 each 1 lb from 57.9 to 57.0 |
| -.03 each 1 lb from 56.9 to 50.0 | -.01 each 1 lb from 56.9 to 50.0 |

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _____
Today's Date: _____
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-50

Date: 7/3/2015

Grower: **WBH Farms**

Seller Name: **Rob Wagstaff**

Address: **743 Beet Dump Rd**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **(208) 573-0718**

Commodity: **Wheat**

Quantity: **1,200 tons**   (40,000 bu)

Price per ton: **$210.00**   (6.30/bu) Internet Price

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Void

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

Dockage for low test weight to be 1/3 of Rail Schedule for Soft White Wheat which is as follows:

| Rail Schedule | Your Schedule |
|---|---|
| -.01 each 1 lb from 59.9 to 58.0 | -.0033 each 1 lb from 59.9 to 58.0 |
| -.02 each 1 lb from 57.9 to 57.0 | -.0066 each 1 lb from 57.9 to 57.0 |
| -.03 each 1 lb from 56.9 to 50.0 | -.01 each 1 lb from 56.9 to 50.0 |

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-8

Date: 2/18/2015

Grower: WBH Farms

Seller Name: Rob Wagstaff

Address: 743 Beet Dump Rd

City, St, Zip: Nyssa, OR 97913

Phone number: 208-573-0718

Commodity: Wheat

Quantity: 2,250 tons  (75,000 bu)

Price per ton: 201.00  (6.03 per bu)

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Remarks: To be delivered early as possible.

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-8**

Date: **9/19/2014**

Grower: WBH Farms

Seller Name: Rob Wagstaff

Address: 743 Beet Dump Rd

City, St, Zip: Nyssa, OR 97913

Phone number: 208-573-0718

Commodity: Wheat

Quantity: 1500 tons (50,000 bu)

Price per ton: 186.67 (5.60 per bu)

Contract month: September-14

Destination: **Farmers Grain, Nyssa**

Moisture: 12%

Remarks: If price the reaches 5.70 per bushel before May 1st, 2015, the price shown of 5.60 per bushel will be canceled. Farmers Grain still retains ownership of these bushels, but will be on the open market again.

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-16

Date: 12/12/2014

Grower: GW Farms
Seller Name: Troy Seward
Address: 418 Commercial Ave
City, St, Zip: Nyssa, OR 97913
Phone number: 208-899-0107
Commodity: Wheat
Quantity: 400
Price per ton: $207.67
Contract month: September-15
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-1

Date: 7/21/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 150 tons

Price per ton: $202.67

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-2**

Date: **7/22/2014**

Grower: **GW Farms**

Seller Name: **Troy Seward**

Address: **418 Commercial Ave**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **208-899-0107**

Commodity: **Wheat**

Quantity: **700**

Price per ton: **$202.67**

Contract month: **September-15**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _GW FARMS, LLC  Troy Seward_

Print Name: _Troy SEWARD_

Today's Date: _8/11/14_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-3**

Date: **7/31/2014**

Grower: **Dan Corn**

Seller Name: **Dan Corn**

Address: **550 King Ave**

City, St, Zip: **Ontario, OR 97914**

Phone number:

Commodity: **Wheat**

Quantity: **300 tons**

Price per ton: **$201.00**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Dan Corn_

Print Name: _Dan Corn_

Today's Date: _1-30-15_

Crop Lien Holder: _Farm Credit_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

| | |
|---|---|
| Nyssa, Oregon | **Contract Year: 2015 crop** |
| Vale, Oregon | **Contract number: 15W-4** |
| Phone 541-372-2201 | **Date: 8/12/2014** |

**Grower:** Dan Corn
**Seller Name:** Dan Corn
**Address:** 550 King Ave
**City, St, Zip:** Ontario, OR 97914
**Phone number:**
**Commodity:** Wheat
**Quantity:** 300 tons
**Price per ton:** $200.33
**Contract month:** September-14
**Destination:** Farmers Grain, Nyssa
**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Dan Corn_
Print Name: _Dan Corn_
Today's Date: _1-30-15_
Crop Lien Holder: _Farm Credit_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-5

Date: 9/11/2014

Grower: Tom Fleckenstein

Seller Name: Tom Fleckenstein

Address: 2162 Bench Rd

City, St, Zip: Vale, OR 97918

Phone number: 541-216-0805

Commodity: Wheat

Quantity: 200 tons

Price per ton: $190.00

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Tom Fleckenstein_

Today's Date: _9-17-14_

Crop Lien Holder: _unKnow at this date_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-6

Date: 9/19/2014

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: 541-881-9247

Commodity: Wheat

Quantity: 500 tons

Price per ton: $189.00

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: 9-28-14

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-7
Date: 10/6/2014

Grower: Tom Fleckenstein
Seller Name: Tom Fleckenstein
Address: 2162 Bench Rd
City, St, Zip: Vale, OR 97918
Phone number: 541-216-0805
Commodity: Wheat
Quantity: 200 tons
Price per ton: $182.33
Contract month: September-15
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _Tom Fleckenstein FNA acres_
Today's Date: _10-15-14_
Crop Lien Holder: _Unknow_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-9

**Date:** 10/31/2014

**Grower:** David Levanger

**Seller Name:** David Levanger

**Address:** 4797 SE 2nd Ave

**City, St, Zip:** New Plymouth, ID 83655

**Phone number:** 208-707-3002

**Commodity:** Wheat

**Quantity:** 60 tons  (2,000 bu)

**Price per ton:** 189.33  (5.68 per bu)

**Contract month:** September-14

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _David Levanger_

Today's Date: _11-21-2014_

Crop Lien Holder: _Zions Bank_

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-10

Date: 11/26/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 150 tons  (5000 bu)

Price per ton: 200.33  (6.01/bu)

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Corn_

Print Name: _Bruce  R. Corn_

Today's Date: _01 Dec. 2014_

Crop Lien Holder: _I CB_

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-11

Date: 11/26/2014

Grower: **Deseret Farms**

Seller Name: **Warren Farmer**

Address: **PO Box 1585**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **208-674-3200**

Commodity: **Wheat**

Quantity: **600 tons  (20,000 bu)**

Price per ton: **200.33  (6.01/bu)**

Contract month: **September-15**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: Deseret Farms Inc. & C Warren Farm

Print Name: Deseret Farms Inc. by C Warren Farms

Today's Date: 11 - 26 - 14

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-12

Date: ~~7/21/2014~~
11/28/2014 *em*

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **208-707-1539**

Commodity: **Wheat**

Quantity: **60**

Price per ton: **$204.00**

Contract month: **September-15**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: *Bruce R C*

Print Name: *Bruce R Corn*

Today's Date: *01 Dec 2014*

Crop Lien Holder: *± CB*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-13

Date: 11/29/2014

Grower: Gressley Farms

Seller Name: Scott Gressley

Address: 4010 Freese Ln

City, St, Zip: Vale, OR 97918

Phone number: 541-881-6162

Commodity: Wheat

Quantity: 200 tons

Price per ton: $204.00

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Gressley Farms LLC_

Print Name: _Robert K Gressley_

Today's Date: _12 - 1 - 14_

Crop Lien Holder: _FCS_

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon

PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-14

Date: 12/1/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 60 tons

Price per ton: $209.33

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.
3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

Bruce has signed copy

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-15

Date:  12/1/2014

Grower: **Dave Belnap**

Seller Name: **Dave Belnap**

Address: **1645 3rd Ave East**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 235-2625**

Commodity: **Wheat**

Quantity: **500 tons**     **(16,667 bu)**

Price per ton: **$210.67**     **(6.32/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _DAVID  L  BELNAP_

Today's Date: _7 - 12 - 2015_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-17

Date: 12/16/2014

Grower: Sage Farms

Seller Name: Leroy Loomis

Address: 1203 Tara Ct

City, St, Zip: Fruitland, ID 83619

Phone number: 541-235-2629

Commodity: Wheat

Quantity: 900 tons        (30,000 bu)

Price per ton: $210.67        (6.32/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: William L. Johnson PRESIDENT

Today's Date: 4/3/15

Crop Lien Holder: Northwest Farm Credit Servios

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-18

Date: 12/17/2014

Grower: Dave Belnap

Seller Name: Dave Belnap

Address: 1645 3rd Ave East

City, St, Zip: Vale, OR 97918

Phone number: (541) 235-2625

Commodity: Wheat

Quantity: 250 tons      (8,333 bu)

Price per ton: $211.67      (6.35/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _DAVID L BELNAP_

Today's Date: _2-12-2015_

Crop Lien Holder: _ZIONS BANK_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-19

Date: 12/18/2014

Grower: Kesler Farms

Seller Name: Scott Kesler

Address: 3331 Grey Blvd

City, St, Zip: Nyssa, OR  97913

Phone number: 541-212-6681

Commodity: Wheat

Quantity: 300 tons

Price per ton: $211.67

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Scott Kesler_

Print Name: _Kesler Farms inc._

Today's Date: _1-19-15_

Crop Lien Holder: _NW FCS_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-20**

Date: **12/18/2014**

Grower: **Dry Lake Dairy**

Seller Name: **Dry Lake Dairy**

Address: **12492 Big Foot Rd**

City, St, Zip: **Nampa, ID 83686**

Phone number: **208-495-9857**

Commodity: **Wheat**

Quantity: **300 tons  (10,000 bu)**

Price per ton: **$207.00 FOB Grand View, ID**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _DRY LAKE DAIRY_

Print Name: _LARRY VANDER STELT_

Today's Date: _1-29-15_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-21

Date: 2/13/2015

Grower: Frahm Farm, Inc

Seller Name: Rod Frahm

Address: 418 King Ave

City, St, Zip: Ontario, OR 97914

Phone number: 541-212-3404

Commodity: Wheat

Quantity: 174 tons

Price per ton: $191.58

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Frahm Farm Inc by Rod Frahm

Today's Date: Feb 25, 2015

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-22

Date: 2/13/2015

Grower: **Trevor & Spencer Frahm**

Seller Name: **Trevor & Spencer Frahm**

Address: **418 King Ave**

City, St, Zip: **Ontario, OR 97914**

Phone number: **541-212-3404**

Commodity: **Wheat**

Quantity: **30 Ton**

Price per ton: **$191.58**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Spencer Frahm_   _Trevor Frahm_

Today's Date: _4/2/15_

Crop Lien Holder: _____

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-24**

Date: **2/19/2015**

| | |
|---|---|
| Grower: | Little Creek Ranch |
| Seller Name: | Ron Zabel |
| Address: | 34833 Hwy 95 |
| City, St, Zip: | Parma, ID 83660 |
| Phone number: | 208-674-1300 |
| Commodity: | Wheat |
| Quantity: | 60 tons |
| Price per ton: | $195.40 |
| Contract month: | September-14 |
| Destination: | Farmers Grain, Nyssa |
| Moisture: | 12% |

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Ronald R Zabel_

Today's Date: _FEB 19, 2015_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-25

Date: 2/19/2015

Grower: **Saito Farms, Inc**

Seller Name: **Steve Saito**

Address: **3751 Hwy 201**

City, St, Zip: **Ontario, OR 97914**

Phone number: **541-212-1144**

Commodity: **Wheat**

Quantity: **240 tons**

Price per ton: **$195.40**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Steven n Saito_

Today's Date: _2/23/15_

Crop Lien Holder: _Farm Credit_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-26

Date: 2/25/2015

Grower: Pete Morgan

Seller Name: Pete Morgan

Address: 3720 Hwy 95

City, St, Zip: Parma, ID 83660

Phone number: 208-707-2381

Commodity: Wheat

Quantity: 21 tons (700 bu)

Price per ton: 191.67 (9.58 cwt)

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Pete Morgan_

Print Name: _Pete Morgan_

Today's Date: _3-7-2015_

Crop Lien Holder: _none_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-27

Date: 3/16/2015

Grower: Yano Farms

Seller Name: Kris Yano

Address: 5316 Hwy 201

City, St, Zip: Ontario, OR 97914

Phone number: (208) 405-9264

Commodity: Wheat

Quantity: 150 tons

Price per ton: $191.67

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Kris Yano

Today's Date: 3-26-2015

Crop Lien Holder: None

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-28

Date: 4/2/2015

Grower: Peterson Farms, Inc

Seller Name: Bob Peterson

Address: 2597 Hwy 201

City, St, Zip: Nyssa, OR 97913

Phone number: 208-941-6631

Commodity: Wheat

Quantity: 500 tons

Price per ton: $198.83

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-29

Date: 4/3/2015

Grower: **Deseret Farms, Inc**
Seller Name: **Warren Farmer**
Address: **PO Box 1585**
City, St, Zip: **Nyssa, OR 97913**
Phone number: **208 573-5823**
Commodity: **Wheat**
Quantity: **300 T (10,000 bu)**
Price per ton: **198.67  (5.96/bu)**
Contract month: **September-14**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Deseret Farms by Warren Far___
Print Name: _Warren Farmer_
Today's Date: _4-3-15_
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-30

Date: 4/3/2015

Grower: **Alscott Farms, LLC**

Seller Name: **Doug Tracy**

Address: **350 Gamble Island Rd.**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **208-739-1957**

Commodity: **Wheat**

Quantity: **150 tons** **(5,000 bu)**

Price per ton: **$198.67** **(5.96/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: *Alscott Farms LLC. Mgr Doug Tracy*

Print Name: *Alscott Farm's LLC. Mgr Doug Tracy*

Today's Date: *4/7/15*

Crop Lien Holder: *None*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-31**

Date: **4/6/2015**

|  |  |  |
|---|---|---|
| Grower: | **Sage Farms** | |
| Seller Name: | **Leroy Loomis** | |
| Address: | **1203 Tara Ct** | |
| City, St, Zip: | **Fruitland, ID 83619** | |
| Phone number: | **541-235-2629** | |
| Commodity: | **Wheat** | |
| Quantity: | **900 tons** | (30,000 bu) |
| Price per ton: | **$196.00** | (5.88/bu) |
| Contract month: | **September 2015** | |
| Destination: | **Farmers Grain, Nyssa** | |
| Moisture: | **12%** | |

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: William L. Johnson PRESIDENT

Today's Date: 4/13/15

Crop Lien Holder: Northwest Farm Credit Services

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-32**

Date: **5/14/2015**

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**       (2,000 bu)

Price per ton: **$188.67**       (5.66/bu)

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Bruce Corn_

Today's Date: _21 May_

Crop Lien Holder: _Columbia Bank_

# Farmers Grain

355 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-33

Date: 5/14/2015

Grower: Sage Farms

Seller Name: Leroy Loomis

Address: 1203 Tara Ct.

City, St, Zip: Fruitland, ID 83619

Phone number: 541-235-2629

Commodity: Wheat

Quantity: 450 tons    (15,000 bu)

Price per ton: $186.67    (5.60/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: William D. Johnson PRESIDENT

Today's Date: 16 May 2015

Crop Lien Holder: Northwest Farm Credit Services

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-34

Date: 5/18/2015

Grower: Sherwin Sundberg

Seller Name: Sherwin Sundberg

Address: PO Box 183

City, St, Zip: Grand View, ID 83624

Phone number: (208) 599-4651

Commodity: Wheat

Quantity: 135 tons    (4,500 bu)

Price per ton: $191.33    (5.74/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa (Hauling by Farmers Grain from Grower's bin in Grand View to Nyssa is $5.00 per ton.)

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Sherwin Sundberg_

Print Name: _H_

Today's Date: _7-16-2015_

Crop Lien Holder: _None_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-35

**Date:** 5/19/2015

**Grower:** Froerer Farms

**Seller Name:** Jake May

**Address:** 3150 Echo Rd.

**City, St, Zip:** Nyssa, OR 97913

**Phone number:** (541) 212-3225

**Commodity:** Wheat

**Quantity:** 670.5 tons    (22,350 bu)

**Price per ton:** $182.67        (5.48/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Froerer Farms Inc_

Print Name: _FRoerer Farms Inc_

Today's Date: _5-27/2015_

Crop Lien Holder: _none_

_Gregg Froerer_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-36

Date:  6/4/2015

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 200 tons      (6,667 bu)

Price per ton: $187.66      (5.63/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name:  KENNETH  Jensen

Today's Date:  8-20-25

Crop Lien Holder:  NONE

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-37

Date: 6/4/2015

Grower: Blaine Hulet

Seller Name: Blaine Hulet

Address: 22941 Hwy 78

City, St, Zip: Murphy, ID 83650

Phone number: (208) 250-5729

Commodity: Wheat

Quantity: 150 tons       (5,000 bu)

Price per ton: $186.66       (5.60/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: 6-20-15

Crop Lien Holder: N/A

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-38

Date: 6/12/2015

Grower: VHS Farms

Seller Name: Van Schulthies

Address: 1004 Enterprise Ave

City, St, Zip: Nyssa, OR 97913

Phone number: (541) 212-6064

Commodity: Wheat

Quantity: 400 tons        (13,333 bu)

Price per ton: $180.33        (5.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Van Schulthies on VHS Farms_

Print Name: _Van Schulthies_

Today's Date: _6/18/15_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-39

Date: 6/26/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons          (2,000 bu)

Price per ton: $198.00          (5.94/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-40**

Date: **6/26/2015**

Grower: **Dave Belnap**

Seller Name: **Dave Belnap**

Address: **1645 3rd Ave East**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 235-2625**

Commodity: **Wheat**

Quantity: **1,000 tons**   **(33,333 bu)**

Price per ton: **$198.00**   **(5.94/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below
   are understood to be an accurate statement of the terms and conditions of the agreement between
   the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to
   or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: DAVID BELNAP

Today's Date: 1-30-2015

Crop Lien Holder: ZIONS BANK

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-41

Date: 6/26/2015

Grower: Alscott Farms, LLC

Seller Name: Doug Tracy

Address: 350 Gamble Island Rd

City, St, Zip: Nyssa, OR 97913

Phone number: (208) 739-1957

Commodity: Wheat

Quantity: 150 tons          (5,000 bu)

Price per ton: $198.00          (5.94/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Alscott Farms LLC Mgr Doug Tr_

Print Name: _Alscott Farm's L.L.C." Doug Tra_

Today's Date: _7/1/2015_

Crop Lien Holder: _None_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-42

Date: 6/26/2015

Grower: **Don Ensz**

Seller Name: **Don Ensz**

Address: **1297 Hillcrest Dr.**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 473-4037**

Commodity: **Wheat**

Quantity: **150 tons**    (5,000 bu)

Price per ton: **$198.00**    (5.94/bu)

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Don Ensz_

Today's Date: _6/30/15_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-43

Date: 6/29/2015

Grower: VHS Farms

Seller Name: Van Schulthies

Address: 1004 Enterprise Ave

City, St, Zip: Nyssa, OR 97913

Phone number: (541) 212-6064

Commodity: Wheat

Quantity: 200 tons       (6,667 bu)

Price per ton: $201.33      (6.04/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Van Schulthies_

Today's Date: _7/13/15_

Crop Lien Holder: _Lions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-44

Date: 6/30/2015

Grower: Sam Barton

Seller Name: Sam Barton

Address: 923 Grand Ave

City, St, Zip: Nyssa, OR 97913

Phone number: (541) 372-5393

Commodity: Wheat

Quantity: 150 tons        (5,000 bu)

Price per ton: $213.67      (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: SAMUEL W BARTON

Today's Date: June 30 15

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-45

Date: 6/30/2015

Grower: Deseret Farms, Inc

Seller Name: Warren Farmer

Address: PO Box 1585

City, St, Zip: Nyssa, OR 97913

Phone number: (208) 573-5823

Commodity: Wheat

Quantity: 600 tons          (20,000 bu)

Price per ton: $213.67          (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: Deseret Farms Inc by _____

Print Name: JAMES G. FARMER

Today's Date: 7-7-15

Crop Lien Holder: NW Farm Cr. Svcs.

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-46

Date: 6/30/2015

Grower: Lammey Farms, LLC

Seller Name: Tim Lammey

Address: 27370 Hwy 30

City, St, Zip: Caldwell, ID 83607

Phone number: (208) 573-2981

Commodity: Wheat

Quantity: 300 tons     (10,000 bu)

Price per ton: $213.67     (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer:

Seller:

Print Name:

Today's Date:

Crop Lien Holder:

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-47

Date: 6/30/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons          (2,000 bu)

Price per ton: $213.67          (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-48

Date:  6/30/2015

Grower: **Don Ensz**

Seller Name: **Don Ensz**

Address: **1297 Hillcrest Dr**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 473-4037**

Commodity: **Wheat**

Quantity: **150 tons**      (5,000 bu)

Price per ton: **$213.67**      (6.41/bu)

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Don Ensz_____

Today's Date: _7/7/15_____

Crop Lien Holder: _Zions Bank_____

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-49

Date: 7/2/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $209.33        (6.28/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-51

**Date:** 7/3/2015

**Grower:** Gressley Farms

**Seller Name:** Scott Gressley

**Address:** 4010 Freese Ln

**City, St, Zip:** ~~Vale, OR 97918~~

**Phone number:** (541) 881-6162

**Commodity:** Wheat

**Quantity:** 150 tons    (5,000 bu)

**Price per ton:** $210.00    (6.30/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Robert R Gressley_

Today's Date: _7 -10- 15_

Crop Lien Holder: _NW Farm Credit_

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-52

Date: 7/22/2015

Grower: Eddie Heid

Seller Name: Evelyn Heid

Address: 5410 John Day Hwy

City, St, Zip: Jamieson, OR 97909

Phone number: 541-473-2090

Commodity: Wheat

Quantity: 40 tons        (1,333 bu)

Price per ton: $183.67        (5.51/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.   Payments cannot be issued until lien search is received
2.   This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.   Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Evelyn F. Heid_

Print Name: _Evelyn F Heid_

Today's Date: _7-27-15_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-53

Date: 7/30/2015

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 250 tons        (8,333 bu)

Price per ton: $181.60        (5.45/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Kenneth Jensen_

Today's Date: _8-20-15_

Crop Lien Holder: _None_

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
### Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-54

Date: 8/7/2015

Grower: Sage Farms

Seller Name: Leroy Loomis

Address: 1203 Tara Ct.

City, St, Zip: Fruitland, ID 83619

Phone number: 541-235-2629

Commodity: Wheat

Quantity: 750 tons     (25,000 bu)

Price per ton: $200.67     (6.02/bu)

Contract month: December 2015. **This contract to be paid in December 2015.**

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____, PRESIDENT

Print Name: William Johnson, PRESIDENT

Today's Date: 10 Aug 2015

Crop Lien Holder: Northwest Farm Credit Services

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-55

Date: 9/18/2015

Grower: Froerer Farms

Seller Name: Jake May

Address: 3150 Echo Rd

City, St, Zip: Nyssa, OR 97913

Phone number: 541-212-3225

Commodity: SW Wheat

Quantity: 1,447.86 tons    (48,262 bu)

Price per ton: $181.00    (5.43/bu)

Contract month: December 2015.  **This contract to be paid April 15, 2015** ₑᵢₚ

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Froerer Farms In_

Print Name: _Jake May Calleen Froeren_

Today's Date: _9/26_

Crop Lien Holder: _none_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-34

Date: 7/22/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **SW Wheat**

Quantity: **60 tons**    (2,000 bu)

Price per ton: **$139.00**    (4.17/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Bruce R. Corn_

Today's Date: _21 July 16_

Crop Lien Holder: _Columbia Bank_

09/26/2017  10:12:22PM

Shipment Listing By Commodity Report

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02005478 | 07/20/15 | TRICG | Tri Cities Grain | SW-32 | MIGUEL | 95,260 | 35,680 | 59,580 | |
| 1 - 02005480 | 07/20/15 | TRICG | Tri Cities Grain | SW-31 | MARKOS | 96,000 | 34,820 | 61,180 | |
| 1 - 02005482 | 07/20/15 | TRICG | Tri Cities Grain | SW-33 | ALEX | 92,320 | 32,480 | 59,840 | |
| 1 - 02005490 | 07/21/15 | TRICG | Tri Cities Grain | | CHASE | 95,840 | 35,280 | 60,560 | |
| 1 - 02005491 | 07/21/15 | TRICG | Tri Cities Grain | SW-34 | ARMANDO | 94,320 | 36,480 | 57,840 | |
| 1 - 02005492 | 07/21/15 | TRICG | Tri Cities Grain | SW-35 | DEBBIE | 95,420 | 34,300 | 61,120 | |
| 1 - 02005520 | 07/23/15 | TRICG | Tri Cities Grain | SW-37 | MARCOS | 96,600 | 34,520 | 62,080 | |
| 1 - 02005523 | 07/23/15 | TRICG | Tri Cities Grain | SW-39 | CASEY | 101,420 | 36,960 | 64,460 | |
| 1 - 02005525 | 07/23/15 | TRICG | Tri Cities Grain | SW-38 | KALEB | 95,380 | 36,140 | 59,240 | |
| 1 - 02005528 | 07/23/15 | TRICG | Tri Cities Grain | SW-40 | ALFONSO | 100,700 | 36,900 | 63,800 | |
| 1 - 02005529 | 07/23/15 | TRICG | Tri Cities Grain | SW-41 | JAVIER | 95,780 | 35,280 | 60,500 | |
| 1 - 02005533 | 07/24/15 | TRICG | Tri Cities Grain | SW-42 | DEMETRIO | 79,780 | 30,240 | 49,540 | |
| 1 - 02005535 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 | CHASE | 95,820 | 35,360 | 60,460 | |
| 1 - 02005539 | 07/24/15 | TRICG | Tri Cities Grain | SW-43 | ARMANDO | 94,500 | 36,620 | 57,880 | |
| 1 - 02005542 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 A | CHARLIE | 105,760 | 34,000 | 71,760 | |
| 1 - 02005544 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 | NATO | 88,000 | 32,240 | 55,760 | |
| 1 - 02005547 | 07/24/15 | TRICG | Tri Cities Grain | SW-45 | WAYNE | 105,520 | 32,800 | 72,720 | |
| 1 - 02005552 | 07/24/15 | TRICG | Tri Cities Grain | | SANTOS | 97,620 | 34,580 | 63,040 | |
| 1 - 02005553 | 07/24/15 | TRICG | Tri Cities Grain | SW-46 | ALFONZO | 101,600 | 36,960 | 64,640 | |
| 1 - 02005555 | 07/24/15 | TRICG | Tri Cities Grain | SW-47 | JOSE | 99,420 | 35,640 | 63,780 | |
| 1 - 02005556 | 07/25/15 | TRICG | Tri Cities Grain | SW-48 | KALEB | 95,960 | 35,260 | 60,700 | |
| 1 - 02005561 | 07/27/15 | TRICG | Tri Cities Grain | SW-49 | ALEX | 93,020 | 32,180 | 60,840 | |
| 1 - 02005564 | 07/27/15 | TRICG | Tri Cities Grain | SW-50 | ABEL | 96,760 | 36,020 | 60,740 | |
| 1 - 02005572 | 07/27/15 | TRICG | Tri Cities Grain | SW-53 | CHARLIE | 104,580 | 33,920 | 70,660 | |
| 1 - 02005574 | 07/27/15 | TRICG | Tri Cities Grain | SW-54 | CHASE | 95,960 | 35,220 | 60,740 | |
| 1 - 02005581 | 07/28/15 | TRICG | Tri Cities Grain | SW-51 | NATO | 87,400 | 32,120 | 55,280 | |
| 1 - 02005584 | 07/28/15 | TRICG | Tri Cities Grain | SW-55 | CHARLIE | 104,320 | 34,300 | 70,020 | |
| 1 - 02005587 | 07/28/15 | TRICG | Tri Cities Grain | SW-56 | CHASE | 95,440 | 35,080 | 60,360 | |
| 1 - 02005588 | 07/28/15 | TRICG | Tri Cities Grain | SW-57 | WAYNE | 105,500 | 32,780 | 72,720 | |
| 1 - 02005596 | 07/29/15 | TRICG | Tri Cities Grain | SW-52 | ARMANDO | 92,160 | 35,220 | 56,940 | |
| 1 - 02005602 | 07/29/15 | TRICG | Tri Cities Grain | SW-58 | CHARLIE | 104,800 | 34,300 | 70,500 | |
| 1 - 02005617 | 07/30/15 | TRICG | Tri Cities Grain | SW-59 | CHASE | 95,260 | 34,780 | 60,480 | |
| 1 - 02005618 | 07/30/15 | TRICG | Tri Cities Grain | SW-60 | CASEY | 102,380 | 36,560 | 65,820 | |
| 1 - 02005628 | 07/31/15 | TRICG | Tri Cities Grain | SW-64 | WAYNE | 105,540 | 32,820 | 72,720 | |
| 1 - 02005629 | 07/31/15 | TRICG | Tri Cities Grain | SW-62 | BRAD | 79,780 | 28,100 | 51,680 | |
| 1 - 02005630 | 07/31/15 | TRICG | Tri Cities Grain | SW-63 | BOB | 96,740 | 36,680 | 60,060 | |
| 1 - 02005631 | 07/31/15 | TRICG | Tri Cities Grain | SW-61 | ARAMONDO | 93,000 | 35,220 | 57,780 | |
| 1 - 02005635 | 07/31/15 | TRICG | Tri Cities Grain | SW-69 | CHASE | 95,860 | 35,080 | 60,780 | |
| 1 - 02005639 | 07/31/15 | TRICG | Tri Cities Grain | SW-70 | CHARLIE | 105,580 | 34,280 | 71,300 | |
| 1 - 02005642 | 08/01/15 | TRICG | Tri Cities Grain | SW-68 | SANTOS | 98,180 | 34,460 | 63,720 | |
| 1 - 02005643 | 08/01/15 | TRICG | Tri Cities Grain | SW-65 | CASEY | 101,540 | 36,920 | 64,620 | |
| 1 - 02005644 | 08/01/15 | TRICG | Tri Cities Grain | SW-66 | RYAN | 99,500 | 38,640 | 60,860 | |
| 1 - 02005645 | 08/01/15 | TRICG | Tri Cities Grain | SW-67 | CALEB | 96,260 | 36,200 | 60,060 | |
| 1 - 02005650 | 08/03/15 | TRICG | Tri Cities Grain | SW-72 | KILE | 102,020 | 37,720 | 64,300 | |
| 1 - 02005651 | 08/03/15 | TRICG | Tri Cities Grain | SW-71 | ALEX | 94,100 | 32,040 | 62,060 | |
| 1 - 02005652 | 08/03/15 | TRICG | Tri Cities Grain | SW-73 | CALEB | 96,140 | 36,260 | 59,880 | |
| 1 - 02005653 | 08/03/15 | TRICG | Tri Cities Grain | SW-74 | RYAN | 99,520 | 38,620 | 60,900 | |
| 1 - 02005656 | 08/03/15 | TRICG | Tri Cities Grain | SW-75 | WAYNE | 105,540 | 32,860 | 72,680 | |
| 1 - 02005658 | 08/03/15 | TRICG | Tri Cities Grain | SW-76 | SANTOS | 97,500 | 34,380 | 63,120 | |
| 1 - 02005659 | 08/03/15 | TRICG | Tri Cities Grain | SW-78 | CHARLIE | 105,240 | 34,300 | 70,940 | |
| 1 - 02005670 | 08/04/15 | TRICG | Tri Cities Grain | SW-78 | HEATH | 105,520 | 33,400 | 72,120 | |
| 1 - 02005672 | 08/04/15 | TRICG | Tri Cities Grain | SW-79 | ERIC | 94,320 | 35,100 | 59,220 | |
| 1 - 02005673 | 08/04/15 | TRICG | Tri Cities Grain | SW-80 | KEVIN | 96,160 | 34,740 | 61,420 | |
| 1 - 02005676 | 08/04/15 | TRICG | Tri Cities Grain | SW-81 | WAYNE | 105,560 | 32,860 | 72,700 | |
| 1 - 02005677 | 08/04/15 | TRICG | Tri Cities Grain | | CHASE | 95,480 | 35,000 | 60,480 | |
| 1 - 02005679 | 08/04/15 | TRICG | Tri Cities Grain | | JOSE | 96,460 | 35,080 | 61,380 | |
| 1 - 02005681 | 08/04/15 | TRICG | Tri Cities Grain | SW-83 | CHARLIE | 105,260 | 34,280 | 70,980 | |
| 1 - 02005683 | 08/04/15 | TRICG | Tri Cities Grain | SW-84 | DENVER | 96,420 | 34,240 | 62,180 | |
| 1 - 02005684 | 08/04/15 | TRICG | Tri Cities Grain | SW-85 | VICENTE | 98,460 | 34,780 | 63,680 | |
| 1 - 02005685 | 08/04/15 | TRICG | Tri Cities Grain | SW-86 | NELSON | 102,780 | 36,600 | 66,180 | |
| 1 - 02005688 | 08/05/15 | TRICG | Tri Cities Grain | SW-87 | HEATH | 105,160 | 32,940 | 72,220 | |
| 1 - 02005689 | 08/05/15 | TRICG | Tri Cities Grain | SW-88 | KALEB | 96,220 | 36,160 | 60,060 | |
| 1 - 02005690 | 08/05/15 | TRICG | Tri Cities Grain | SW-89 | KEVIN | 96,940 | 34,900 | 62,040 | |
| 1 - 02005693 | 08/05/15 | TRICG | Tri Cities Grain | SW-90 | CHARLIE | 105,440 | 34,320 | 71,120 | |
| 1 - 02005694 | 08/05/15 | TRICG | Tri Cities Grain | SW-91 | CHASE | 95,300 | 35,040 | 60,260 | |
| 1 - 02005696 | 08/05/15 | TRICG | Tri Cities Grain | SW-94 | WAYNE | 105,580 | 32,800 | 72,780 | |
| 1 - 02005703 | 08/06/15 | TRICG | Tri Cities Grain | SW-93 | HEATH | 105,480 | 32,960 | 72,520 | |
| 1 - 02005707 | 08/06/15 | TRICG | Tri Cities Grain | SW-92 | ERIC | 94,600 | 34,800 | 59,800 | |
| 1 - 02005708 | 08/06/15 | TRICG | Tri Cities Grain | SW-98 | DENVER | 96,180 | 34,140 | 62,040 | |
| 1 - 02005710 | 08/06/15 | TRICG | Tri Cities Grain | SW-95 | WAYNE | 105,520 | 32,860 | 72,660 | |
| 1 - 02005711 | 08/06/15 | TRICG | Tri Cities Grain | SW-96 | KEVIN | 97,000 | 34,960 | 62,040 | |
| 1 - 02005713 | 08/06/15 | TRICG | Tri Cities Grain | SW-98 | NELSON | 102,820 | 36,220 | 66,600 | |
| 1 - 02005715 | 08/06/15 | TRICG | Tri Cities Grain | SW-99 | SANTOS | 97,240 | 34,740 | 62,500 | |
| 1 - 02005722 | 08/07/15 | TRICG | Tri Cities Grain | SW-100 | CHASE | 96,060 | 35,480 | 60,580 | |

EXHIBIT 8

robbies,

FG 36072

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|

**SWW Whole Wheat (TON)**   Commodity #: 31

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt |
|---|---|---|---|---|---|---|---|---|
| 1 - 02005723 | 08/07/15 | TRICG | Tri Cities Grain | SW-101 | HEATH | 105,540 | 32,900 | 72,640 |
| 1 - 02005726 | 08/07/15 | TRICG | Tri Cities Grain | SW-97 | ERIC | 94,960 | 34,640 | 60,320 |
| 1 - 02005727 | 08/07/15 | TRICG | Tri Cities Grain | SW-102 | WAYNE | 105,620 | 32,900 | 72,720 |
| 1 - 02005728 | 08/07/15 | TRICG | Tri Cities Grain | SW-108 | KEVIN | 97,020 | 34,900 | 62,120 |
| 1 - 02005730 | 08/07/15 | TRICG | Tri Cities Grain | SW-109 | RICHARD | 102,000 | 39,800 | 62,200 |
| 1 - 02005732 | 08/08/15 | TRICG | Tri Cities Grain | SW-104 | JESUS | 99,820 | 37,340 | 62,480 |
| 1 - 02005732 | 08/08/15 | TRICG | Tri Cities Grain | SW-103 | EDDY | 99,820 | 36,040 | 63,780 |
| 1 - 02005733 | 08/08/15 | TRICG | Tri Cities Grain | SW-106 | GUS | 99,820 | 37,900 | 61,920 |
| 1 - 02005734 | 08/08/15 | TRICG | Tri Cities Grain | SW-105 | ANTONIO | 99,380 | 36,180 | 63,200 |
| 1 - 02005735 | 08/08/15 | TRICG | Tri Cities Grain | SW-111 | SANTOS | 97,160 | 34,720 | 62,440 |
| 1 - 02005738 | 08/08/15 | TRICG | Tri Cities Grain | SW-115 | JOSE | 96,000 | 35,040 | 60,960 |
| 1 - 02005739 | 08/10/15 | TRICG | Tri Cities Grain | SW-112 | JON | 105,480 | 33,200 | 72,280 |
| 1 - 02005741 | 08/10/15 | TRICG | Tri Cities Grain | SW-113 | BRAD | 105,480 | 33,000 | 72,480 |
| 1 - 02005743 | 08/10/15 | TRICG | Tri Cities Grain | SW-114 | HEATH | 105,660 | 32,900 | 72,760 |
| 1 - 02005752 | 08/10/15 | TRICG | Tri Cities Grain | SW-116 | KEVIN | 97,800 | 34,960 | 62,840 |
| 1 - 02005753 | 08/10/15 | TRICG | Tri Cities Grain | SW-117 | CHASE | 95,340 | 35,100 | 60,240 |
| 1 - 02005757 | 08/11/15 | TRICG | Tri Cities Grain | SW-118 | SANTOS | 97,300 | 34,740 | 62,560 |
| 1 - 02005760 | 08/11/15 | TRICG | Tri Cities Grain | SW-119 | BRAD | 105,540 | 32,860 | 72,680 |
| 1 - 02005762 | 08/11/15 | TRICG | Tri Cities Grain | SW-120 | HEATH | 105,520 | 32,940 | 72,580 |
| 1 - 02005763 | 08/11/15 | TRICG | Tri Cities Grain | SW-121 | JON | 105,240 | 32,720 | 72,520 |
| 1 - 02005770 | 08/11/15 | TRICG | Tri Cities Grain | SW-122 | KEVIN | 97,920 | 34,960 | 62,960 |
| 1 - 02005773 | 08/11/15 | TRICG | Tri Cities Grain | SW-123 | CHASE | 95,320 | 35,120 | 60,200 |
| 1 - 02005776 | 08/12/15 | TRICG | Tri Cities Grain | SW-124 | SANTOS | 97,780 | 34,740 | 63,040 |
| 1 - 02005779 | 08/12/15 | TRICG | Tri Cities Grain | SW-125 | BRAD | 105,500 | 32,920 | 72,580 |
| 1 - 02005781 | 08/12/15 | TRICG | Tri Cities Grain | SW-126 | HEATH | 105,520 | 32,860 | 72,660 |
| 1 - 02005788 | 08/12/15 | TRICG | Tri Cities Grain | SW-128 | WAYNE | 104,620 | 33,100 | 71,520 |
| 1 - 02005789 | 08/12/15 | TRICG | Tri Cities Grain | SW-129 | DENVER | 96,620 | 34,880 | 61,740 |
| 1 - 02005794 | 08/12/15 | TRICG | Tri Cities Grain | SW-130 | KEVIN | 97,020 | 34,900 | 62,120 |
| 1 - 02005795 | 08/12/15 | TRICG | Tri Cities Grain | SW-127 | KEN | 85,660 | 30,980 | 54,680 |
| 1 - 02005797 | 08/12/15 | TRICG | Tri Cities Grain | SW-131 | JAVIER | 95,960 | 34,660 | 61,300 |
| 1 - 02005800 | 08/13/15 | TRICG | Tri Cities Grain | SW-132 | SANTOS | 97,600 | 34,760 | 62,840 |
| 1 - 02005802 | 08/13/15 | TRICG | Tri Cities Grain | SW-133 | JON | 105,800 | 32,760 | 73,040 |
| 1 - 02005803 | 08/13/15 | TRICG | Tri Cities Grain | SW-134 | BRAD | 105,800 | 32,880 | 72,920 |
| 1 - 02005805 | 08/13/15 | TRICG | Tri Cities Grain | SW-138 | WAYNE | 105,500 | 32,860 | 72,640 |
| 1 - 02005806 | 08/13/15 | TRICG | Tri Cities Grain | SW-136 | NELSON | 104,980 | 47,500 | 57,480 |
| 1 - 02005807 | 08/13/15 | TRICG | Tri Cities Grain | SW-135 | HEATH | 105,580 | 32,840 | 72,740 |
| 1 - 02005809 | 08/13/15 | TRICG | Tri Cities Grain | SW-137 | LONNIE | 101,680 | 37,180 | 64,500 |
| 1 - 02005813 | 08/13/15 | TRICG | Tri Cities Grain | SW-139 | KEVIN | 97,320 | 34,980 | 62,340 |
| 1 - 02005817 | 08/13/15 | TRICG | Tri Cities Grain | SW-140 | KEN | 85,800 | 31,240 | 54,560 |
| 1 - 02005821 | 08/14/15 | TRICG | Tri Cities Grain | SW-141 | BRAD | 105,320 | 32,860 | 72,460 |
| 1 - 02005823 | 08/14/15 | TRICG | Tri Cities Grain | SW-142 | JON | 105,500 | 32,780 | 72,720 |
| 1 - 02005824 | 08/14/15 | TRICG | Tri Cities Grain | SW-143 | HEATH | 105,820 | 32,880 | 72,940 |
| 1 - 02005829 | 08/14/15 | TRICG | Tri Cities Grain | SW-144 | DON | 102,000 | 37,960 | 64,040 |
| 1 - 02005836 | 08/14/15 | TRICG | Tri Cities Grain | SW-145 | WAYNE | 105,540 | 32,820 | 72,720 |
| 1 - 02005837 | 08/14/15 | TRICG | Tri Cities Grain | SW-146 | KEVIN | 97,000 | 35,060 | 61,940 |
| 1 - 02005842 | 08/17/15 | TRICG | Tri Cities Grain | SW-147 | JON | 105,500 | 32,720 | 72,780 |
| 1 - 02005845 | 08/17/15 | TRICG | Tri Cities Grain | SWW-148 | HEATH | 105,540 | 32,680 | 72,860 |
| 1 - 02005846 | 08/17/15 | TRICG | Tri Cities Grain | SW-150 | LONNIE | 101,760 | 36,420 | 65,340 |
| 1 - 02005849 | 08/17/15 | TRICG | Tri Cities Grain | SW-151 | STEVE | 82,140 | 31,960 | 50,180 |
| 1 - 02005850 | 08/17/15 | TRICG | Tri Cities Grain | SW-152 | BRAD | 105,660 | 32,940 | 72,720 |
| 1 - 02005851 | 08/17/15 | TRICG | Tri Cities Grain | SW-149 | RANDY | 103,540 | 37,540 | 66,000 |
| 1 - 02005852 | 08/17/15 | TRICG | Tri Cities Grain | SW-153 | WAYNE | 105,620 | 32,840 | 72,780 |
| 1 - 02005853 | 08/17/15 | TRICG | Tri Cities Grain | SW-154 | KEVIN | 97,500 | 34,920 | 62,580 |
| 1 - 02005854 | 08/17/15 | TRICG | Tri Cities Grain | SW-157 | CHASE | 95,280 | 35,140 | 60,140 |
| 1 - 02005855 | 08/17/15 | TRICG | Tri Cities Grain | SW-155 | BRAD | 91,820 | 34,400 | 57,420 |
| 1 - 02005856 | 08/17/15 | TRICG | Tri Cities Grain | SW-156 | JOSE | 99,420 | 35,660 | 63,760 |
| 1 - 02005859 | 08/17/15 | TRICG | Tri Cities Grain | SW-158 | DENVER | 99,040 | 34,640 | 64,400 |
| 1 - 02005860 | 08/17/15 | TRICG | Tri Cities Grain | SW-159 | VINCE | 98,700 | 34,640 | 64,060 |
| 1 - 02005861 | 08/18/15 | TRICG | Tri Cities Grain | SW-160 | JON | 105,460 | 32,700 | 72,760 |
| 1 - 02005863 | 08/18/15 | TRICG | Tri Cities Grain | SW-161 | HEATH | 105,680 | 32,780 | 72,900 |
| 1 - 02005869 | 08/18/15 | TRICG | Tri Cities Grain | SW-162 | BRAD | 105,320 | 32,820 | 72,500 |
| 1 - 02005918 | 08/20/15 | TRICG | Tri Cities Grain | SW-163 | WAYNE | 105,380 | 32,720 | 72,660 |
| 1 - 02005920 | 08/20/15 | TRICG | Tri Cities Grain | SW-164 | KEVIN | 97,520 | 35,000 | 62,520 |
| 1 - 02005930 | 08/21/15 | TRICG | Tri Cities Grain | SW-165 | KENNETH | 79,740 | 31,900 | 47,840 |
| 1 - 02005931 | 08/21/15 | TRICG | Tri Cities Grain | SW-166 | JON | 105,520 | 32,780 | 72,740 |
| 1 - 02005937 | 08/21/15 | TRICG | Tri Cities Grain | SW-167 | BRAD | 105,180 | 32,880 | 72,300 |
| 1 - 02005942 | 08/21/15 | TRICG | Tri Cities Grain | SW-168 | KEVIN | 97,220 | 35,060 | 62,160 |
| 1 - 02005964 | 08/24/15 | TRICG | Tri Cities Grain | SW-169 | WAYNE | 105,520 | 32,640 | 72,880 |
| 1 - 02005965 | 08/24/15 | TRICG | Tri Cities Grain | SW-170 | KEVIN | 96,480 | 34,980 | 61,500 |
| 1 - 02005976 | 08/25/15 | TRICG | Tri Cities Grain | SW 171 | JON | 105,380 | 32,680 | 72,700 |
| 1 - 02005978 | 08/25/15 | TRICG | Tri Cities Grain | SW-172 | HEATH | 105,680 | 32,780 | 72,900 |
| 1 - 02005984 | 08/25/15 | TRICG | Tri Cities Grain | SW-173 | BRAD | 105,420 | 32,840 | 72,580 |
| 1 - 02005986 | 08/25/15 | TRICG | Tri Cities Grain | SW-174 | KEVIN | 97,060 | 34,880 | 62,180 |
| 1 - 02005987 | 08/25/15 | TRICG | Tri Cities Grain | SW-175 | WAYNE | 105,540 | 32,740 | 72,800 |

Case 19-06009-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 14:42:04    Desc Main
Document      Page 125 of 142

09/26/2017  10:12:22PM

Shipment Listing By Commodity Report
Location(s): 1-FARMERS GRAIN

Page:      9

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|

**SWW Whole Wheat (TON)    Commodity #: 31**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| 1 - 02005992 | 08/26/15 | TRICG | Tri Cities Grain | SW-176 | JON | 105,520 | 32,700 | 72,820 | |
| 1 - 02005995 | 08/26/15 | TRICG | Tri Cities Grain | SW-177 | HEATH | 105,560 | 32,820 | 72,740 | |
| 1 - 02006007 | 08/26/15 | TRICG | Tri Cities Grain | SW-179 | CHASE | 95,540 | 35,300 | 60,240 | |
| 1 - 02006011 | 08/26/15 | TRICG | Tri Cities Grain | SW-180 | BRAD | 104,740 | 32,980 | 71,760 | |
| 1 - 02006012 | 08/27/15 | TRICG | Tri Cities Grain | SW-181 | JON | 105,500 | 32,700 | 72,800 | |
| 1 - 02006018 | 08/27/15 | TRICG | Tri Cities Grain | SW-182 | KEVIN | 97,760 | 34,880 | 62,880 | |
| 1 - 02006019 | 08/27/15 | TRICG | Tri Cities Grain | SW-183 | BRAD | 104,960 | 32,920 | 72,040 | |
| 1 - 02006026 | 08/28/15 | TRICG | Tri Cities Grain | SW-184 | JON | 105,680 | 32,720 | 72,960 | |
| 1 - 02006048 | 08/28/15 | TRICG | Tri Cities Grain | SW-185 | KEVIN | 97,020 | 34,900 | 62,120 | |
| 1 - 02006061 | 08/31/15 | TRICG | Tri Cities Grain | SW-186 | WILLIEM | 92,440 | 34,660 | 57,780 | |
| 1 - 02006062 | 08/31/15 | TRICG | Tri Cities Grain | SW-187 | MIGUEL | 87,500 | 32,500 | 55,000 | |
| 1 - 02006064 | 08/31/15 | TRICG | Tri Cities Grain | SW-188 | BRAD | 105,280 | 32,840 | 72,440 | |
| 1 - 02006065 | 08/31/15 | TRICG | Tri Cities Grain | SW-189 | KEVIN | 98,280 | 34,900 | 63,380 | |
| 1 - 02006070 | 08/31/15 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 35,200 | 61,300 | |
| 1 - 02006071 | 09/01/15 | TRICG | Tri Cities Grain | SW-192 | JON | 105,540 | 32,700 | 72,840 | |
| 1 - 02006073 | 09/01/15 | TRICG | Tri Cities Grain | SW-190 | ALFONSO | 101,860 | 37,380 | 64,480 | |
| 1 - 02006074 | 09/01/15 | TRICG | Tri Cities Grain | SW-193 | WAYNE | 105,340 | 32,460 | 72,880 | |
| 1 - 02006076 | 09/01/15 | TRICG | Tri Cities Grain | SW-191 | GIL | 94,900 | 36,240 | 58,660 | |
| 1 - 02006077 | 09/01/15 | TRICG | Tri Cities Grain | SW-194 | HEATH | 105,600 | 32,780 | 72,820 | |
| 1 - 02006078 | 09/01/15 | TRICG | Tri Cities Grain | SW-195 | RANDY | 102,600 | 37,580 | 65,020 | |
| 1 - 02006079 | 09/01/15 | TRICG | Tri Cities Grain | SW-192 | ALEX | 94,700 | 31,900 | 62,800 | |
| 1 - 02006085 | 09/01/15 | TRICG | Tri Cities Grain | SW-196 | KEVIN | 97,320 | 34,980 | 62,340 | |
| 1 - 02006088 | 09/01/15 | TRICG | Tri Cities Grain | SW-197 | BRAD | 105,760 | 32,800 | 72,960 | |
| 1 - 02006094 | 09/02/15 | TRICG | Tri Cities Grain | SW-198 | JON | 105,360 | 32,720 | 72,640 | |
| 1 - 02006096 | 09/02/15 | TRICG | Tri Cities Grain | SW-200 | WAYNE | 106,040 | 32,460 | 73,580 | |
| 1 - 02006106 | 09/02/15 | TRICG | Tri Cities Grain | SW-201 | CHASE | 95,700 | 35,280 | 60,420 | |
| 1 - 02006108 | 09/02/15 | TRICG | Tri Cities Grain | SW-202 | BRAD | 105,220 | 32,780 | 72,440 | |
| 1 - 02006110 | 09/02/15 | TRICG | Tri Cities Grain | SW-203 | KEVIN | 97,960 | 34,860 | 63,100 | |
| 1 - 02006115 | 09/02/15 | TRICG | Tri Cities Grain | | JOSE | 96,520 | 34,400 | 62,120 | |
| 1 - 02008832 | 09/02/15 | TRICG | Tri Cities Grain | SW-199 | HEATH | 105,440 | 32,840 | 72,600 | |
| 1 - 02006117 | 09/03/15 | TRICG | Tri Cities Grain | SW-204 | JON | 105,200 | 32,700 | 72,500 | |
| 1 - 02006118 | 09/03/15 | TRICG | Tri Cities Grain | SW-205 | HEATH | 105,540 | 32,760 | 72,780 | |
| 1 - 02006126 | 09/03/15 | TRICG | Tri Cities Grain | SW-206 | BRAD | 105,900 | 32,720 | 73,180 | |
| 1 - 02006127 | 09/03/15 | TRICG | Tri Cities Grain | SW-207 | WAYNE | 105,380 | 32,340 | 73,040 | |
| 1 - 02006128 | 09/03/15 | TRICG | Tri Cities Grain | SW-208 | KEVIN | 97,680 | 34,840 | 62,840 | |
| 1 - 02006135 | 09/04/15 | TRICG | Tri Cities Grain | SW-209 | JON | 105,120 | 32,660 | 72,460 | |
| 1 - 02006137 | 09/04/15 | TRICG | Tri Cities Grain | SW-210 | HEATH | 105,460 | 32,680 | 72,780 | |
| 1 - 02006138 | 09/04/15 | TRICG | Tri Cities Grain | SW-211 | CHASE | 95,920 | 35,220 | 60,700 | |
| 1 - 02006152 | 09/04/15 | TRICG | Tri Cities Grain | SW-212 | WAYNE | 105,460 | 32,360 | 73,100 | |
| 1 - 02006153 | 09/04/15 | TRICG | Tri Cities Grain | SW-213 | BRAD | 105,900 | 32,960 | 72,940 | |
| 1 - 02006165 | 09/08/15 | TRICG | Tri Cities Grain | SW-214 | JON | 105,020 | 32,660 | 72,360 | |
| 1 - 02006167 | 09/08/15 | TRICG | Tri Cities Grain | SW-215 | CHASE | 95,660 | 35,140 | 60,520 | |
| 1 - 02006168 | 09/08/15 | TRICG | Tri Cities Grain | SW-216 | HEATH | 105,440 | 32,640 | 72,800 | |
| 1 - 02006173 | 09/08/15 | TRICG | Tri Cities Grain | SW-217 | BRAD | 105,300 | 32,980 | 72,320 | |
| 1 - 02006174 | 09/08/15 | TRICG | Tri Cities Grain | SW-218 | WAYNE | 104,960 | 32,420 | 72,540 | |
| 1 - 02006181 | 09/09/15 | TRICG | Tri Cities Grain | SW-219 | JON | 104,920 | 32,660 | 72,260 | |
| 1 - 02006183 | 09/09/15 | TRICG | Tri Cities Grain | SW-226 | HEATH | 105,220 | 32,640 | 72,580 | |
| 1 - 02006184 | 09/09/15 | TRICG | Tri Cities Grain | SW-220 | RICHARDO | 101,000 | 37,900 | 63,100 | |
| 1 - 02006185 | 09/09/15 | TRICG | Tri Cities Grain | SW-227 | CHASE | 96,100 | 35,020 | 61,080 | |
| 1 - 02006187 | 09/09/15 | TRICG | Tri Cities Grain | SW-228 | KEVIN | 97,160 | 34,960 | 62,200 | |
| 1 - 02006191 | 09/09/15 | TRICG | Tri Cities Grain | SW-222 | FELIPE | 97,020 | 37,120 | 59,900 | |
| 1 - 02006194 | 09/09/15 | TRICG | Tri Cities Grain | SW-221 | CHARLES | 95,640 | 37,680 | 57,960 | |
| 1 - 02006196 | 09/09/15 | TRICG | Tri Cities Grain | SW-229 | JUAN | 94,860 | 34,880 | 59,980 | |
| 1 - 02006197 | 09/09/15 | TRICG | Tri Cities Grain | SW-223 | ROBERTO | 93,000 | 35,460 | 57,540 | |
| 1 - 02006198 | 09/09/15 | TRICG | Tri Cities Grain | SW-230 | CHAD | 97,540 | 35,340 | 62,200 | |
| 1 - 02006200 | 09/09/15 | TRICG | Tri Cities Grain | SW-231 | BRAD | 105,140 | 32,780 | 72,360 | |
| 1 - 02006201 | 09/09/15 | TRICG | Tri Cities Grain | SW-232 | WAYNE | 105,020 | 32,460 | 72,560 | |
| 1 - 02006209 | 09/10/15 | TRICG | Tri Cities Grain | SW-233 | JOSE | 95,820 | 35,800 | 60,020 | |
| 1 - 02006210 | 09/10/15 | TRICG | Tri Cities Grain | SW-235 | JON | 105,440 | 32,840 | 72,600 | |
| 1 - 02006211 | 09/10/15 | TRICG | Tri Cities Grain | SW-236 | HEATH | 105,700 | 32,660 | 73,040 | |
| 1 - 02006213 | 09/10/15 | TRICG | Tri Cities Grain | SW-237 | CHASE | 95,580 | 35,160 | 60,420 | |
| 1 - 02006218 | 09/10/15 | TRICG | Tri Cities Grain | SW-238 | KEVIN | 104,640 | 35,200 | 69,440 | |
| 1 - 02006219 | 09/10/15 | TRICG | Tri Cities Grain | SW-239 | BRAD | 104,920 | 32,760 | 72,160 | |
| 1 - 02006221 | 09/10/15 | TRICG | Tri Cities Grain | SW-240 | WAYNE | 105,000 | 32,440 | 72,560 | |
| 1 - 02006223 | 09/10/15 | TRICG | Tri Cities Grain | SW-241 | KEVIN | 97,020 | 35,000 | 62,020 | |
| 1 - 02006228 | 09/11/15 | TRICG | Tri Cities Grain | SW-248 | JON | 105,060 | 32,660 | 72,400 | |
| 1 - 02006229 | 09/11/15 | TRICG | Tri Cities Grain | SW-242 | RUBEN | 95,020 | 38,040 | 56,980 | |
| 1 - 02006230 | 09/11/15 | TRICG | Tri Cities Grain | SW-243 | FELIPE | 96,800 | 36,860 | 59,940 | |
| 1 - 02006231 | 09/11/15 | TRICG | Tri Cities Grain | SW-246 | JOSE | 96,340 | 36,620 | 59,720 | |
| 1 - 02006232 | 09/11/15 | TRICG | Tri Cities Grain | SW-249 | HEATH | 105,740 | 32,700 | 73,040 | |
| 1 - 02006234 | 09/11/15 | TRICG | Tri Cities Grain | SW-245 | PAUL | 96,820 | 36,700 | 60,120 | |
| 1 - 02006235 | 09/11/15 | TRICG | Tri Cities Grain | SW-234 | KURT | 91,640 | 35,840 | 55,800 | |
| 1 - 02006236 | 09/11/15 | TRICG | Tri Cities Grain | SW-244 | ROBERTO | 94,780 | 35,800 | 58,980 | |
| 1 - 02006237 | 09/11/15 | TRICG | Tri Cities Grain | SW-250 | LANCE | 95,860 | 35,660 | 60,200 | |

**FG 36074**

Case 19-06009-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 14:42:04    Desc Main
Document    Page 126 of 142
09/26/2017  10:12:22PM
Shipment Listing By Commodity Report
Location(s): 1-FARMERS GRAIN
Page:    10

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | **Commodity #: 31** | | | | | | | | |
| 1 - 02006239 | 09/11/15 | TRICG | Tri Cities Grain | SW-247 | MEL | 95,260 | 35,600 | 59,660 | |
| 1 - 02006240 | 09/11/15 | TRICG | Tri Cities Grain | SW-251 | JAVIER | 91,780 | 32,380 | 59,400 | |
| 1 - 02006244 | 09/11/15 | TRICG | Tri Cities Grain | SW-252 | WAYNE | 105,000 | 32,440 | 72,560 | |
| 1 - 02006248 | 09/11/15 | TRICG | Tri Cities Grain | SW-253 | KEVIN | 97,320 | 34,920 | 62,400 | |
| 1 - 02006253 | 09/11/15 | TRICG | Tri Cities Grain | SW-254 | CHASE | 95,780 | 35,220 | 60,560 | |
| 1 - 02006263 | 09/14/15 | TRICG | Tri Cities Grain | SW-255 | JON | 105,100 | 32,680 | 72,420 | |
| 1 - 02006265 | 09/14/15 | TRICG | Tri Cities Grain | SW-256 | HEATH | 105,060 | 32,880 | 72,180 | |
| 1 - 02006267 | 09/14/15 | TRICG | Tri Cities Grain | SW-257 | BRAD | 105,100 | 32,680 | 72,420 | |
| 1 - 02006268 | 09/14/15 | TRICG | Tri Cities Grain | SW-258 | HOMEIO | 86,880 | 34,620 | 52,260 | |
| 1 - 02006269 | 09/14/15 | TRICG | Tri Cities Grain | SW-260 | MARC | 86,700 | 34,760 | 51,940 | |
| 1 - 02006270 | 09/14/15 | TRICG | Tri Cities Grain | SW-259 | DAN | 79,500 | 28,340 | 51,160 | |
| 1 - 02006279 | 09/14/15 | TRICG | Tri Cities Grain | SW-262 | KYLE | 79,700 | 28,540 | 51,160 | |
| 1 - 02006283 | 09/14/15 | TRICG | Tri Cities Grain | SW-263 | KEVIN | 97,020 | 34,860 | 62,160 | |
| 1 - 02006289 | 09/15/15 | TRICG | Tri Cities Grain | SW-265 | WAYNE | 105,020 | 32,400 | 72,620 | |
| 1 - 02006290 | 09/15/15 | TRICG | Tri Cities Grain | SW-266 | JON | 105,120 | 32,660 | 72,460 | |
| 1 - 02006291 | 09/15/15 | TRICG | Tri Cities Grain | SW-267 | HEATH | 105,600 | 32,860 | 72,740 | |
| 1 - 02006294 | 09/15/15 | TRICG | Tri Cities Grain | SW-268 | CHASE | 95,840 | 35,020 | 60,820 | |
| 1 - 02006295 | 09/15/15 | TRICG | Tri Cities Grain | SW-264 | ALFONSO | 101,600 | 37,140 | 64,460 | |
| 1 - 02006297 | 09/15/15 | TRICG | Tri Cities Grain | SW-269 | BRAD | 105,100 | 32,720 | 72,380 | |
| 1 - 02006298 | 09/15/15 | TRICG | Tri Cities Grain | SW-261 | MARCELINO | 99,200 | 38,300 | 60,900 | |
| 1 - 02006301 | 09/15/15 | TRICG | Tri Cities Grain | SW-271 | RANDY | 100,940 | 36,600 | 64,340 | |
| 1 - 02006305 | 09/15/15 | TRICG | Tri Cities Grain | SW-272 | GORDON | 105,320 | 35,460 | 69,860 | |
| 1 - 02006308 | 09/15/15 | TRICG | Tri Cities Grain | SW-274 | MARVIN | 100,520 | 37,100 | 63,420 | |
| 1 - 02006311 | 09/15/15 | TRICG | Tri Cities Grain | SW-273 | DARRELL | 105,440 | 33,460 | 71,980 | |
| 1 - 02006312 | 09/15/15 | TRICG | Tri Cities Grain | SW-275 | KEVIN | 97,120 | 34,880 | 62,240 | |
| 1 - 02006319 | 09/16/15 | TRICG | Tri Cities Grain | SW-281 | JON | 105,280 | 32,640 | 72,640 | |
| 1 - 02006322 | 09/16/15 | TRICG | Tri Cities Grain | SW-282 | HEATH | 105,060 | 32,740 | 72,320 | |
| 1 - 02006323 | 09/16/15 | TRICG | Tri Cities Grain | SW-276 | KURT | 91,220 | 35,800 | 55,420 | |
| 1 - 02006324 | 09/16/15 | TRICG | Tri Cities Grain | SW-278 | ROBERTO | 93,400 | 35,760 | 57,640 | |
| 1 - 02006325 | 09/16/15 | TRICG | Tri Cities Grain | SW-279 | JOSE | 96,500 | 36,660 | 59,840 | |
| 1 - 02006326 | 09/16/15 | TRICG | Tri Cities Grain | SW-283 | WAYNE | 104,360 | 32,380 | 71,980 | |
| 1 - 02006327 | 09/16/15 | TRICG | Tri Cities Grain | SW-280 | JUAN | 92,340 | 33,700 | 58,640 | |
| 1 - 02006328 | 09/16/15 | TRICG | Tri Cities Grain | SW-284 | CHASE | 95,860 | 34,100 | 61,760 | |
| 1 - 02006329 | 09/16/15 | TRICG | Tri Cities Grain | SW-286 | BRAD | 105,220 | 32,700 | 72,520 | |
| 1 - 02006333 | 09/16/15 | TRICG | Tri Cities Grain | SW-286 | PEDRO | 89,000 | 34,760 | 54,240 | |
| 1 - 02006335 | 09/16/15 | TRICG | Tri Cities Grain | SW-308 | MARC | 89,660 | 34,940 | 54,720 | |
| 1 - 02006336 | 09/16/15 | TRICG | Tri Cities Grain | SW-309 | KEVIN | 97,000 | 34,800 | 62,200 | |
| 1 - 02006342 | 09/17/15 | TRICG | Tri Cities Grain | SW-311 | WAYNE | 105,600 | 32,420 | 73,180 | |
| 1 - 02006343 | 09/17/15 | TRICG | Tri Cities Grain | SW-312 | JON | 105,280 | 32,640 | 72,640 | |
| 1 - 02006344 | 09/17/15 | TRICG | Tri Cities Grain | SW-313 | HEATH | 105,100 | 32,780 | 72,320 | |
| 1 - 02006345 | 09/17/15 | TRICG | Tri Cities Grain | SW-314 | BRAD | 105,160 | 32,800 | 72,360 | |
| 1 - 02006346 | 09/17/15 | TRICG | Tri Cities Grain | SW-288 | JOSE | 95,960 | 36,760 | 59,200 | |
| 1 - 02006348 | 09/17/15 | TRICG | Tri Cities Grain | SW-310 | GIL | 99,900 | 37,760 | 62,140 | |
| 1 - 02006349 | 09/17/15 | TRICG | Tri Cities Grain | SW-287 | ROBERTO | 94,820 | 35,840 | 58,980 | |
| 1 - 02006351 | 09/17/15 | TRICG | Tri Cities Grain | SW-289 | MEL | 90,400 | 36,320 | 54,080 | |
| 1 - 02006356 | 09/17/15 | TRICG | Tri Cities Grain | SW-315 | BRAD | 91,920 | 35,080 | 56,840 | |
| 1 - 02006358 | 09/17/15 | TRICG | Tri Cities Grain | SW-320 | CHASE | 95,600 | 35,240 | 60,360 | |
| 1 - 02006360 | 09/17/15 | TRICG | Tri Cities Grain | SW-319 | SCOTT | 104,880 | 35,900 | 68,980 | |
| 1 - 02006364 | 09/17/15 | TRICG | Tri Cities Grain | SW-321 | KEVIN | 97,020 | 34,860 | 62,160 | |
| 1 - 02006371 | 09/18/15 | TRICG | Tri Cities Grain | SW-322 | JON | 105,040 | 32,600 | 72,440 | |
| 1 - 02006372 | 09/18/15 | TRICG | Tri Cities Grain | SW-323 | WAYNE | 105,080 | 32,400 | 72,680 | |
| 1 - 02006374 | 09/18/15 | TRICG | Tri Cities Grain | SW-324 | HEATH | 105,140 | 32,700 | 72,440 | |
| 1 - 02006375 | 09/18/15 | TRICG | Tri Cities Grain | SW-325 | BRAD | 105,200 | 32,680 | 72,520 | |
| 1 - 02006376 | 09/18/15 | TRICG | Tri Cities Grain | SW-317 | GIL | 100,520 | 37,840 | 62,680 | |
| 1 - 02006377 | 09/18/15 | TRICG | Tri Cities Grain | | ROBERTO | 93,520 | 35,800 | 57,720 | |
| 1 - 02006379 | 09/18/15 | TRICG | Tri Cities Grain | SW-290 | JAMES | 96,420 | 36,320 | 60,100 | |
| 1 - 02006380 | 09/18/15 | TRICG | Tri Cities Grain | SW-292 | MEL | 96,320 | 35,360 | 60,960 | |
| 1 - 02006385 | 09/18/15 | TRICG | Tri Cities Grain | SW-326 | CHASE | 95,760 | 35,260 | 60,500 | |
| 1 - 02006393 | 09/21/15 | TRICG | Tri Cities Grain | SW-327 | JON | 105,180 | 32,640 | 72,540 | |
| 1 - 02006394 | 09/21/15 | TRICG | Tri Cities Grain | SW-328 | HEATH | 104,980 | 32,780 | 72,200 | |
| 1 - 02006396 | 09/21/15 | TRICG | Tri Cities Grain | SW-329 | WAYNE | 105,000 | 32,400 | 72,600 | |
| 1 - 02006398 | 09/21/15 | TRICG | Tri Cities Grain | SW-296 | VICTOR | 99,860 | 38,520 | 61,340 | |
| 1 - 02006399 | 09/21/15 | TRICG | Tri Cities Grain | SW-293 | PAUL | 94,600 | 35,920 | 58,680 | |
| 1 - 02006400 | 09/21/15 | TRICG | Tri Cities Grain | SW-330 | BRAD | 105,120 | 32,660 | 72,460 | |
| 1 - 02006402 | 09/21/15 | TRICG | Tri Cities Grain | SW-316 | GIL | 99,820 | 37,560 | 62,260 | |
| 1 - 02006406 | 09/21/15 | TRICG | Tri Cities Grain | SW-331 | GREG | 105,480 | 33,320 | 72,160 | |
| 1 - 02006410 | 09/22/15 | TRICG | Tri Cities Grain | SW-332 | KEVIN | 97,400 | 34,760 | 62,640 | |
| 1 - 02006412 | 09/22/15 | TRICG | Tri Cities Grain | SW-333 | WAYNE | 104,740 | 32,660 | 72,080 | |
| 1 - 02006413 | 09/22/15 | TRICG | Tri Cities Grain | SW-334 | HEATH | 105,000 | 32,780 | 72,220 | |
| 1 - 02006416 | 09/22/15 | TRICG | Tri Cities Grain | SW-335 | BRAD | 105,120 | 32,740 | 72,380 | |
| 1 - 02006418 | 09/22/15 | TRICG | Tri Cities Grain | SW-318 | GIL | 99,620 | 37,720 | 61,900 | |
| 1 - 02006421 | 09/22/15 | TRICG | Tri Cities Grain | SW-297 | ALICIA | 100,000 | 37,160 | 62,840 | |
| 1 - 02006422 | 09/22/15 | TRICG | Tri Cities Grain | SW-294 | VICTOR | 100,000 | 37,440 | 62,560 | |
| 1 - 02006423 | 09/22/15 | TRICG | Tri Cities Grain | SW-295 | JAMES | 89,240 | 36,740 | 52,500 | |

**FG 36075**

09/26/2017  10:12:22PM

Document Listing By Page Report

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | Commodity #: 31 | | | | | | | | |
| 1 - 02006433 | 09/23/15 | TRICG | Tri Cities Grain | SW-336 | WAYNE | 104,980 | 32,720 | 72,260 | |
| 1 - 02006434 | 09/23/15 | TRICG | Tri Cities Grain | SW-338 | BRAD | 105,140 | 32,740 | 72,400 | |
| 1 - 02006435 | 09/23/15 | TRICG | Tri Cities Grain | SW-337 | HEATH | 105,240 | 32,740 | 72,500 | |
| 1 - 02006440 | 09/23/15 | TRICG | Tri Cities Grain | SW-340 | JAVIER | 99,980 | 36,840 | 63,140 | |
| 1 - 02006441 | 09/23/15 | TRICG | Tri Cities Grain | SW-339 | BRAD | 90,800 | 34,020 | 56,780 | |
| 1 - 02006446 | 09/23/15 | TRICG | Tri Cities Grain | SW-298 | SAL | 84,300 | 36,700 | 47,600 | |
| 1 - 02006450 | 09/23/15 | TRICG | Tri Cities Grain | SW-341 | KEVIN | 98,340 | 34,940 | 63,400 | |
| 1 - 02006455 | 09/24/15 | TRICG | Tri Cities Grain | SW-342 | WAYNE | 104,940 | 32,700 | 72,240 | |
| 1 - 02006456 | 09/24/15 | TRICG | Tri Cities Grain | SW-343 | HEATH | 104,920 | 32,760 | 72,160 | |
| 1 - 02006458 | 09/24/15 | TRICG | Tri Cities Grain | SW-344 | BRAD | 104,660 | 32,700 | 71,960 | |
| 1 - 02006460 | 09/24/15 | TRICG | Tri Cities Grain | SW-302 | SAL | 87,780 | 35,920 | 51,860 | |
| 1 - 02006461 | 09/24/15 | TRICG | Tri Cities Grain | SW-300 | VICYOR | 101,220 | 37,460 | 63,760 | |
| 1 - 02006463 | 09/24/15 | TRICG | Tri Cities Grain | SW-345 | GIL | 96,360 | 33,420 | 62,940 | |
| 1 - 02006464 | 09/24/15 | TRICG | Tri Cities Grain | SW-301 | JAMES | 91,700 | 36,720 | 54,980 | |
| 1 - 02006467 | 09/24/15 | TRICG | Tri Cities Grain | SW-346 | JEREMY | 105,560 | 34,180 | 71,380 | |
| 1 - 02006470 | 09/24/15 | TRICG | Tri Cities Grain | SW-303 | ALVARO | 91,400 | 36,780 | 54,620 | |
| 1 - 02006476 | 09/24/15 | TRICG | Tri Cities Grain | SW-347 | KEVIN | 97,040 | 34,980 | 62,060 | |
| 1 - 02006499 | 09/25/15 | TRICG | Tri Cities Grain | SW-348 | HEATH | 104,800 | 32,680 | 72,120 | |
| 1 - 02006501 | 09/25/15 | TRICG | Tri Cities Grain | SW-349 | BRAD | 105,280 | 32,680 | 72,600 | |
| 1 - 02006503 | 09/25/15 | TRICG | Tri Cities Grain | SW-354 | EJ | 105,500 | 33,360 | 72,140 | |
| 1 - 02006510 | 09/25/15 | TRICG | Tri Cities Grain | SW-351 | KEVIN | 105,620 | 34,980 | 70,640 | |
| 1 - 02006511 | 09/25/15 | TRICG | Tri Cities Grain | SW-352 | JEREMY | 105,380 | 34,640 | 70,740 | |
| 1 - 02006514 | 09/25/15 | TRICG | Tri Cities Grain | SW-353 | DENNIS | 105,380 | 35,480 | 69,900 | |
| 1 - 02006534 | 09/28/15 | TRICG | Tri Cities Grain | SW-307 | VICTOR | 100,680 | 39,000 | 61,680 | |
| 1 - 02006615 | 10/02/15 | TRICG | Tri Cities Grain | SW-366 | NELSON | 104,840 | 32,520 | 72,320 | |
| 1 - 02006625 | 10/05/15 | TRICG | Tri Cities Grain | SW-356 | JON | 104,760 | 32,740 | 72,020 | |
| 1 - 02006629 | 10/05/15 | TRICG | Tri Cities Grain | SW-357 | BRAD | 104,900 | 32,880 | 72,020 | |
| 1 - 02006630 | 10/05/15 | TRICG | Tri Cities Grain | SW-358 | HEATH | 105,000 | 32,800 | 72,200 | |
| 1 - 02006638 | 10/05/15 | TRICG | Tri Cities Grain | SW-359 | WAYNE | 105,020 | 32,480 | 72,540 | |
| 1 - 02006654 | 10/05/15 | TRICG | Tri Cities Grain | SW-360 | NELSON | 104,560 | 32,400 | 72,160 | |
| 1 - 02006659 | 10/06/15 | TRICG | Tri Cities Grain | SW-361 | JON | 105,040 | 32,740 | 72,300 | |
| 1 - 02006660 | 10/06/15 | TRICG | Tri Cities Grain | SW-362 | HEATH | 105,380 | 32,820 | 72,560 | |
| 1 - 02006662 | 10/06/15 | TRICG | Tri Cities Grain | SW-363 | BRAD | 105,140 | 32,820 | 72,320 | |
| 1 - 02006665 | 10/06/15 | TRICG | Tri Cities Grain | SW-364 | ROD | 105,460 | 33,140 | 72,320 | |
| 1 - 02006666 | 10/06/15 | TRICG | Tri Cities Grain | SW-365 | GIL | 100,680 | 36,940 | 63,740 | |
| 1 - 02006669 | 10/06/15 | TRICG | Tri Cities Grain | SW-366 | JAMIE | 104,880 | 35,880 | 69,000 | |
| 1 - 02006671 | 10/06/15 | TRICG | Tri Cities Grain | SW-367 | WAYNE | 105,020 | 32,540 | 72,480 | |
| 1 - 02006672 | 10/06/15 | TRICG | Tri Cities Grain | SW-368 | KEVIN | 96,640 | 35,080 | 61,560 | |
| 1 - 02006675 | 10/06/15 | TRICG | Tri Cities Grain | SW-369 | EJ | 105,120 | 33,940 | 71,180 | |
| 1 - 02006678 | 10/06/15 | TRICG | Tri Cities Grain | SW-370 | NELSON | 105,040 | 32,380 | 72,660 | |
| 1 - 02006685 | 10/07/15 | TRICG | Tri Cities Grain | SW-371 | HEATH | 104,820 | 32,820 | 72,000 | |
| 1 - 02006686 | 10/07/15 | TRICG | Tri Cities Grain | SW-372 | JON | 105,000 | 32,740 | 72,260 | |
| 1 - 02006687 | 10/07/15 | TRICG | Tri Cities Grain | SW-373 | BRAD | 105,120 | 32,820 | 72,300 | |
| 1 - 02006688 | 10/07/15 | TRICG | Tri Cities Grain | | KEVIN | 105,700 | 35,600 | 70,100 | |
| 1 - 02006969 | 10/22/15 | TRICG | Tri Cities Grain | SW-377 | MEL | 97,040 | 36,080 | 60,960 | |
| 1 - 02006972 | 10/22/15 | TRICG | Tri Cities Grain | SW-378 | DENVER | 101,900 | 36,900 | 65,000 | |
| 1 - 02006973 | 10/22/15 | TRICG | Tri Cities Grain | SW-379 | BRAD | 105,300 | 32,840 | 72,460 | |
| 1 - 02007119 | 10/30/15 | TRICG | Tri Cities Grain | SW-381 | WAYNE | 105,580 | 32,500 | 73,080 | |
| 1 - 02007129 | 11/02/15 | TRICG | Tri Cities Grain | SW-383 | LEM | 96,060 | 38,060 | 58,000 | |
| 1 - 02007130 | 11/02/15 | TRICG | Tri Cities Grain | SW-382 | HEATH | 105,040 | 32,280 | 72,760 | |
| 1 - 02007143 | 11/02/15 | TRICG | Tri Cities Grain | SW-384 | LEVI | 105,520 | 33,280 | 72,240 | |
| 1 - 02007144 | 11/02/15 | TRICG | Tri Cities Grain | SW-385 | WAYNE | 105,260 | 33,660 | 71,600 | |
| 1 - 02007145 | 11/02/15 | TRICG | Tri Cities Grain | SW-386 | JAMIE | 105,220 | 33,540 | 71,680 | |
| 1 - 02007149 | 11/03/15 | TRICG | Tri Cities Grain | SW-386 | HEATH | 105,040 | 32,360 | 72,680 | |
| 1 - 02007157 | 11/03/15 | TRICG | Tri Cities Grain | SW-387 | LEM | 95,940 | 38,080 | 57,860 | |
| 1 - 02007163 | 11/03/15 | TRICG | Tri Cities Grain | SW-388 | JAMIE | 105,500 | 33,560 | 71,940 | |
| 1 - 02007167 | 11/03/15 | TRICG | Tri Cities Grain | SW-389 | JIM | 104,820 | 34,220 | 70,600 | |
| 1 - 02007168 | 11/03/15 | TRICG | Tri Cities Grain | SW-390 | WAYNE | 105,540 | 33,780 | 71,760 | |
| 1 - 02007170 | 11/03/15 | TRICG | Tri Cities Grain | SW-391 | LEVI | 106,320 | 33,400 | 72,920 | |
| 1 - 02007175 | 11/04/15 | TRICG | Tri Cities Grain | SW-391 | KEVIN | 105,300 | 35,540 | 69,760 | |
| 1 - 02007178 | 11/04/15 | TRICG | Tri Cities Grain | SW-395 | HEATH | 104,980 | 32,440 | 72,540 | |
| 1 - 02007179 | 11/04/15 | TRICG | Tri Cities Grain | SW-393 | ROBERT | 104,360 | 34,840 | 69,520 | |
| 1 - 02007181 | 11/04/15 | TRICG | Tri Cities Grain | SW-395 | RUSSEL | 105,460 | 34,600 | 70,860 | |
| 1 - 02007191 | 11/04/15 | TRICG | Tri Cities Grain | SW-396 | JAMIE | 105,500 | 33,300 | 72,200 | |
| 1 - 02007194 | 11/04/15 | TRICG | Tri Cities Grain | SW-397 | WAYNE | 104,960 | 33,460 | 71,500 | |
| 1 - 02007197 | 11/04/15 | TRICG | Tri Cities Grain | SW-398 | JEREMY | 104,820 | 34,360 | 70,460 | |
| 1 - 02007203 | 11/05/15 | TRICG | Tri Cities Grain | SW-399 | HEATH | 105,220 | 32,380 | 72,840 | |
| 1 - 02007211 | 11/05/15 | TRICG | Tri Cities Grain | SW-400 | JAMEY | 105,520 | 32,940 | 72,580 | |
| 1 - 02007218 | 11/05/15 | TRICG | Tri Cities Grain | SW-401 | NELSON | 96,880 | 34,580 | 62,300 | |
| 1 - 02007219 | 11/05/15 | TRICG | Tri Cities Grain | SW-402 | GLEN | 105,200 | 34,620 | 70,580 | |
| 1 - 02007223 | 11/06/15 | TRICG | Tri Cities Grain | SW-403 | DENNIS | 104,520 | 35,040 | 69,480 | |
| 1 - 02007224 | 11/06/15 | TRICG | Tri Cities Grain | SW-404 | HEATH | 104,920 | 32,360 | 72,560 | |
| 1 - 02007235 | 11/06/15 | TRICG | Tri Cities Grain | SW-405 | JAMEY | 105,780 | 33,280 | 72,500 | |
| 1 - 02007238 | 11/07/15 | TRiCG | Tri Cities Grain | SW-406 | MEL | 95,040 | 36,480 | 58,560 | |

**FG 36076**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02007257 | 11/09/15 | TRICG | Tri Cities Grain | SW-407 | HEATH | 104,980 | 33,820 | 71,160 | |
| 1 - 02007258 | 11/09/15 | TRICG | Tri Cities Grain | SW-408 | JAMEY | 105,560 | 33,420 | 72,140 | |
| 1 - 02007278 | 11/10/15 | TRICG | Tri Cities Grain | SW-410 | LEM | 94,520 | 36,980 | 57,540 | |
| 1 - 02007284 | 11/10/15 | TRICG | Tri Cities Grain | SW-411 | JAMEY | 105,300 | 33,360 | 71,940 | |
| 1 - 02007291 | 11/11/15 | TRICG | Tri Cities Grain | SW-412 | HEATH | 104,880 | 33,040 | 71,840 | |
| 1 - 02007295 | 11/11/15 | TRICG | Tri Cities Grain | SW-413 | JIM | 105,420 | 34,900 | 70,520 | |
| 1 - 02007299 | 11/11/15 | TRICG | Tri Cities Grain | SW-414 | JEREMY | 104,680 | 36,140 | 68,540 | |
| 1 - 02007303 | 11/11/15 | TRICG | Tri Cities Grain | WS-415 | TRAVIS | 105,520 | 33,960 | 71,560 | |
| 1 - 02007304 | 11/11/15 | TRICG | Tri Cities Grain | WS-416 | JAMEY | 105,420 | 33,340 | 72,080 | |
| 1 - 02007307 | 11/11/15 | TRICG | Tri Cities Grain | SW-417 | DJ | 99,340 | 35,620 | 63,720 | |
| 1 - 02007308 | 11/12/15 | TRICG | Tri Cities Grain | SW-419 | HEATH | 105,260 | 33,120 | 72,140 | |
| 1 - 02007309 | 11/12/15 | TRICG | Tri Cities Grain | SW-418 | KEVIN | 104,000 | 36,720 | 67,280 | |
| 1 - 02007317 | 11/12/15 | TRICG | Tri Cities Grain | SW-420 | THEO | 94,560 | 37,260 | 57,300 | |
| 1 - 02007318 | 11/12/15 | TRICG | Tri Cities Grain | SW-421 | PRECI | 96,000 | 35,520 | 60,480 | |
| 1 - 02007324 | 11/12/15 | TRICG | Tri Cities Grain | SW-422 | JAMEY | 105,600 | 33,300 | 72,300 | |
| 1 - 02007330 | 11/12/15 | TRICG | Tri Cities Grain | SW-423 | TRAVIS | 105,200 | 33,920 | 71,280 | |
| 1 - 02007331 | 11/12/15 | TRICG | Tri Cities Grain | SW-50 | SALVADOR | 94,940 | 32,380 | 62,560 | |
| 1 - 02007335 | 11/13/15 | TRICG | Tri Cities Grain | SW-425 | HEATH | 104,660 | 33,140 | 71,520 | |
| 1 - 02007341 | 11/13/15 | TRICG | Tri Cities Grain | SW-395A | JEREMY | 104,480 | 35,040 | 69,440 | |
| 1 - 02007348 | 11/13/15 | TRICG | Tri Cities Grain | SW-426 | JAMEY | 105,540 | 33,300 | 72,240 | |
| 1 - 02007354 | 11/14/15 | TRICG | Tri Cities Grain | SW-427 | MARVIN | 103,060 | 37,680 | 65,380 | |
| 1 - 02007356 | 11/14/15 | TRICG | Tri Cities Grain | SW-428 | LOUIE | 101,960 | 37,800 | 64,160 | |
| 1 - 02007358 | 11/14/15 | TRICG | Tri Cities Grain | SW-429 | LEONARDO | 88,600 | 33,100 | 55,500 | |
| 1 - 02007366 | 11/16/15 | TRICG | Tri Cities Grain | SW-430 | HEATH | 105,500 | 33,160 | 72,340 | |
| 1 - 02007370 | 11/16/15 | TRICG | Tri Cities Grain | SW-431 | ALFONSO | 101,840 | 37,480 | 64,360 | |
| 1 - 02007372 | 11/16/15 | TRICG | Tri Cities Grain | SW-432 | ROD | 101,200 | 38,220 | 62,980 | |
| 1 - 02007379 | 11/16/15 | TRICG | Tri Cities Grain | WS-433 | JAMEY | 105,000 | 33,340 | 71,660 | |
| 1 - 02007380 | 11/16/15 | TRICG | Tri Cities Grain | SW-434 | TRAVIS | 105,000 | 33,660 | 71,340 | |
| 1 - 02007382 | 11/17/15 | TRICG | Tri Cities Grain | SW-435 | | 105,920 | 34,160 | 71,760 | |
| 1 - 02007387 | 11/17/15 | TRICG | Tri Cities Grain | SW-436 | HEATH | 105,080 | 33,400 | 71,680 | |
| 1 - 02007389 | 11/17/15 | TRICG | Tri Cities Grain | SW-437 | EDGAR | 101,480 | 38,740 | 62,740 | |
| 1 - 02007390 | 11/17/15 | TRICG | Tri Cities Grain | SW-438 | JOE | 100,900 | 37,520 | 63,380 | |
| 1 - 02007397 | 11/17/15 | TRICG | Tri Cities Grain | SW-441 | PRECI | 95,660 | 35,340 | 60,320 | |
| 1 - 02007404 | 11/17/15 | TRICG | Tri Cities Grain | SW-445 | TRAVIS | 105,320 | 33,600 | 71,720 | |
| 1 - 02007409 | 11/18/15 | TRICG | Tri Cities Grain | SW-446 | GREG | 96,160 | 36,880 | 59,280 | |
| 1 - 02007415 | 11/18/15 | TRICG | Tri Cities Grain | SW-447 | CHRIS | 102,960 | 37,580 | 65,380 | |
| 1 - 02007417 | 11/18/15 | TRICG | Tri Cities Grain | SW-448 | ROD | 102,940 | 39,020 | 63,920 | |
| 1 - 02007418 | 11/18/15 | TRICG | Tri Cities Grain | SW-439 | JEREMY | 101,020 | 38,580 | 62,440 | |
| 1 - 02007419 | 11/18/15 | TRICG | Tri Cities Grain | SW-449 | BRAD | 105,540 | 34,340 | 71,200 | |
| 1 - 02007428 | 11/18/15 | TRICG | Tri Cities Grain | SW-450 | TRAVIS | 105,400 | 33,660 | 71,740 | |
| 1 - 02007435 | 11/18/15 | TRICG | Tri Cities Grain | SW-451 | JAMEY | 105,240 | 33,200 | 72,040 | |
| 1 - 02007439 | 11/19/15 | TRICG | Tri Cities Grain | SW-452 | ABEL | 97,580 | 36,420 | 61,160 | |
| 1 - 02007441 | 11/19/15 | TRICG | Tri Cities Grain | SW-453 | PRECI | 96,940 | 35,540 | 61,400 | |
| 1 - 02007443 | 11/19/15 | TRICG | Tri Cities Grain | SW-447 | CHRIS | 102,580 | 37,680 | 64,900 | |
| 1 - 02007444 | 11/19/15 | TRICG | Tri Cities Grain | SW-454 | ALFONSO | 102,160 | 37,360 | 64,800 | |
| 1 - 02007445 | 11/19/15 | TRICG | Tri Cities Grain | SW-442 | MIKE | 100,360 | 37,400 | 62,960 | |
| 1 - 02007446 | 11/19/15 | TRICG | Tri Cities Grain | SW-444 | CLINT | 95,300 | 34,520 | 60,780 | |
| 1 - 02007447 | 11/19/15 | TRICG | Tri Cities Grain | SW-455 | JESUS | 102,720 | 38,840 | 63,880 | |
| 1 - 02007448 | 11/19/15 | TRICG | Tri Cities Grain | SW-456 | JOEL | 99,680 | 37,700 | 61,980 | |
| 1 - 02007449 | 11/19/15 | TRICG | Tri Cities Grain | SW-457 | BRAD | 105,220 | 34,460 | 70,760 | |
| 1 - 02007451 | 11/19/15 | TRICG | Tri Cities Grain | SW-458 | DARIN | 100,640 | 38,220 | 62,420 | |
| 1 - 02007454 | 11/19/15 | TRICG | Tri Cities Grain | SW-459 | LEM | 95,780 | 38,240 | 57,540 | |
| 1 - 02007459 | 11/19/15 | TRICG | Tri Cities Grain | SW-461 | JAMEY | 105,180 | 33,460 | 71,720 | |
| 1 - 02007464 | 11/19/15 | TRICG | Tri Cities Grain | SW-462 | TRAVIS | 105,080 | 33,800 | 71,280 | |
| 1 - 02007468 | 11/20/15 | TRICG | Tri Cities Grain | SW-463 | ANTONIO | 101,460 | 37,560 | 63,900 | |
| 1 - 02007469 | 11/20/15 | TRICG | Tri Cities Grain | SW-460 | CLINT | 95,380 | 34,340 | 61,040 | |
| 1 - 02007471 | 11/20/15 | TRICG | Tri Cities Grain | SW-464 | MOSE | 98,120 | 36,300 | 61,820 | |
| 1 - 02007472 | 11/20/15 | TRICG | Tri Cities Grain | SW-465 | BRAD | 105,360 | 34,360 | 71,000 | |
| 1 - 02007475 | 11/20/15 | TRICG | Tri Cities Grain | SW-466 | CHRIS | 102,540 | 37,620 | 64,920 | |
| 1 - 02007476 | 11/20/15 | TRICG | Tri Cities Grain | SW-443 | JEREMY | 104,540 | 35,580 | 68,960 | |
| 1 - 02007477 | 11/20/15 | TRICG | Tri Cities Grain | SW-467 | JIM | 104,500 | 35,460 | 69,040 | |
| 1 - 02007478 | 11/20/15 | TRICG | Tri Cities Grain | SW-468 | PRECI | 96,560 | 35,500 | 61,060 | |
| 1 - 02007484 | 11/20/15 | TRICG | Tri Cities Grain | SW-469 | ALFONSO | 102,180 | 36,860 | 65,320 | |
| 1 - 02007487 | 11/20/15 | TRICG | Tri Cities Grain | SW-470 | TRAVIS | 105,040 | 33,880 | 71,160 | |
| 1 - 02007489 | 11/20/15 | TRICG | Tri Cities Grain | SW-471 | JAMEY | 105,800 | 33,420 | 72,380 | |
| 1 - 02007505 | 11/23/15 | TRICG | Tri Cities Grain | SW-472 | MOSES | 99,560 | 35,980 | 63,580 | |
| 1 - 02007507 | 11/23/15 | TRICG | Tri Cities Grain | SW-473 | ALFONSO | 102,020 | 36,940 | 65,080 | |
| 1 - 02007508 | 11/23/15 | TRICG | Tri Cities Grain | SW-474 | CHRIS | 102,940 | 37,760 | 65,180 | |
| 1 - 02007509 | 11/23/15 | TRICG | Tri Cities Grain | SW-475 | LEM | 95,540 | 38,100 | 57,440 | |
| 1 - 02007512 | 11/23/15 | TRICG | Tri Cities Grain | SW-476 | BRAD | 105,300 | 33,060 | 72,240 | |
| 1 - 02007514 | 11/23/15 | TRICG | Tri Cities Grain | SW-477 | TONY | 101,040 | 39,460 | 61,580 | |
| 1 - 02007521 | 11/23/15 | TRICG | Tri Cities Grain | SW-478 | JOHN | 102,880 | 39,520 | 63,360 | |
| 1 - 02007522 | 11/23/15 | TRICG | Tri Cities Grain | SW-479 | DEBBIE | 97,740 | 38,460 | 59,280 | |
| 1 - 02007528 | 11/23/15 | TRICG | Tri Cities Grain | SW-480 | JAMEY | 105,180 | 33,380 | 71,800 | |

**FG 36077**

09/26/2017  10:12:22PM

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02007530 | 11/23/15 | TRICG | Tri Cities Grain | SW-481 | TRAVIS | 105,220 | 33,880 | 71,340 | |
| 1 - 02007531 | 11/23/15 | TRICG | Tri Cities Grain | SW-482 | MIKE | 103,700 | 36,760 | 66,940 | |
| 1 - 02007533 | 11/23/15 | TRICG | Tri Cities Grain | SW-483 | CLINT | 102,220 | 37,400 | 64,820 | |
| 1 - 02007544 | 11/24/15 | TRICG | Tri Cities Grain | SW-484 | BRAD | 105,380 | 33,140 | 72,240 | |
| 1 - 02007546 | 11/24/15 | TRICG | Tri Cities Grain | SW-484 | MOSES | 100,200 | 35,960 | 64,240 | |
| 1 - 02007548 | 11/24/15 | TRICG | Tri Cities Grain | SW-485 | PRECI | 96,020 | 35,400 | 60,620 | |
| 1 - 02007556 | 11/24/15 | TRICG | Tri Cities Grain | SW-486 | LEM | 96,260 | 38,060 | 58,200 | |
| 1 - 02007562 | 11/24/15 | TRICG | Tri Cities Grain | SW-487 | TRAVIS | 105,240 | 33,880 | 71,360 | |
| 1 - 02007566 | 11/24/15 | TRICG | Tri Cities Grain | SW-487 | JAMEY | 105,340 | 33,420 | 71,920 | |
| 1 - 02007567 | 11/24/15 | TRICG | Tri Cities Grain | SW-488 | JOHN | 105,220 | 37,300 | 67,920 | |
| 1 - 02007571 | 11/25/15 | TRICG | Tri Cities Grain | SW-489 | JIM | 105,280 | 34,900 | 70,380 | |
| 1 - 02007572 | 11/25/15 | TRICG | Tri Cities Grain | SW-490 | DJ | 105,440 | 34,280 | 71,160 | |
| 1 - 02007573 | 11/25/15 | TRICG | Tri Cities Grain | SW-491 | GLENN | 105,520 | 34,900 | 70,620 | |
| 1 - 02007577 | 11/25/15 | TRICG | Tri Cities Grain | SW-492 | BRAD | 105,700 | 33,320 | 72,380 | |
| 1 - 02007578 | 11/25/15 | TRICG | Tri Cities Grain | SW-493 | CLINT | 100,600 | 37,780 | 62,820 | |
| 1 - 02007579 | 11/25/15 | TRICG | Tri Cities Grain | SW-494 | MIKE | 100,840 | 36,300 | 64,540 | |
| 1 - 02007582 | 11/25/15 | TRICG | Tri Cities Grain | SW-495 | PRECI | 96,040 | 35,720 | 60,320 | |
| 1 - 02007584 | 11/25/15 | TRICG | Tri Cities Grain | SW-496 | MOSES | 99,700 | 36,240 | 63,460 | |
| 1 - 02007599 | 11/25/15 | TRICG | Tri Cities Grain | SW-497 | 7 | 104,720 | 33,760 | 70,960 | |
| 1 - 02007600 | 11/25/15 | TRICG | Tri Cities Grain | SW-498 | TRAVIS | 105,000 | 33,880 | 71,120 | |
| 1 - 02007630 | 11/30/15 | TRICG | Tri Cities Grain | SW-499 | BRAD | 105,060 | 33,440 | 71,620 | |
| 1 - 02007634 | 11/30/15 | TRICG | Tri Cities Grain | SW-500 | MIKE | 101,040 | 36,720 | 64,320 | |
| 1 - 02007635 | 11/30/15 | TRICG | Tri Cities Grain | SW-501 | PRECI | 95,960 | 35,440 | 60,520 | |
| 1 - 02007636 | 11/30/15 | TRICG | Tri Cities Grain | SW-502 | LEM | 96,280 | 38,100 | 58,180 | |
| 1 - 02007637 | 11/30/15 | TRICG | Tri Cities Grain | SW-503 | TONY | 101,320 | 41,100 | 60,220 | |
| 1 - 02007645 | 11/30/15 | TRICG | Tri Cities Grain | SW-504 | FIDENCIO | 103,740 | 38,300 | 65,440 | |
| 1 - 02007646 | 11/30/15 | TRICG | Tri Cities Grain | SW-505 | SAM | 96,960 | 38,340 | 58,620 | |
| 1 - 02007649 | 11/30/15 | TRICG | Tri Cities Grain | SW-506 | DANO | 102,660 | 39,240 | 63,420 | |
| 1 - 02007651 | 11/30/15 | TRICG | Tri Cities Grain | SW-507 | CHEVY | 105,500 | 35,680 | 69,820 | |
| 1 - 02007656 | 11/30/15 | TRICG | Tri Cities Grain | SW-508 | SONNY | 101,580 | 37,520 | 64,060 | |
| 1 - 02007657 | 11/30/15 | TRICG | Tri Cities Grain | SW-509 | BEN | 104,740 | 33,680 | 71,060 | |
| 1 - 02007660 | 11/30/15 | TRICG | Tri Cities Grain | SW-511 | TRAVIS | 105,420 | 33,760 | 71,660 | |
| 1 - 02007663 | 11/30/15 | TRICG | Tri Cities Grain | SW-511 | JAMEY | 105,780 | 33,320 | 72,460 | |
| 1 - 02007674 | 12/01/15 | TRICG | Tri Cities Grain | SW-512 | BOBBY | 101,320 | 36,560 | 64,760 | |
| 1 - 02007675 | 12/01/15 | TRICG | Tri Cities Grain | SW-513 | ROD | 100,200 | 39,440 | 60,760 | |
| 1 - 02007677 | 12/01/15 | TRICG | Tri Cities Grain | SW-514 | RYAN | 95,480 | 35,720 | 59,760 | |
| 1 - 02007679 | 12/01/15 | TRICG | Tri Cities Grain | SW-515 | CHRIS | 102,480 | 37,680 | 64,800 | |
| 1 - 02007681 | 12/01/15 | TRICG | Tri Cities Grain | SW-516 | MIKE | 100,040 | 36,720 | 63,320 | |
| 1 - 02007682 | 12/01/15 | TRICG | Tri Cities Grain | SW-517 | HEATH | 105,200 | 33,900 | 71,300 | |
| 1 - 02007683 | 12/01/15 | TRICG | Tri Cities Grain | SW-518 | PRECI | 95,480 | 35,300 | 60,180 | |
| 1 - 02007689 | 12/01/15 | TRICG | Tri Cities Grain | SW-519 | LEM | 95,920 | 38,080 | 57,840 | |
| 1 - 02007693 | 12/01/15 | TRICG | Tri Cities Grain | SW-520 | TRAVIS | 105,320 | 33,720 | 71,600 | |
| 1 - 02007694 | 12/01/15 | TRICG | Tri Cities Grain | SW-521 | JEREMY | 104,520 | 35,540 | 68,980 | |
| 1 - 02007695 | 12/01/15 | TRICG | Tri Cities Grain | SW-522 | ALFONSO | 102,120 | 37,280 | 64,840 | |
| 1 - 02007697 | 12/01/15 | TRICG | Tri Cities Grain | SW-523 | JAMEY | 105,020 | 33,380 | 71,640 | |
| 1 - 02007698 | 12/01/15 | TRICG | Tri Cities Grain | SW-524 | MARK | 96,280 | 36,780 | 59,500 | |
| 1 - 02007700 | 12/01/15 | TRICG | Tri Cities Grain | SW-525 | RUBEN | 101,000 | 39,140 | 61,860 | |
| 1 - 02007705 | 12/02/15 | TRICG | Tri Cities Grain | SW-526 | GUS | 101,040 | 38,200 | 62,840 | |
| 1 - 02007706 | 12/02/15 | TRICG | Tri Cities Grain | SW-527 | MIGUEL | 101,500 | 37,060 | 64,440 | |
| 1 - 02007710 | 12/02/15 | TRICG | Tri Cities Grain | SW-528 | CHRIS | 102,820 | 37,560 | 65,260 | |
| 1 - 02007712 | 12/02/15 | TRICG | Tri Cities Grain | SW-529 | MIKE | 101,600 | 37,640 | 63,960 | |
| 1 - 02007713 | 12/02/15 | TRICG | Tri Cities Grain | SW-530 | ALLEN | 106,040 | 35,960 | 70,080 | |
| 1 - 02007714 | 12/02/15 | TRICG | Tri Cities Grain | SW-531 | MIKE | 101,000 | 36,640 | 64,360 | |
| 1 - 02007715 | 12/02/15 | TRICG | Tri Cities Grain | SW-532 | RUSTY | 95,380 | 35,420 | 59,960 | |
| 1 - 02007717 | 12/02/15 | TRICG | Tri Cities Grain | SW-533 | JIM | 103,840 | 34,960 | 68,880 | |
| 1 - 02007720 | 12/02/15 | TRICG | Tri Cities Grain | SW-534 | BILL | 82,920 | 30,560 | 52,360 | |
| 1 - 02007722 | 12/02/15 | TRICG | Tri Cities Grain | SW-535 | PRECI | 95,560 | 36,280 | 59,280 | |
| 1 - 02007725 | 12/02/15 | TRICG | Tri Cities Grain | SW-536 | NATO | 94,380 | 32,280 | 62,100 | |
| 1 - 02007731 | 12/02/15 | TRICG | Tri Cities Grain | SW-537 | ABEL | 96,340 | 36,140 | 60,200 | |
| 1 - 02007737 | 12/03/15 | TRICG | Tri Cities Grain | SW-538 | JESUS | 101,180 | 37,800 | 63,380 | |
| 1 - 02007738 | 12/03/15 | TRICG | Tri Cities Grain | SW-539 | ALFONSO | 101,840 | 36,860 | 64,980 | |
| 1 - 02007740 | 12/03/15 | TRICG | Tri Cities Grain | SW-540 | REX | 78,320 | 33,020 | 45,300 | |
| 1 - 02007741 | 12/03/15 | TRICG | Tri Cities Grain | SW-541 | GUS | 101,060 | 38,280 | 62,780 | |
| 1 - 02007744 | 12/03/15 | TRICG | Tri Cities Grain | SW-542 | CHRIS | 102,740 | 37,760 | 64,980 | |
| 1 - 02007746 | 12/03/15 | TRICG | Tri Cities Grain | SW-543 | TRAVIS | 105,260 | 34,280 | 70,980 | |
| 1 - 02007747 | 12/03/15 | TRICG | Tri Cities Grain | SW-544 | JEREMY | 101,040 | 38,700 | 62,340 | |
| 1 - 02007750 | 12/03/15 | TRICG | Tri Cities Grain | SW-545 | JOHN | 104,600 | 36,980 | 67,620 | |
| 1 - 02007753 | 12/03/15 | TRICG | Tri Cities Grain | SW-546 | RICK | 105,160 | 34,300 | 70,860 | |
| 1 - 02007756 | 12/03/15 | TRICG | Tri Cities Grain | SW-547 | MIGUEL | 100,760 | 37,300 | 63,460 | |
| 1 - 02007758 | 12/03/15 | TRICG | Tri Cities Grain | SW-548 | CODY | 98,200 | 36,420 | 61,780 | |
| 1 - 02007763 | 12/03/15 | TRICG | Tri Cities Grain | SW-549 | JAMEY | 105,620 | 33,740 | 71,880 | |
| 1 - 02007767 | 12/03/15 | TRICG | Tri Cities Grain | SW-550 | BRAD | 105,580 | 33,640 | 71,940 | |
| 1 - 02007771 | 12/04/15 | TRICG | Tri Cities Grain | SW-551 | TRAVIS | 104,920 | 34,180 | 70,740 | |
| 1 - 02007773 | 12/04/15 | TRICG | Tri Cities Grain | SW-552 | ALISEO | 96,760 | 35,920 | 60,840 | |

**FG 36078**

09/26/2017  10:12:22PM

Documenting By Gross Report

Page:    14

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02007774 | 12/04/15 | TRICG | Tri Cities Grain | SW-553 | JESUS | 102,920 | 37,660 | 65,260 | |
| 1 - 02007775 | 12/04/15 | TRICG | Tri Cities Grain | SW-554 | GUS | 100,720 | 38,220 | 62,500 | |
| 1 - 02007776 | 12/04/15 | TRICG | Tri Cities Grain | SW-555 | CHRIS | 102,800 | 37,680 | 65,120 | |
| 1 - 02007777 | 12/04/15 | TRICG | Tri Cities Grain | SW-556 | ISMEAL | 95,600 | 35,700 | 59,900 | |
| 1 - 02007778 | 12/04/15 | TRICG | Tri Cities Grain | SW-557 | ALFONSO | 101,960 | 37,360 | 64,600 | |
| 1 - 02007779 | 12/04/15 | TRICG | Tri Cities Grain | SW-558 | PRECI | 96,080 | 35,400 | 60,680 | |
| 1 - 02007780 | 12/04/15 | TRICG | Tri Cities Grain | SW-559 | ERNESTO | 97,200 | 35,380 | 61,820 | |
| 1 - 02007783 | 12/04/15 | TRICG | Tri Cities Grain | SW-560 | DAVID | 101,400 | 38,060 | 63,340 | |
| 1 - 02007784 | 12/04/15 | TRICG | Tri Cities Grain | SW-561 | MIKE | 101,080 | 36,780 | 64,300 | |
| 1 - 02007786 | 12/04/15 | TRICG | Tri Cities Grain | SW-562 | FRANCISCO | 94,980 | 35,420 | 59,560 | |
| 1 - 02007791 | 12/04/15 | TRICG | Tri Cities Grain | SW-563 | RUBEN | 96,840 | 37,840 | 59,000 | |
| 1 - 02007794 | 12/04/15 | TRICG | Tri Cities Grain | SW-564 | MARVIN | 102,240 | 37,840 | 64,400 | |
| 1 - 02007797 | 12/04/15 | TRICG | Tri Cities Grain | SW-565 | HEATH | 105,100 | 33,700 | 71,400 | |
| 1 - 02007808 | 12/07/15 | TRICG | Tri Cities Grain | SW-566 | TIM | 105,520 | 37,446 | 68,074 | |
| 1 - 02007809 | 12/07/15 | TRICG | Tri Cities Grain | SW-567 | GUS | 101,020 | 38,340 | 62,680 | |
| 1 - 02007810 | 12/07/15 | TRICG | Tri Cities Grain | SW-568 | PRECI | 97,000 | 35,540 | 61,460 | |
| 1 - 02007811 | 12/07/15 | TRICG | Tri Cities Grain | SW-569 | CHRIS | 104,080 | 37,840 | 66,240 | |
| 1 - 02007812 | 12/07/15 | TRICG | Tri Cities Grain | SW-570 | MARTIN | 94,660 | 33,220 | 61,440 | |
| 1 - 02007813 | 12/07/15 | TRICG | Tri Cities Grain | SW-571 | MIKE | 100,640 | 36,980 | 63,660 | |
| 1 - 02007814 | 12/07/15 | TRICG | Tri Cities Grain | SW-572 | ANDREW | 96,240 | 37,360 | 58,880 | |
| 1 - 02007816 | 12/07/15 | TRICG | Tri Cities Grain | SW-573 | BRAD | 105,520 | 33,860 | 71,660 | |
| 1 - 02007817 | 12/07/15 | TRICG | Tri Cities Grain | SW-574 | RICK | 102,660 | 40,300 | 62,360 | |
| 1 - 02007819 | 12/07/15 | TRICG | Tri Cities Grain | SW-575 | MIGUEL | 101,660 | 37,160 | 64,500 | |
| 1 - 02007831 | 12/07/15 | TRICG | Tri Cities Grain | SW-576 | BEN | 104,080 | 33,620 | 70,460 | |
| 1 - 02007834 | 12/07/15 | TRICG | Tri Cities Grain | SW-577 | | 97,040 | 35,680 | 61,360 | |
| 1 - 02007838 | 12/07/15 | TRICG | Tri Cities Grain | SW-578 | DOUG | 97,500 | 37,960 | 59,540 | |
| 1 - 02007839 | 12/07/15 | TRICG | Tri Cities Grain | SW-579 | SCOTT | 101,540 | 39,620 | 61,920 | |
| 1 - 02007842 | 12/07/15 | TRICG | Tri Cities Grain | SW-580 | JAMEY | 106,160 | 33,820 | 72,340 | |
| 1 - 02007843 | 12/07/15 | TRICG | Tri Cities Grain | SW-581 | TRAVIS | 105,760 | 34,240 | 71,520 | |
| 1 - 02007845 | 12/08/15 | TRICG | Tri Cities Grain | SW-582 | ALFONSO | 102,200 | 37,300 | 64,900 | |
| 1 - 02007849 | 12/08/15 | TRICG | Tri Cities Grain | SW-583 | BRAD | 105,400 | 33,960 | 71,440 | |
| 1 - 02007850 | 12/08/15 | TRICG | Tri Cities Grain | SW-584 | JON | 96,780 | 38,240 | 58,540 | |
| 1 - 02007851 | 12/08/15 | TRICG | Tri Cities Grain | SW-585 | RYAN | 96,580 | 38,320 | 58,260 | |
| 1 - 02007852 | 12/08/15 | TRICG | Tri Cities Grain | SW-586 | CHAD | 96,120 | 39,760 | 56,360 | |
| 1 - 02007853 | 12/08/15 | TRICG | Tri Cities Grain | SW-587 | AARON | 95,080 | 38,420 | 56,660 | |
| 1 - 02007854 | 12/08/15 | TRICG | Tri Cities Grain | SW-588 | RICK | 105,280 | 34,640 | 70,640 | |
| 1 - 02007855 | 12/08/15 | TRICG | Tri Cities Grain | SW-589 | CHRIS | 102,860 | 37,800 | 65,060 | |
| 1 - 02007857 | 12/08/15 | TRICG | Tri Cities Grain | SW-590 | SAL | 100,780 | 37,820 | 62,960 | |
| 1 - 02007858 | 12/08/15 | TRICG | Tri Cities Grain | SW-591 | MIKE | 100,340 | 36,820 | 63,520 | |
| 1 - 02007859 | 12/08/15 | TRICG | Tri Cities Grain | SW-592 | JOHN | 105,580 | 37,560 | 68,020 | |
| 1 - 02007862 | 12/08/15 | TRICG | Tri Cities Grain | SW-31 | ISMAEL | 95,680 | 35,760 | 59,920 | |
| 1 - 02007866 | 12/08/15 | TRICG | Tri Cities Grain | SW-594 | PRECI | 95,760 | 35,700 | 60,060 | |
| 1 - 02007867 | 12/08/15 | TRICG | Tri Cities Grain | SW-595 | FIDENCIO | 104,520 | 38,460 | 66,060 | |
| 1 - 02007868 | 12/08/15 | TRICG | Tri Cities Grain | SW-596 | ALINO | 98,560 | 38,320 | 60,240 | |
| 1 - 02007869 | 12/08/15 | TRICG | Tri Cities Grain | SW-597 | JOSE | 98,160 | 38,400 | 59,760 | |
| 1 - 02007875 | 12/08/15 | TRICG | Tri Cities Grain | SW-598 | TRAVIS | 105,540 | 34,200 | 71,340 | |
| 1 - 02007878 | 12/08/15 | TRICG | Tri Cities Grain | SW-599 | JAMEY | 105,840 | 33,720 | 72,120 | |
| 1 - 02007885 | 12/09/15 | TRICG | Tri Cities Grain | SW-600 | BRAD | 106,000 | 33,780 | 72,220 | |
| 1 - 02007904 | 12/09/15 | TRICG | Tri Cities Grain | SW-601 | TRAVIS | 106,060 | 34,520 | 71,540 | |
| 1 - 02007910 | 12/10/15 | TRICG | Tri Cities Grain | SW-602 | BRAD | 105,260 | 33,460 | 71,800 | |
| 1 - 02007913 | 12/10/15 | TRICG | Tri Cities Grain | SW-603 | JAMEY | 105,200 | 33,800 | 71,400 | |
| 1 - 02007927 | 12/10/15 | TRICG | Tri Cities Grain | SW-604 | TRAVIS | 105,920 | 34,020 | 71,900 | |
| 1 - 02007946 | 12/11/15 | TRICG | Tri Cities Grain | SW-605 | BRAD | 105,840 | 33,840 | 72,000 | |
| 1 - 02007947 | 12/11/15 | TRICG | Tri Cities Grain | SW-606 | JAMEY | 105,620 | 33,620 | 72,000 | |
| 1 - 02007962 | 12/11/15 | TRICG | Tri Cities Grain | SW-607 | TRAVIS | 105,560 | 34,020 | 71,540 | |
| 1 - 02007971 | 12/14/15 | TRICG | Tri Cities Grain | SW-608 | BRAD | 105,480 | 33,540 | 71,940 | |
| 1 - 02007978 | 12/14/15 | TRICG | Tri Cities Grain | SW-609 | JAMEY | 105,740 | 33,540 | 72,200 | |
| 1 - 02007994 | 12/15/15 | TRICG | Tri Cities Grain | SW-610 | TRAVIS | 105,900 | 34,320 | 71,580 | |
| 1 - 02008001 | 12/15/15 | TRICG | Tri Cities Grain | SW-611 | JAMEY | 105,760 | 33,500 | 72,260 | |
| 1 - 02008002 | 12/15/15 | TRICG | Tri Cities Grain | SW-612 | BRAD | 105,800 | 33,860 | 71,940 | |
| 1 - 02008027 | 12/16/15 | TRICG | Tri Cities Grain | SW-613 | TRAVIS | 106,040 | 34,280 | 71,760 | |
| 1 - 02008035 | 12/16/15 | TRICG | Tri Cities Grain | SW-614 | BRAD | 105,720 | 33,920 | 71,800 | |
| 1 - 02008036 | 12/16/15 | TRICG | Tri Cities Grain | SW-615 | JAMEY | 105,440 | 33,960 | 71,480 | |
| 1 - 02008078 | 12/17/15 | TRICG | Tri Cities Grain | SW-616 | TRAVIS | 106,000 | 34,820 | 71,180 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *** Destination Totals: | | TRICG | | | | | | 48,106,726 | 28.31 |
| ** Commodity Totals: | | SWW Whole Wheat | | | | | | 67,678,716 | 262.81 |
| * Report Totals: | | | | | | | | 67,678,716 | 262.81 |

**FG 36079**

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | **Commodity #: 31** | | | | | | | | |
| 1 - 02013848 | 11/10/16 | BECJE | Jeff Beck | | JEFF | 12,080 | 7,640 | 4,440 | |
| 1 - 02013876 | 11/11/16 | BECJE | Jeff Beck | | JEFF | 13,500 | 12,740 | 760 | |
| *** Destination Totals: | | BECJE | | | | | | 5,200 | |
| 1 - 02012862 | 09/23/16 | BISMI | Mike Bishop | | MIKE | 8,400 | 7,660 | 740 | |
| 1 - 02013818 | 11/08/16 | BISMI | Mike Bishop | | MIKE | 8,620 | 7,900 | 720 | |
| 1 - 02014113 | 11/28/16 | BISMI | Mike Bishop | | MIKE | 7,480 | 6,260 | 1,220 | |
| *** Destination Totals: | | BISMI | | | | | | 2,680 | |
| 1 - 02009518 | 02/17/16 | BNWBOR | Boardman Beef Northwest, L | 178489 153002 | BRAD | 107,000 | 34,100 | 72,900 | |
| 1 - 02009520 | 02/17/16 | BNWBOR | Boardman Beef Northwest, L | 178491 153003 | ODIS | 105,940 | 36,920 | 69,020 | |
| 1 - 02009523 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178586 153015 | BRAD | 105,000 | 33,480 | 71,520 | |
| 1 - 02009524 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178588 153016 | JON | 104,120 | 32,900 | 71,220 | |
| 1 - 02009525 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178603 153017 | BRAD | 106,000 | 33,180 | 72,820 | |
| 1 - 02009527 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178604 153018 | ODIS | 104,820 | 36,860 | 67,960 | |
| 1 - 02009528 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178616 153019 | ODIS | 103,860 | 37,140 | 66,720 | |
| 1 - 02009529 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178617 153020 | BRAD | 104,960 | 33,360 | 71,600 | |
| 1 - 02009530 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178627 153021 | ODIS | 103,760 | 36,860 | 66,900 | |
| *** Destination Totals: | | BNWBOR | | | | | | 630,660 | |
| 1 - 02011444 | 07/11/16 | CUST | CUSTOMER | | CARLOS | 6,360 | 5,960 | 400 | |
| 1 - 02012788 | 09/19/16 | CUST | CUSTOMER | | SETH | 19,760 | 12,240 | 7,520 | |
| 1 - 02012839 | 09/22/16 | CUST | CUSTOMER | | SETH | 18,040 | 12,100 | 5,940 | |
| 1 - 02012990 | 09/29/16 | CUST | CUSTOMER | | BRAD | 7,600 | 5,640 | 1,960 | |
| 1 - 02014313 | 12/12/16 | CUST | CUSTOMER | | | 8,400 | 8,200 | 200 | |
| *** Destination Totals: | | CUST | | | | | | 16,020 | |
| 1 - 02008525 | 01/08/16 | LANSBL | Lansing Bliss | MP 718391 | | 198,801 | 1 | 198,800 | |
| 1 - 02008526 | 01/08/16 | LANSBL | Lansing Bliss | CEFX 12933 | | 223,001 | 1 | 223,000 | |
| *** Destination Totals: | | LANSBL | | | | | | 421,800 | |
| 1 - 02013629 | 11/01/16 | LBERA | LBE Ranch | | EMILY | 8,040 | 5,860 | 2,180 | |
| 1 - 02013803 | 11/08/16 | LBERA | LBE Ranch | | EMILY | 7,640 | 5,440 | 2,200 | |
| *** Destination Totals: | | LBERA | | | | | | 4,380 | |
| 1 - 02012232 | 08/18/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 95,160 | 35,360 | 59,800 | |
| 1 - 02012269 | 08/20/16 | MGTFG | ACCT: McCoy Grain Termina | | JOSE | 95,880 | 34,520 | 61,360 | |
| 1 - 02012274 | 08/20/16 | MGTFG | ACCT: McCoy Grain Termina | | FREDDIE | 96,000 | 36,380 | 59,620 | |
| 1 - 02012294 | 08/22/16 | MGTFG | ACCT: McCoy Grain Termina | | JOSE | 95,780 | 34,400 | 61,380 | |
| 1 - 02012328 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,240 | 34,500 | 61,740 | |
| 1 - 02012333 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,000 | 35,500 | 60,500 | |
| 1 - 02012337 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 95,400 | 34,460 | 60,940 | |
| 1 - 02012338 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 96,060 | 36,560 | 59,500 | |
| 1 - 02012339 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 103,120 | 38,600 | 64,520 | |
| 1 - 02012340 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 85,600 | 35,420 | 50,180 | |
| 1 - 02012341 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | SID | 95,860 | 35,860 | 60,000 | |
| 1 - 02012357 | 08/25/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 100,600 | 36,280 | 64,320 | |
| 1 - 02012382 | 08/25/16 | MGTFG | ACCT: McCoy Grain Termina | MC3287 | JEREMY | 99,020 | 36,940 | 62,080 | |
| 1 - 02012390 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 95,040 | 37,140 | 57,900 | |
| 1 - 02012391 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 100,140 | 37,920 | 62,220 | |
| 1 - 02012398 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,040 | 35,240 | 60,800 | |
| 1 - 02012401 | 08/27/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,500 | 34,620 | 61,880 | |
| 1 - 02012415 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 96,600 | 36,580 | 60,020 | |
| 1 - 02012417 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 85,920 | 35,320 | 50,600 | |
| 1 - 02012420 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | RIGO | 95,780 | 36,460 | 59,320 | |
| 1 - 02012421 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,260 | 36,640 | 65,620 | |
| 1 - 02012437 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,540 | 36,580 | 63,960 | |
| 1 - 02012439 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 101,360 | 37,520 | 63,840 | |
| 1 - 02012447 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 95,020 | 35,860 | 59,160 | |
| 1 - 02012461 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 96,240 | 35,340 | 60,900 | |
| 1 - 02012473 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 101,140 | 37,500 | 63,640 | |
| 1 - 02012474 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,220 | 35,880 | 64,340 | |
| 1 - 02012477 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 88,100 | 35,520 | 52,580 | |
| 1 - 02012478 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,040 | 35,220 | 60,820 | |
| 1 - 02012495 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | RIGO | 92,300 | 35,980 | 56,320 | |
| 1 - 02012501 | 09/01/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,520 | 35,240 | 61,280 | |
| 1 - 02012505 | 09/01/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 100,040 | 38,580 | 61,460 | |
| 1 - 02012545 | 09/06/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 87,160 | 35,540 | 51,620 | |
| 1 - 02012560 | 09/06/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 99,380 | 36,340 | 63,040 | |
| 1 - 02012569 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,540 | 36,520 | 66,020 | |
| 1 - 02012571 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 97,440 | 35,500 | 61,940 | |
| 1 - 02012575 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 89,020 | 35,720 | 53,300 | |
| 1 - 02012583 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | TOM | 79,520 | 29,680 | 49,840 | |
| 1 - 02012591 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 101,280 | 36,380 | 64,900 | |

**FG 36080**

09/26/2017  10:13:27PM

Documenting By: Gerald Pratt

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02012596 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNY | 95,460 | 34,660 | 60,800 | |
| 1 - 02012600 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 95,720 | 36,560 | 59,160 | |
| 1 - 02012616 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,100 | 35,660 | 64,440 | |
| 1 - 02012621 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | PLACIDO | 101,420 | 36,600 | 64,820 | |
| 1 - 02012622 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 102,500 | 36,540 | 65,960 | |
| 1 - 02012625 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 95,500 | 36,000 | 59,500 | |
| 1 - 02012630 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 96,560 | 36,000 | 60,560 | |
| 1 - 02012660 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 89,140 | 35,440 | 53,700 | |
| 1 - 02012670 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | SID | 96,120 | 36,260 | 59,860 | |
| 1 - 02012676 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 101,260 | 38,240 | 63,020 | |
| 1 - 02012677 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 100,840 | 38,700 | 62,140 | |
| 1 - 02012688 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 99,700 | 36,960 | 62,740 | |
| 1 - 02012692 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,540 | 36,520 | 66,020 | |
| 1 - 02012703 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 88,960 | 35,520 | 53,440 | |
| 1 - 02012704 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | GARY | 98,360 | 36,940 | 61,420 | |
| 1 - 02012706 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,960 | 36,140 | 60,820 | |
| 1 - 02012712 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 95,060 | 36,100 | 58,960 | |
| 1 - 02012716 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 97,700 | 36,640 | 61,060 | |
| 1 - 02012735 | 09/14/16 | MGTFG | ACCT: McCoy Grain Termina | | FRANK | 103,740 | 32,760 | 70,980 | |
| 1 - 02012804 | 09/20/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 101,600 | 38,060 | 63,540 | |
| 1 - 02012864 | 09/23/16 | MGTFG | ACCT: McCoy Grain Termina | | TOM | 79,000 | 29,460 | 49,540 | |
| 1 - 02012868 | 09/23/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,360 | 36,380 | 63,980 | |
| 1 - 02012895 | 09/26/16 | MGTFG | ACCT: McCoy Grain Termina | | BOB | 83,260 | 31,660 | 51,600 | |
| 1 - 02012899 | 09/26/16 | MGTFG | ACCT: McCoy Grain Termina | | RHETT | 105,480 | 31,860 | 73,620 | |
| 1 - 02012932 | 09/27/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,020 | 36,700 | 63,320 | |
| *** Destination Totals: | | MGTFG | | | | | | 3,878,260 | |
| 1 - 02013342 | 10/18/16 | NIKLE | Lew Nikkel | | LEW | 9,280 | 7,400 | 1,880 | |
| 1 - 02013546 | 10/28/16 | NIKLE | Lew Nikkel | | LEW | 9,260 | 7,500 | 1,760 | |
| *** Destination Totals: | | NIKLE | | | | | | 3,640 | |
| 1 - 02011353 | 07/07/16 | NWGG | Northwest Grain Growers | | BRAD | 104,560 | 32,760 | 71,800 | |
| 1 - 02011355 | 07/07/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,700 | 33,260 | 72,440 | |
| 1 - 02011369 | 07/07/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,500 | 38,680 | 63,820 | |
| 1 - 02011374 | 07/08/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,700 | 33,200 | 72,500 | |
| 1 - 02011377 | 07/08/16 | NWGG | Northwest Grain Growers | | BRAD | 105,420 | 33,160 | 72,260 | |
| 1 - 02011382 | 07/08/16 | NWGG | Northwest Grain Growers | | HOWARD | 101,680 | 37,220 | 64,460 | |
| 1 - 02011407 | 07/08/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,600 | 38,780 | 63,820 | |
| 1 - 02011408 | 07/09/16 | NWGG | Northwest Grain Growers | | CHARLIE | 99,040 | 36,160 | 62,880 | |
| 1 - 02011409 | 07/09/16 | NWGG | Northwest Grain Growers | | ANTHONY | 102,080 | 39,840 | 62,240 | |
| 1 - 02011413 | 07/09/16 | NWGG | Northwest Grain Growers | | ZACK | 91,000 | 34,980 | 56,020 | |
| 1 - 02011414 | 07/09/16 | NWGG | Northwest Grain Growers | | BRIAN | 102,500 | 39,720 | 62,780 | |
| 1 - 02011416 | 07/11/16 | NWGG | Northwest Grain Growers | | BRAD | 104,940 | 33,120 | 71,820 | |
| 1 - 02011418 | 07/11/16 | NWGG | Northwest Grain Growers | | JOSH | 102,200 | 36,600 | 65,600 | |
| 1 - 02011422 | 07/11/16 | NWGG | Northwest Grain Growers | | MIKE | 102,220 | 39,720 | 62,500 | |
| 1 - 02011423 | 07/11/16 | NWGG | Northwest Grain Growers | | TONY | 101,140 | 38,400 | 62,740 | |
| 1 - 02011427 | 07/11/16 | NWGG | Northwest Grain Growers | | CASEY | 104,180 | 36,840 | 67,340 | |
| 1 - 02011437 | 07/11/16 | NWGG | Northwest Grain Growers | | JOHN | 103,260 | 36,980 | 66,280 | |
| 1 - 02011439 | 07/11/16 | NWGG | Northwest Grain Growers | | JOSE | 101,980 | 37,560 | 64,420 | |
| 1 - 02011440 | 07/11/16 | NWGG | Northwest Grain Growers | | BRIAN | 102,160 | 37,700 | 64,460 | |
| 1 - 02011442 | 07/11/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,820 | 37,940 | 64,880 | |
| 1 - 02011446 | 07/12/16 | NWGG | Northwest Grain Growers | | ANTHONY | 101,660 | 39,780 | 61,880 | |
| 1 - 02011448 | 07/12/16 | NWGG | Northwest Grain Growers | | BRAD | 104,720 | 33,120 | 71,600 | |
| 1 - 02011449 | 07/12/16 | NWGG | Northwest Grain Growers | | JAMEY | 104,440 | 33,140 | 71,300 | |
| 1 - 02011456 | 07/12/16 | NWGG | Northwest Grain Growers | | PHIL | 97,660 | 38,380 | 59,280 | |
| 1 - 02011462 | 07/12/16 | NWGG | Northwest Grain Growers | | ARTHUR | 101,920 | 38,000 | 63,920 | |
| 1 - 02011466 | 07/12/16 | NWGG | Northwest Grain Growers | | DENNIS | 104,840 | 38,480 | 66,360 | |
| 1 - 02011467 | 07/12/16 | NWGG | Northwest Grain Growers | | PAT | 102,020 | 40,120 | 61,900 | |
| 1 - 02011469 | 07/12/16 | NWGG | Northwest Grain Growers | | ROBERT | 100,840 | 39,900 | 60,940 | |
| 1 - 02011472 | 07/12/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,740 | 38,580 | 65,160 | |
| 1 - 02011477 | 07/13/16 | NWGG | Northwest Grain Growers | | JOSE | 101,600 | 38,440 | 63,160 | |
| 1 - 02011478 | 07/13/16 | NWGG | Northwest Grain Growers | | BRAD | 105,540 | 33,160 | 72,380 | |
| 1 - 02011480 | 07/13/16 | NWGG | Northwest Grain Growers | | JAMEY | 106,180 | 33,220 | 72,960 | |
| 1 - 02011481 | 07/13/16 | NWGG | Northwest Grain Growers | | ARMANDO | 96,880 | 33,600 | 63,280 | |
| 1 - 02011483 | 07/13/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,500 | 37,400 | 65,100 | |
| 1 - 02011485 | 07/13/16 | NWGG | Northwest Grain Growers | | JON | 102,080 | 38,860 | 63,220 | |
| 1 - 02011492 | 07/13/16 | NWGG | Northwest Grain Growers | | ARTHUR | 101,920 | 37,640 | 64,280 | |
| 1 - 02011499 | 07/13/16 | NWGG | Northwest Grain Growers | | JOHN | 102,960 | 36,840 | 66,120 | |
| 1 - 02011509 | 07/13/16 | NWGG | Northwest Grain Growers | | JAY | 103,240 | 37,980 | 65,260 | |
| 1 - 02011904 | 08/01/16 | NWGG | Northwest Grain Growers | | FRANK | 95,880 | 36,760 | 59,120 | |
| 1 - 02011907 | 08/01/16 | NWGG | Northwest Grain Growers | | RAUL | 102,040 | 38,320 | 63,720 | |
| 1 - 02011909 | 08/01/16 | NWGG | Northwest Grain Growers | | JULIAN | 96,080 | 35,520 | 60,560 | |
| 1 - 02011910 | 08/01/16 | NWGG | Northwest Grain Growers | | ALICIA | 101,580 | 37,600 | 63,980 | |
| 1 - 02011912 | 08/01/16 | NWGG | Northwest Grain Growers | | ARMANDO | 95,000 | 33,580 | 61,420 | |

**FG 36081**

Documenting By Commodity Report
Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02011914 | 08/01/16 | NWGG | Northwest Grain Growers | | KALEB | 101,400 | 36,420 | 64,980 | |
| 1 - 02011915 | 08/01/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,000 | 37,480 | 62,520 | |
| 1 - 02011918 | 08/01/16 | NWGG | Northwest Grain Growers | | BRAD | 103,580 | 38,040 | 65,540 | |
| 1 - 02011920 | 08/01/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,060 | 38,580 | 64,480 | |
| 1 - 02011925 | 08/01/16 | NWGG | Northwest Grain Growers | | JOSE | 100,240 | 35,860 | 64,380 | |
| 1 - 02011930 | 08/01/16 | NWGG | Northwest Grain Growers | | FILIPE | 97,860 | 36,640 | 61,220 | |
| 1 - 02011931 | 08/01/16 | NWGG | Northwest Grain Growers | | CHASE | 95,800 | 35,340 | 60,460 | |
| 1 - 02011936 | 08/02/16 | NWGG | Northwest Grain Growers | | JULIAN | 95,020 | 36,740 | 58,280 | |
| 1 - 02011938 | 08/02/16 | NWGG | Northwest Grain Growers | | KALEB | 101,760 | 36,420 | 65,340 | |
| 1 - 02011939 | 08/02/16 | NWGG | Northwest Grain Growers | | DOUG | 90,000 | 35,700 | 54,300 | |
| 1 - 02011940 | 08/02/16 | NWGG | Northwest Grain Growers | | BRAD | 105,520 | 34,020 | 71,500 | |
| 1 - 02011941 | 08/02/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,300 | 37,520 | 62,780 | |
| 1 - 02011945 | 08/02/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,620 | 38,600 | 65,020 | |
| 1 - 02011948 | 08/02/16 | NWGG | Northwest Grain Growers | | JOSE | 96,120 | 35,140 | 60,980 | |
| 1 - 02011950 | 08/02/16 | NWGG | Northwest Grain Growers | | KENT | 96,960 | 34,560 | 62,400 | |
| 1 - 02011953 | 08/02/16 | NWGG | Northwest Grain Growers | | CHASE | 95,980 | 35,200 | 60,780 | |
| 1 - 02011957 | 08/02/16 | NWGG | Northwest Grain Growers | | ROSS | 96,660 | 35,580 | 61,080 | |
| 1 - 02012004 | 08/04/16 | NWGG | Northwest Grain Growers | | JOSH | 103,280 | 37,180 | 66,100 | |
| 1 - 02012007 | 08/04/16 | NWGG | Northwest Grain Growers | | ZACK | 99,660 | 35,900 | 63,760 | |
| 1 - 02012009 | 08/04/16 | NWGG | Northwest Grain Growers | | SUNNY | 104,000 | 37,140 | 66,860 | |
| 1 - 02012014 | 08/04/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,740 | 38,700 | 64,040 | |
| 1 - 02012018 | 08/04/16 | NWGG | Northwest Grain Growers | | ALFONSO | 102,400 | 37,200 | 65,200 | |
| 1 - 02012020 | 08/04/16 | NWGG | Northwest Grain Growers | | CHASE | 95,540 | 35,320 | 60,220 | |
| 1 - 02012022 | 08/05/16 | NWGG | Northwest Grain Growers | | HEATH | 105,480 | 34,120 | 71,360 | |
| 1 - 02012023 | 08/05/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,680 | 33,080 | 72,600 | |
| 1 - 02012024 | 08/05/16 | NWGG | Northwest Grain Growers | | JULIAN | 101,140 | 36,280 | 64,860 | |
| 1 - 02012026 | 08/05/16 | NWGG | Northwest Grain Growers | | ARMANDO | 95,500 | 33,580 | 61,920 | |
| 1 - 02012028 | 08/05/16 | NWGG | Northwest Grain Growers | | ROSS | 96,480 | 36,000 | 60,480 | |
| 1 - 02012035 | 08/05/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,220 | 37,440 | 62,780 | |
| 1 - 02012036 | 08/05/16 | NWGG | Northwest Grain Growers | | JAMES | 96,340 | 36,720 | 59,620 | |
| 1 - 02012039 | 08/05/16 | NWGG | Northwest Grain Growers | | SUNNY | 104,180 | 37,140 | 67,040 | |
| 1 - 02012043 | 08/05/16 | NWGG | Northwest Grain Growers | | DOUG | 90,020 | 35,160 | 54,860 | |
| 1 - 02012044 | 08/05/16 | NWGG | Northwest Grain Growers | | CHASE | 95,480 | 35,320 | 60,160 | |
| 1 - 02012047 | 08/06/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,200 | 35,280 | 62,920 | |
| 1 - 02012049 | 08/08/16 | NWGG | Northwest Grain Growers | | BRAD | 105,260 | 34,080 | 71,180 | |
| 1 - 02012050 | 08/08/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,520 | 36,240 | 64,280 | |
| 1 - 02012051 | 08/08/16 | NWGG | Northwest Grain Growers | | HEATH | 105,280 | 33,280 | 72,000 | |
| 1 - 02012056 | 08/08/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,860 | 37,440 | 63,420 | |
| 1 - 02012063 | 08/08/16 | NWGG | Northwest Grain Growers | | BILL | 102,500 | 38,020 | 64,480 | |
| 1 - 02012064 | 08/08/16 | NWGG | Northwest Grain Growers | | CRAIG | 103,720 | 37,840 | 65,880 | |
| 1 - 02012073 | 08/08/16 | NWGG | Northwest Grain Growers | | ROSS | 97,740 | 36,180 | 61,560 | |
| 1 - 02012075 | 08/09/16 | NWGG | Northwest Grain Growers | | HEATH | 105,400 | 33,260 | 72,140 | |
| 1 - 02012077 | 08/09/16 | NWGG | Northwest Grain Growers | | ALICIA | 100,000 | 37,240 | 62,760 | |
| 1 - 02012078 | 08/09/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,080 | 36,060 | 64,020 | |
| 1 - 02012080 | 08/09/16 | NWGG | Northwest Grain Growers | | JAMEY | 106,220 | 33,340 | 72,880 | |
| 1 - 02012083 | 08/09/16 | NWGG | Northwest Grain Growers | | | 104,780 | 35,600 | 69,180 | |
| 1 - 02012084 | 08/09/16 | NWGG | Northwest Grain Growers | | AL | 104,080 | 35,900 | 68,180 | |
| 1 - 02012088 | 08/09/16 | NWGG | Northwest Grain Growers | | JAMES | 95,740 | 36,640 | 59,100 | |
| 1 - 02012094 | 08/09/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,460 | 35,260 | 63,200 | |
| 1 - 02012096 | 08/09/16 | NWGG | Northwest Grain Growers | | ROSS | 96,320 | 36,100 | 60,220 | |
| 1 - 02012097 | 08/09/16 | NWGG | Northwest Grain Growers | | KURT | 94,880 | 35,020 | 59,860 | |
| 1 - 02012098 | 08/10/16 | NWGG | Northwest Grain Growers | | HEATH | 105,280 | 33,200 | 72,080 | |
| 1 - 02012099 | 08/10/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,060 | 36,040 | 64,020 | |
| 1 - 02012107 | 08/10/16 | NWGG | Northwest Grain Growers | | JON | 105,500 | 33,120 | 72,380 | |
| 1 - 02012109 | 08/10/16 | NWGG | Northwest Grain Growers | | VICENTE | 97,960 | 35,240 | 62,720 | |
| 1 - 02012118 | 08/11/16 | NWGG | Northwest Grain Growers | | HEATH | 105,460 | 33,300 | 72,160 | |
| 1 - 02012123 | 08/11/16 | NWGG | Northwest Grain Growers | | AL | 104,320 | 35,960 | 68,360 | |
| 1 - 02012127 | 08/11/16 | NWGG | Northwest Grain Growers | | CASEY | 102,300 | 37,260 | 65,040 | |
| 1 - 02012131 | 08/11/16 | NWGG | Northwest Grain Growers | | KURT | 95,200 | 35,040 | 60,160 | |
| 1 - 02012137 | 08/11/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,320 | 35,300 | 63,020 | |
| 1 - 02012139 | 08/12/16 | NWGG | Northwest Grain Growers | | TONI | 92,040 | 36,500 | 55,540 | |
| 1 - 02012141 | 08/12/16 | NWGG | Northwest Grain Growers | FG7176 | HEATH | 105,520 | 33,300 | 72,220 | |
| 1 - 02012144 | 08/12/16 | NWGG | Northwest Grain Growers | | BARTOLO | 95,300 | 36,060 | 59,240 | |
| 1 - 02012157 | 08/14/16 | NWGG | Northwest Grain Growers | | SANTOS | 98,080 | 35,320 | 62,760 | |
| 1 - 02012158 | 08/15/16 | NWGG | Northwest Grain Growers | | BRAD | 105,980 | 32,820 | 73,160 | |
| 1 - 02012163 | 08/15/16 | NWGG | Northwest Grain Growers | | NATO | 88,000 | 32,880 | 55,120 | |
| 1 - 02012164 | 08/15/16 | NWGG | Northwest Grain Growers | | DOUG | 88,320 | 35,620 | 52,700 | |
| 1 - 02012166 | 08/15/16 | NWGG | Northwest Grain Growers | | KALEB | 103,140 | 36,400 | 66,740 | |
| 1 - 02012168 | 08/15/16 | NWGG | Northwest Grain Growers | | JAMES | 95,040 | 36,920 | 58,120 | |
| 1 - 02012177 | 08/15/16 | NWGG | Northwest Grain Growers | | SANTOS | 98,040 | 35,260 | 62,780 | |
| 1 - 02012181 | 08/15/16 | NWGG | Northwest Grain Growers | | SALVADOR | 96,300 | 36,260 | 60,040 | |
| 1 - 02012182 | 08/16/16 | NWGG | Northwest Grain Growers | | BRAD | 105,220 | 32,900 | 72,320 | |
| 1 - 02012183 | 08/16/16 | NWGG | Northwest Grain Growers | | AL | 105,180 | 36,220 | 68,960 | |
| 1 - 02012186 | 08/16/16 | NWGG | Northwest Grain Growers | | DEL | 93,800 | 35,840 | 57,960 | |

**FG 36082**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02012188 | 08/16/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,340 | 36,080 | 64,260 | |
| 1 - 02012189 | 08/16/16 | NWGG | Northwest Grain Growers | | GARY | 104,780 | 36,080 | 68,700 | |
| 1 - 02012190 | 08/16/16 | NWGG | Northwest Grain Growers | | DOUG | 88,440 | 35,260 | 53,180 | |
| 1 - 02012192 | 08/16/16 | NWGG | Northwest Grain Growers | | ABEL | 102,740 | 37,200 | 65,540 | |
| 1 - 02012195 | 08/16/16 | NWGG | Northwest Grain Growers | | ABEL | 96,800 | 35,680 | 61,120 | |
| 1 - 02012197 | 08/16/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,520 | 37,900 | 64,620 | |
| 1 - 02012199 | 08/16/16 | NWGG | Northwest Grain Growers | | SANTOS | 97,940 | 35,280 | 62,660 | |
| 1 - 02012202 | 08/17/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,200 | 36,160 | 64,040 | |
| 1 - 02012203 | 08/17/16 | NWGG | Northwest Grain Growers | | BILL | 103,100 | 38,280 | 64,820 | |
| 1 - 02012206 | 08/17/16 | NWGG | Northwest Grain Growers | | TONI | 95,060 | 36,540 | 58,520 | |
| 1 - 02012207 | 08/17/16 | NWGG | Northwest Grain Growers | | DEL | 93,820 | 35,500 | 58,320 | |
| 1 - 02012214 | 08/17/16 | NWGG | Northwest Grain Growers | | KALEB | 102,020 | 35,920 | 66,100 | |
| 1 - 02012215 | 08/17/16 | NWGG | Northwest Grain Growers | | KURT | 94,740 | 35,600 | 59,140 | |
| 1 - 02012217 | 08/17/16 | NWGG | Northwest Grain Growers | | DOUG | 86,160 | 35,520 | 50,640 | |
| 1 - 02012225 | 08/17/16 | NWGG | Northwest Grain Growers | | CHASE | 96,320 | 35,480 | 60,840 | |
| 1 - 02012227 | 08/18/16 | NWGG | Northwest Grain Growers | | BRAD | 105,440 | 32,480 | 72,960 | |
| 1 - 02012229 | 08/18/16 | NWGG | Northwest Grain Growers | | WILLIAM | 102,020 | 37,420 | 64,600 | |
| 1 - 02012230 | 08/18/16 | NWGG | Northwest Grain Growers | | DEL | 93,780 | 35,600 | 58,180 | |
| 1 - 02012231 | 08/18/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,020 | 36,140 | 63,880 | |
| 1 - 02012233 | 08/18/16 | NWGG | Northwest Grain Growers | | AL | 105,000 | 36,200 | 68,800 | |
| 1 - 02012235 | 08/18/16 | NWGG | Northwest Grain Growers | | ABEL | 103,340 | 37,680 | 65,660 | |
| 1 - 02012236 | 08/18/16 | NWGG | Northwest Grain Growers | | JAMES | 96,260 | 36,460 | 59,800 | |
| 1 - 02012241 | 08/18/16 | NWGG | Northwest Grain Growers | | OMAR | 97,180 | 36,180 | 61,000 | |
| 1 - 02012248 | 08/19/16 | NWGG | Northwest Grain Growers | | BRAD | 104,820 | 32,740 | 72,080 | |
| 1 - 02012249 | 08/19/16 | NWGG | Northwest Grain Growers | | WILLIAM | 102,020 | 37,680 | 64,340 | |
| 1 - 02012251 | 08/19/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,020 | 35,980 | 64,040 | |
| 1 - 02012252 | 08/19/16 | NWGG | Northwest Grain Growers | | DELL | 94,020 | 35,420 | 58,600 | |
| 1 - 02012254 | 08/19/16 | NWGG | Northwest Grain Growers | | JAMES | 96,680 | 36,380 | 60,300 | |
| 1 - 02012260 | 08/19/16 | NWGG | Northwest Grain Growers | | SUNNY | 103,420 | 36,640 | 66,780 | |
| 1 - 02012263 | 08/19/16 | NWGG | Northwest Grain Growers | | TRAVIS | 105,520 | 33,180 | 72,340 | |
| 1 - 02012267 | 08/19/16 | NWGG | Northwest Grain Growers | | TONI | 95,540 | 36,360 | 59,180 | |
| 1 - 02012270 | 08/20/16 | NWGG | Northwest Grain Growers | | JOHN | 102,020 | 38,800 | 63,220 | |
| 1 - 02012271 | 08/20/16 | NWGG | Northwest Grain Growers | | ABEL | 103,560 | 37,720 | 65,840 | |
| 1 - 02012275 | 08/20/16 | NWGG | Northwest Grain Growers | | GUSTOVO | 97,900 | 37,940 | 59,960 | |
| 1 - 02012278 | 08/22/16 | NWGG | Northwest Grain Growers | | DEL | 94,020 | 35,500 | 58,520 | |
| 1 - 02012279 | 08/22/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,020 | 37,360 | 62,660 | |
| 1 - 02012280 | 08/22/16 | NWGG | Northwest Grain Growers | | HEATH | 105,300 | 33,280 | 72,020 | |
| 1 - 02012330 | 08/24/16 | NWGG | Northwest Grain Growers | | HEATH | 105,300 | 33,660 | 71,640 | |
| *** Destination Totals: | | NWGG | | | | | | 9,953,620 | |
| 1 - 02008839 | 01/19/16 | PGGMN | Pendleton Grain Growers, In | 26022659 | JAMEY | 105,860 | 34,220 | 71,640 | |
| 1 - 02008949 | 01/19/16 | PGGMN | Pendleton Grain Growers, In | 26022658 | ODIS | 105,640 | 37,360 | 68,280 | |
| 1 - 02008840 | 01/21/16 | PGGMN | Pendleton Grain Growers, In | 26022683 | JAMEY | 105,780 | 33,280 | 72,500 | |
| 1 - 02008951 | 01/21/16 | PGGMN | Pendleton Grain Growers, In | 26022686 | ODIS | 104,540 | 36,820 | 67,720 | |
| 1 - 02008841 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022692 | JAMEY | 105,000 | 33,640 | 71,360 | |
| 1 - 02008953 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022680 | ODIS | 104,380 | 36,740 | 67,640 | |
| 1 - 02008955 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022691 | ODIS | 105,400 | 37,000 | 68,400 | |
| 1 - 02008956 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022694 | ODIS | 106,940 | 37,160 | 69,780 | |
| 1 - 02008735 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022698 | BRAD | 104,800 | 33,440 | 71,360 | |
| 1 - 02008736 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022704 | BRAD | 105,460 | 33,220 | 72,240 | |
| 1 - 02008737 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022701 | BRAD | 104,620 | 33,280 | 71,340 | |
| 1 - 02008843 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022688 | JAMIE | 104,860 | 33,940 | 70,920 | |
| 1 - 02008844 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022690 | JAMEY | 106,720 | 33,780 | 72,940 | |
| 1 - 02008845 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022695 | JAMEY | 105,800 | 33,520 | 72,280 | |
| 1 - 02008846 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022697 | JAMEY | 104,740 | 33,300 | 71,440 | |
| 1 - 02008847 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022700 | JAMEY | 105,120 | 33,200 | 71,920 | |
| 1 - 02008849 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022703 | JAMEY | 104,080 | 33,060 | 71,020 | |
| 1 - 02008957 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022708 | ODIS | 105,000 | 37,080 | 67,920 | |
| 1 - 02008960 | 01/28/16 | PGGMN | Pendleton Grain Growers, In | 26022746 | ODIS | 104,660 | 36,960 | 67,700 | |
| 1 - 02008835 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022754 | JAMEY | 106,060 | 33,920 | 72,140 | |
| 1 - 02008836 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022756 | JAMEY | 106,100 | 33,700 | 72,400 | |
| 1 - 02008838 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022759 | JAMEY | 104,360 | 33,400 | 70,960 | |
| 1 - 02008961 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022753 | ODIS | 105,520 | 38,080 | 67,440 | |
| 1 - 02008962 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022755 | ODIS | 105,360 | 37,580 | 67,780 | |
| 1 - 02008963 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022758 | ODIS | 104,640 | 37,580 | 67,060 | |
| 1 - 02008964 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022760 | ODIS | 104,420 | 36,980 | 67,440 | |
| 1 - 02008891 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022764 | JAMEY | 105,540 | 33,280 | 72,260 | |
| 1 - 02008892 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022763 | JAMEY | 104,020 | 33,220 | 70,800 | |
| 1 - 02008893 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022769 | JAMEY | 104,680 | 33,000 | 71,680 | |
| 1 - 02008895 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022778 | JAMEY | 104,520 | 33,100 | 71,420 | |
| 1 - 02008897 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022787 | JAMEY | 104,120 | 33,740 | 70,380 | |
| 1 - 02008898 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022793 | JAMEY | 104,660 | 33,620 | 71,040 | |
| 1 - 02008903 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022805 | JAMEY | 104,960 | 33,480 | 71,480 | |
| 1 - 02008906 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022818 | JAMEY | 103,940 | 33,180 | 70,760 | |

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02008920 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022810 | JAMEY | 105,960 | 33,300 | 72,660 | |
| 1 - 02009037 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022784 | ODIS | 105,660 | 37,340 | 68,320 | |
| 1 - 02009038 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022791 | ODIS | 104,120 | 37,560 | 66,560 | |
| 1 - 02009039 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022799 | ODIS | 104,760 | 37,080 | 67,680 | |
| 1 - 02009042 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022808 | ODIS | 103,980 | 36,960 | 67,020 | |
| 1 - 02008908 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022832 | JAMEY | 105,080 | 32,980 | 72,100 | |
| 1 - 02008909 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022824 | JAMEY | 104,900 | 33,040 | 71,860 | |
| 1 - 02009043 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022819 | ODIS | 104,100 | 37,220 | 66,880 | |
| 1 - 02009046 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022833 | ODIS | 106,360 | 36,980 | 69,380 | |
| 1 - 02008850 | 02/25/16 | PGGMN | Pendleton Grain Growers, In | 26022706 | JAMEY | 105,420 | 32,920 | 72,500 | |
| *** Destination Totals: | | PGGMN | | | | | | 3,155,820 | |
| 1 - 02012180 | 08/15/16 | SANJO | Jose Santos | | SANTOS | 6,400 | 5,420 | 980 | |
| *** Destination Totals: | | SANJO | | | | | | 980 | |
| 1 - 02008902 | 02/02/16 | TRICG | Tri Cities Grain | 152991 | JAMEY | 104,920 | 33,540 | 71,380 | |
| 1 - 02009871 | 04/11/16 | TRICG | Tri Cities Grain | FG 7782 | CHASE | 95,500 | 35,520 | 59,980 | |
| 1 - 02010254 | 04/13/16 | TRICG | Tri Cities Grain | FG 7024 | JAMEY | 104,480 | 33,200 | 71,280 | |
| 1 - 02009976 | 04/14/16 | TRICG | Tri Cities Grain | FG 7785 | MIKE | 103,760 | 33,220 | 70,540 | |
| 1 - 02010154 | 04/18/16 | TRICG | Tri Cities Grain | FG 7464 | MIKE | 105,400 | 32,940 | 72,460 | |
| 1 - 02010155 | 04/19/16 | TRICG | Tri Cities Grain | FG 7625 | MIKE | 105,020 | 36,900 | 68,120 | |
| 1 - 02010160 | 04/19/16 | TRICG | Tri Cities Grain | FG 7830 | MIKE | 105,540 | 32,760 | 72,780 | |
| 1 - 02010161 | 04/19/16 | TRICG | Tri Cities Grain | FG 6968 | BRAD | 90,080 | 33,160 | 56,920 | |
| 1 - 02011479 | 07/13/16 | TRICG | Tri Cities Grain | | HOMER | 96,100 | 38,140 | 57,960 | |
| 1 - 02011484 | 07/13/16 | TRICG | Tri Cities Grain | | FILIPE | 96,500 | 36,440 | 60,060 | |
| 1 - 02011486 | 07/13/16 | TRICG | Tri Cities Grain | | ALVARO | 96,080 | 36,760 | 59,320 | |
| 1 - 02011493 | 07/13/16 | TRICG | Tri Cities Grain | | TONI | 96,480 | 36,560 | 59,920 | |
| 1 - 02011494 | 07/13/16 | TRICG | Tri Cities Grain | | ALEX | 97,440 | 36,900 | 60,540 | |
| 1 - 02011495 | 07/13/16 | TRICG | Tri Cities Grain | | REFUGIO | 96,700 | 35,580 | 61,120 | |
| 1 - 02011496 | 07/13/16 | TRICG | Tri Cities Grain | | EDDY | 98,500 | 36,280 | 62,220 | |
| 1 - 02011500 | 07/13/16 | TRICG | Tri Cities Grain | | CRAIG | 91,900 | 35,520 | 56,380 | |
| 1 - 02011510 | 07/13/16 | TRICG | Tri Cities Grain | | SALVADOR | 96,340 | 36,440 | 59,900 | |
| 1 - 02011513 | 07/13/16 | TRICG | Tri Cities Grain | | KURT | 92,020 | 33,940 | 58,080 | |
| 1 - 02011515 | 07/14/16 | TRICG | Tri Cities Grain | | BRAD | 105,760 | 33,200 | 72,560 | |
| 1 - 02011517 | 07/14/16 | TRICG | Tri Cities Grain | | JOSH | 102,580 | 37,400 | 65,180 | |
| 1 - 02011518 | 07/14/16 | TRICG | Tri Cities Grain | | JAMEY | 105,200 | 33,220 | 71,980 | |
| 1 - 02011520 | 07/14/16 | TRICG | Tri Cities Grain | | MARVIN | 102,540 | 37,560 | 64,980 | |
| 1 - 02011526 | 07/14/16 | TRICG | Tri Cities Grain | | ARMANDO | 94,040 | 32,820 | 61,220 | |
| 1 - 02011527 | 07/14/16 | TRICG | Tri Cities Grain | | GARY | 105,160 | 35,940 | 69,220 | |
| 1 - 02011537 | 07/14/16 | TRICG | Tri Cities Grain | | KEVIN | 103,320 | 38,500 | 64,820 | |
| 1 - 02011538 | 07/14/16 | TRICG | Tri Cities Grain | | WYMAN | 95,240 | 36,540 | 58,700 | |
| 1 - 02011540 | 07/15/16 | TRICG | Tri Cities Grain | | BRAD | 105,500 | 33,120 | 72,380 | |
| 1 - 02011541 | 07/15/16 | TRICG | Tri Cities Grain | | JAMEY | 105,560 | 33,160 | 72,400 | |
| 1 - 02011543 | 07/15/16 | TRICG | Tri Cities Grain | | MIKE | 95,980 | 35,460 | 60,520 | |
| 1 - 02011545 | 07/15/16 | TRICG | Tri Cities Grain | | AL PERASON | 105,120 | 36,360 | 68,760 | |
| 1 - 02011546 | 07/15/16 | TRICG | Tri Cities Grain | | RAUL | 100,620 | 38,320 | 62,300 | |
| 1 - 02011550 | 07/15/16 | TRICG | Tri Cities Grain | | ALICIA | 100,060 | 37,940 | 62,120 | |
| 1 - 02011555 | 07/15/16 | TRICG | Tri Cities Grain | | ANTHONY | 101,820 | 39,760 | 62,060 | |
| 1 - 02011557 | 07/15/16 | TRICG | Tri Cities Grain | | DOUG | 94,960 | 37,200 | 57,760 | |
| 1 - 02011564 | 07/15/16 | TRICG | Tri Cities Grain | | JAMES | 97,220 | 36,640 | 60,580 | |
| 1 - 02011565 | 07/15/16 | TRICG | Tri Cities Grain | | ESTEBAN | 79,840 | 30,320 | 49,520 | |
| 1 - 02011567 | 07/15/16 | TRICG | Tri Cities Grain | | CARLOS | 95,000 | 35,760 | 59,240 | |
| 1 - 02011568 | 07/15/16 | TRICG | Tri Cities Grain | | TONY | 101,280 | 39,380 | 61,900 | |
| 1 - 02011570 | 07/16/16 | TRICG | Tri Cities Grain | | FILIPE | 97,060 | 36,760 | 60,300 | |
| 1 - 02011572 | 07/16/16 | TRICG | Tri Cities Grain | | GUILLEMO | 99,860 | 36,720 | 63,140 | |
| 1 - 02011573 | 07/16/16 | TRICG | Tri Cities Grain | | FIDENCIO | 103,260 | 37,580 | 65,680 | |
| 1 - 02011575 | 07/16/16 | TRICG | Tri Cities Grain | | REFUGIO | 96,280 | 35,060 | 61,220 | |
| 1 - 02011576 | 07/16/16 | TRICG | Tri Cities Grain | | LUIS | 96,520 | 36,860 | 59,660 | |
| 1 - 02011577 | 07/16/16 | TRICG | Tri Cities Grain | | MIKE | 99,680 | 36,380 | 63,300 | |
| 1 - 02011578 | 07/16/16 | TRICG | Tri Cities Grain | | ESTESCOTT | 105,920 | 35,800 | 70,120 | |
| 1 - 02011581 | 07/18/16 | TRICG | Tri Cities Grain | | CHASE | 95,860 | 35,560 | 60,300 | |
| 1 - 02011583 | 07/18/16 | TRICG | Tri Cities Grain | | JAMEY | 105,720 | 33,160 | 72,560 | |
| 1 - 02011584 | 07/18/16 | TRICG | Tri Cities Grain | | WYMAN | 94,480 | 36,480 | 58,000 | |
| 1 - 02011585 | 07/18/16 | TRICG | Tri Cities Grain | | WILLIAM | 96,000 | 36,180 | 59,820 | |
| 1 - 02011586 | 07/18/16 | TRICG | Tri Cities Grain | | DAVE | 95,680 | 36,860 | 58,820 | |
| 1 - 02011587 | 07/18/16 | TRICG | Tri Cities Grain | | PEDRO | 95,280 | 35,660 | 59,620 | |
| 1 - 02011588 | 07/18/16 | TRICG | Tri Cities Grain | | ERVEY | 95,080 | 35,700 | 59,380 | |
| 1 - 02011590 | 07/18/16 | TRICG | Tri Cities Grain | | ARMANDO | 94,920 | 33,580 | 61,340 | |
| 1 - 02011592 | 07/18/16 | TRICG | Tri Cities Grain | | SALVADOR | 96,180 | 36,320 | 59,860 | |
| 1 - 02011593 | 07/18/16 | TRICG | Tri Cities Grain | | EDDY | 97,060 | 36,560 | 60,500 | |
| 1 - 02011596 | 07/18/16 | TRICG | Tri Cities Grain | | ALEX | 96,160 | 37,180 | 58,980 | |
| 1 - 02011597 | 07/18/16 | TRICG | Tri Cities Grain | | TONI | 96,600 | 36,240 | 60,360 | |
| 1 - 02011600 | 07/18/16 | TRICG | Tri Cities Grain | | ANTONIO | 95,920 | 34,420 | 61,500 | |

**FG 36084**

Case 19-06009-TLM  Doc 32  Filed 01/15/20  Entered 01/15/20 14:42:04  Desc Main
Document  Page 136 of 142

09/26/2017  10:13:27PM

Grain Accounting By Commodity Report

Page:  6

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02011601 | 07/18/16 | TRICG | Tri Cities Grain | | WILLIAM | 101,640 | 38,200 | 63,440 | |
| 1 - 02011602 | 07/18/16 | TRICG | Tri Cities Grain | | BILL | 102,460 | 39,020 | 63,440 | |
| 1 - 02011604 | 07/18/16 | TRICG | Tri Cities Grain | | MIKE | 100,000 | 36,340 | 63,660 | |
| 1 - 02011605 | 07/18/16 | TRICG | Tri Cities Grain | | JOHN | 104,580 | 37,600 | 66,980 | |
| 1 - 02011606 | 07/18/16 | TRICG | Tri Cities Grain | | BRIAN | 103,480 | 37,440 | 66,040 | |
| 1 - 02011610 | 07/18/16 | TRICG | Tri Cities Grain | | CARLOS | 94,820 | 35,680 | 59,140 | |
| 1 - 02011614 | 07/18/16 | TRICG | Tri Cities Grain | | ARTEMIO | 97,540 | 36,200 | 61,340 | |
| 1 - 02011616 | 07/18/16 | TRICG | Tri Cities Grain | | GEORGE | 96,080 | 36,620 | 59,460 | |
| 1 - 02011617 | 07/18/16 | TRICG | Tri Cities Grain | | JESUS | 95,180 | 34,700 | 60,480 | |
| 1 - 02011620 | 07/18/16 | TRICG | Tri Cities Grain | | ARTURO | 86,040 | 32,820 | 53,220 | |
| 1 - 02011621 | 07/19/16 | TRICG | Tri Cities Grain | | JAMEY | 106,220 | 33,180 | 73,040 | |
| 1 - 02011622 | 07/19/16 | TRICG | Tri Cities Grain | | CHASE | 95,760 | 35,280 | 60,480 | |
| 1 - 02011625 | 07/19/16 | TRICG | Tri Cities Grain | | GUILLEMO | 100,440 | 36,660 | 63,780 | |
| 1 - 02011626 | 07/19/16 | TRICG | Tri Cities Grain | | TONY | 99,100 | 38,500 | 60,600 | |
| 1 - 02011627 | 07/19/16 | TRICG | Tri Cities Grain | | TIM | 94,000 | 38,060 | 55,940 | |
| 1 - 02011628 | 07/19/16 | TRICG | Tri Cities Grain | | MIKE | 95,000 | 36,740 | 58,260 | |
| 1 - 02011629 | 07/19/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,560 | 32,920 | 72,640 | |
| 1 - 02011630 | 07/19/16 | TRICG | Tri Cities Grain | | RAUL | 101,840 | 38,160 | 63,680 | |
| 1 - 02011631 | 07/19/16 | TRICG | Tri Cities Grain | | COSME | 94,720 | 35,720 | 59,000 | |
| 1 - 02011634 | 07/19/16 | TRICG | Tri Cities Grain | | TEDDY | 93,560 | 36,180 | 57,380 | |
| 1 - 02011635 | 07/19/16 | TRICG | Tri Cities Grain | | TOM | 94,860 | 35,620 | 59,240 | |
| 1 - 02011636 | 07/19/16 | TRICG | Tri Cities Grain | | HOMER | 96,020 | 37,780 | 58,240 | |
| 1 - 02011638 | 07/19/16 | TRICG | Tri Cities Grain | | KEVIN | 103,000 | 39,440 | 63,560 | |
| 1 - 02011641 | 07/19/16 | TRICG | Tri Cities Grain | | MANUEL | 104,740 | 34,260 | 70,480 | |
| 1 - 02011642 | 07/19/16 | TRICG | Tri Cities Grain | | MIKE | 99,680 | 36,380 | 63,300 | |
| 1 - 02011643 | 07/19/16 | TRICG | Tri Cities Grain | | MARUBIN | 100,720 | 37,240 | 63,480 | |
| 1 - 02011644 | 07/19/16 | TRICG | Tri Cities Grain | | ALICIA | 100,040 | 37,220 | 62,820 | |
| 1 - 02011651 | 07/20/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,060 | 33,280 | 71,780 | |
| 1 - 02011652 | 07/20/16 | TRICG | Tri Cities Grain | | CHASE | 95,540 | 35,080 | 60,460 | |
| 1 - 02011653 | 07/20/16 | TRICG | Tri Cities Grain | | JAMEY | 105,540 | 33,660 | 71,880 | |
| 1 - 02011655 | 07/20/16 | TRICG | Tri Cities Grain | | VICTOR | 100,000 | 37,380 | 62,620 | |
| 1 - 02011656 | 07/20/16 | TRICG | Tri Cities Grain | | FILIPE | 97,040 | 36,800 | 60,240 | |
| 1 - 02011657 | 07/20/16 | TRICG | Tri Cities Grain | | OSCAR | 91,820 | 35,840 | 55,980 | |
| 1 - 02011659 | 07/20/16 | TRICG | Tri Cities Grain | | CUCO | 96,840 | 35,640 | 61,200 | |
| 1 - 02011660 | 07/20/16 | TRICG | Tri Cities Grain | | ALVARO | 95,300 | 36,840 | 58,460 | |
| 1 - 02011661 | 07/20/16 | TRICG | Tri Cities Grain | | TONY | 104,420 | 38,540 | 65,880 | |
| 1 - 02011669 | 07/20/16 | TRICG | Tri Cities Grain | | DAVE | 99,640 | 38,880 | 60,760 | |
| 1 - 02011673 | 07/20/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,600 | 64,420 | |
| 1 - 02011675 | 07/20/16 | TRICG | Tri Cities Grain | | SONNY | 104,120 | 37,180 | 66,940 | |
| 1 - 02011678 | 07/21/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,000 | 33,260 | 71,740 | |
| 1 - 02011681 | 07/21/16 | TRICG | Tri Cities Grain | | JAMEY | 105,000 | 33,340 | 71,660 | |
| 1 - 02011682 | 07/21/16 | TRICG | Tri Cities Grain | | JESSE | 87,980 | 35,900 | 52,080 | |
| 1 - 02011683 | 07/21/16 | TRICG | Tri Cities Grain | | ALICIA | 100,260 | 37,240 | 63,020 | |
| 1 - 02011684 | 07/21/16 | TRICG | Tri Cities Grain | | FELIPE | 97,020 | 36,380 | 60,640 | |
| 1 - 02011690 | 07/21/16 | TRICG | Tri Cities Grain | | CHASE | 95,760 | 35,680 | 60,080 | |
| 1 - 02011691 | 07/21/16 | TRICG | Tri Cities Grain | | DON | 87,280 | 35,560 | 51,720 | |
| 1 - 02011692 | 07/21/16 | TRICG | Tri Cities Grain | | TONY | 94,580 | 35,720 | 58,860 | |
| 1 - 02011694 | 07/21/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,680 | 64,340 | |
| 1 - 02011698 | 07/21/16 | TRICG | Tri Cities Grain | | KURT | 93,620 | 34,060 | 59,560 | |
| 1 - 02011702 | 07/22/16 | TRICG | Tri Cities Grain | | JONI | 94,080 | 36,080 | 58,000 | |
| 1 - 02011704 | 07/22/16 | TRICG | Tri Cities Grain | | PAULINO | 98,940 | 37,240 | 61,700 | |
| 1 - 02011705 | 07/22/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,140 | 33,100 | 72,040 | |
| 1 - 02011706 | 07/22/16 | TRICG | Tri Cities Grain | | JAMEY | 105,260 | 33,200 | 72,060 | |
| 1 - 02011708 | 07/22/16 | TRICG | Tri Cities Grain | | DAVE | 97,360 | 38,620 | 58,740 | |
| 1 - 02011709 | 07/22/16 | TRICG | Tri Cities Grain | | PHILLIPE | 96,980 | 35,900 | 61,080 | |
| 1 - 02011723 | 07/22/16 | TRICG | Tri Cities Grain | | MIKE | 95,940 | 37,080 | 58,860 | |
| 1 - 02011729 | 07/25/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,280 | 33,340 | 71,940 | |
| 1 - 02011730 | 07/25/16 | TRICG | Tri Cities Grain | | HEATH | 105,580 | 33,880 | 71,700 | |
| 1 - 02011731 | 07/25/16 | TRICG | Tri Cities Grain | | WAYNE | 102,760 | 36,100 | 66,660 | |
| 1 - 02011732 | 07/25/16 | TRICG | Tri Cities Grain | | ALICIA | 101,520 | 37,580 | 63,940 | |
| 1 - 02011733 | 07/25/16 | TRICG | Tri Cities Grain | | DAN | 94,660 | 36,960 | 57,700 | |
| 1 - 02011735 | 07/25/16 | TRICG | Tri Cities Grain | | JAMEY | 105,520 | 33,080 | 72,440 | |
| 1 - 02011736 | 07/25/16 | TRICG | Tri Cities Grain | | KIETH | 94,620 | 35,920 | 58,700 | |
| 1 - 02011740 | 07/25/16 | TRICG | Tri Cities Grain | | GARY | 104,980 | 34,000 | 70,980 | |
| 1 - 02011741 | 07/25/16 | TRICG | Tri Cities Grain | | VICTOR | 100,100 | 37,360 | 62,740 | |
| 1 - 02011747 | 07/25/16 | TRICG | Tri Cities Grain | | BRAD | 104,040 | 38,080 | 65,960 | |
| 1 - 02011750 | 07/25/16 | TRICG | Tri Cities Grain | | SUNNY | 103,800 | 37,200 | 66,600 | |
| 1 - 02011752 | 07/25/16 | TRICG | Tri Cities Grain | | SANTOS | 97,780 | 35,280 | 62,500 | |
| 1 - 02011753 | 07/25/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,680 | 64,340 | |
| 1 - 02011755 | 07/25/16 | TRICG | Tri Cities Grain | | PAULINO | 97,540 | 37,360 | 60,180 | |
| 1 - 02011759 | 07/25/16 | TRICG | Tri Cities Grain | | PHILLIPE | 96,540 | 36,160 | 60,380 | |
| 1 - 02011762 | 07/26/16 | TRICG | Tri Cities Grain | | JAMEY | 106,200 | 33,140 | 73,060 | |
| 1 - 02011763 | 07/26/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,480 | 33,340 | 72,140 | |
| 1 - 02011764 | 07/26/16 | TRICG | Tri Cities Grain | | HEATH | 105,700 | 34,360 | 71,340 | |

**FG 36085**

**SWW Whole Wheat (TON)    Commodity #: 31**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| 1 - 02011765 | 07/26/16 | TRICG | Tri Cities Grain | | JULIAN | 94,080 | 36,520 | 57,560 | |
| 1 - 02011766 | 07/26/16 | TRICG | Tri Cities Grain | | ALICIA | 101,200 | 37,680 | 63,520 | |
| 1 - 02011767 | 07/26/16 | TRICG | Tri Cities Grain | | ROSS | 95,940 | 35,640 | 60,300 | |
| 1 - 02011772 | 07/26/16 | TRICG | Tri Cities Grain | | VICTOR | 100,100 | 37,360 | 62,740 | |
| 1 - 02011794 | 07/27/16 | TRICG | Tri Cities Grain | | ALICIA | 101,500 | 37,620 | 63,880 | |
| 1 - 02011795 | 07/27/16 | TRICG | Tri Cities Grain | | JULIAN | 95,860 | 36,440 | 59,420 | |
| 1 - 02011934 | 08/02/16 | TRICG | Tri Cities Grain | | JAMEY | 105,500 | 33,120 | 72,380 | |
| 1 - 02011935 | 08/02/16 | TRICG | Tri Cities Grain | | HEATH | 105,500 | 33,300 | 72,200 | |
| 1 - 02012052 | 08/08/16 | TRICG | Tri Cities Grain | | KURT | 93,700 | 36,000 | 57,700 | |
| 1 - 02012282 | 08/22/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,440 | 63,780 | |
| 1 - 02012283 | 08/22/16 | TRICG | Tri Cities Grain | | GARY | 105,540 | 33,300 | 72,240 | |
| 1 - 02012285 | 08/22/16 | TRICG | Tri Cities Grain | | KALEB | 102,700 | 36,380 | 66,320 | |
| 1 - 02012292 | 08/22/16 | TRICG | Tri Cities Grain | | SONNY | 103,720 | 37,160 | 66,560 | |
| 1 - 02012296 | 08/22/16 | TRICG | Tri Cities Grain | | KURT | 105,220 | 32,860 | 72,360 | |
| 1 - 02012297 | 08/22/16 | TRICG | Tri Cities Grain | | NATO | 94,480 | 36,140 | 58,340 | |
| 1 - 02012298 | 08/22/16 | TRICG | Tri Cities Grain | | ABEL | 96,520 | 36,100 | 60,420 | |
| 1 - 02012301 | 08/22/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,540 | 33,600 | 71,940 | |
| 1 - 02012302 | 08/22/16 | TRICG | Tri Cities Grain | | DAVE | 97,000 | 38,860 | 58,140 | |
| 1 - 02012306 | 08/23/16 | TRICG | Tri Cities Grain | | DEL | 94,500 | 35,360 | 59,140 | |
| 1 - 02012307 | 08/23/16 | TRICG | Tri Cities Grain | | VICTOR | 100,920 | 37,360 | 63,560 | |
| 1 - 02012308 | 08/23/16 | TRICG | Tri Cities Grain | | MARTIN | 89,380 | 32,260 | 57,120 | |
| 1 - 02012311 | 08/23/16 | TRICG | Tri Cities Grain | | WILLIE | 96,140 | 32,100 | 64,040 | |
| 1 - 02012313 | 08/23/16 | TRICG | Tri Cities Grain | | JULIAN | 100,420 | 36,200 | 64,220 | |
| 1 - 02012318 | 08/23/16 | TRICG | Tri Cities Grain | | SUNNY | 103,300 | 37,200 | 66,100 | |
| 1 - 02012321 | 08/23/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,760 | 33,540 | 72,220 | |
| 1 - 02012326 | 08/24/16 | TRICG | Tri Cities Grain | | DEL | 94,300 | 35,580 | 58,720 | |
| 1 - 02012327 | 08/24/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,160 | 64,060 | |
| 1 - 02012335 | 08/24/16 | TRICG | Tri Cities Grain | | ALICI | 100,700 | 37,320 | 63,380 | |
| 1 - 02012336 | 08/24/16 | TRICG | Tri Cities Grain | | KALEB | 102,580 | 35,940 | 66,640 | |
| 1 - 02012344 | 08/24/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,760 | 33,500 | 72,260 | |
| 1 - 02012345 | 08/24/16 | TRICG | Tri Cities Grain | TCG10616 | VICTOR | 100,080 | 37,340 | 62,740 | |
| 1 - 02012350 | 08/24/16 | TRICG | Tri Cities Grain | | PHELIPE | 96,820 | 35,880 | 60,940 | |
| 1 - 02012353 | 08/25/16 | TRICG | Tri Cities Grain | | DEL | 93,880 | 36,140 | 57,740 | |
| 1 - 02012354 | 08/25/16 | TRICG | Tri Cities Grain | | WILLIAM | 103,560 | 38,360 | 65,200 | |
| 1 - 02012358 | 08/25/16 | TRICG | Tri Cities Grain | | JULIAN | 100,240 | 36,120 | 64,120 | |
| 1 - 02012359 | 08/25/16 | TRICG | Tri Cities Grain | | LEEROY | 104,860 | 35,080 | 69,780 | |
| 1 - 02012363 | 08/25/16 | TRICG | Tri Cities Grain | | KALEB | 102,540 | 36,420 | 66,120 | |
| 1 - 02012366 | 08/25/16 | TRICG | Tri Cities Grain | | SUNNY | 103,700 | 37,220 | 66,480 | |
| 1 - 02012367 | 08/25/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,800 | 33,460 | 72,340 | |
| 1 - 02012374 | 08/25/16 | TRICG | Tri Cities Grain | | FELIPE | 96,800 | 36,160 | 60,640 | |
| 1 - 02012377 | 08/26/16 | TRICG | Tri Cities Grain | | DEL | 94,520 | 36,240 | 58,280 | |
| 1 - 02012378 | 08/26/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,140 | 64,080 | |
| 1 - 02012404 | 08/27/16 | TRICG | Tri Cities Grain | | FELIPE | 97,380 | 36,540 | 60,840 | |
| 1 - 02012405 | 08/27/16 | TRICG | Tri Cities Grain | | ADOLFO | 89,040 | 33,640 | 55,400 | |
| 1 - 02012406 | 08/27/16 | TRICG | Tri Cities Grain | | JONAS | 95,700 | 37,540 | 58,160 | |
| 1 - 02012407 | 08/27/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,000 | 38,080 | 58,920 | |
| 1 - 02012409 | 08/29/16 | TRICG | Tri Cities Grain | | DEL | 95,600 | 35,780 | 59,820 | |
| 1 - 02012410 | 08/29/16 | TRICG | Tri Cities Grain | | TONI | 94,160 | 36,520 | 57,640 | |
| 1 - 02012411 | 08/29/16 | TRICG | Tri Cities Grain | | ALICIA | 101,220 | 37,100 | 64,120 | |
| 1 - 02012412 | 08/29/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,600 | 71,720 | |
| 1 - 02012414 | 08/29/16 | TRICG | Tri Cities Grain | | JULIAN | 100,240 | 36,220 | 64,020 | |
| 1 - 02012416 | 08/29/16 | TRICG | Tri Cities Grain | | MARTIN | 96,540 | 36,560 | 59,980 | |
| 1 - 02012424 | 08/29/16 | TRICG | Tri Cities Grain | | SAM | 102,800 | 38,780 | 64,020 | |
| 1 - 02012426 | 08/29/16 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 36,280 | 60,220 | |
| 1 - 02012427 | 08/29/16 | TRICG | Tri Cities Grain | | WILLIE | 96,000 | 31,820 | 64,180 | |
| 1 - 02012428 | 08/29/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,860 | 33,560 | 72,300 | |
| 1 - 02012430 | 08/29/16 | TRICG | Tri Cities Grain | | BEN | 101,820 | 39,360 | 62,460 | |
| 1 - 02012432 | 08/29/16 | TRICG | Tri Cities Grain | | JIMMY | 103,360 | 37,060 | 66,300 | |
| 1 - 02012434 | 08/29/16 | TRICG | Tri Cities Grain | | KEVIN | 103,060 | 38,960 | 64,100 | |
| 1 - 02012440 | 08/30/16 | TRICG | Tri Cities Grain | | DEL | 93,440 | 36,100 | 57,340 | |
| 1 - 02012441 | 08/30/16 | TRICG | Tri Cities Grain | | ALICI | 100,440 | 37,680 | 62,760 | |
| 1 - 02012442 | 08/30/16 | TRICG | Tri Cities Grain | | JULIAN | 100,200 | 36,460 | 63,740 | |
| 1 - 02012443 | 08/30/16 | TRICG | Tri Cities Grain | | CODY | 94,940 | 35,800 | 59,140 | |
| 1 - 02012446 | 08/30/16 | TRICG | Tri Cities Grain | | RICHARD | 104,420 | 38,140 | 66,280 | |
| 1 - 02012449 | 08/30/16 | TRICG | Tri Cities Grain | | KALEB | 102,980 | 36,440 | 66,540 | |
| 1 - 02012459 | 08/30/16 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 36,280 | 60,220 | |
| 1 - 02012461 | 08/30/16 | TRICG | Tri Cities Grain | | ALLEN | 104,980 | 32,680 | 72,300 | |
| 1 - 02012462 | 08/30/16 | TRICG | Tri Cities Grain | | BRIAN | 103,500 | 37,720 | 65,780 | |
| 1 - 02012466 | 08/30/16 | TRICG | Tri Cities Grain | | GEORGE | 105,480 | 33,540 | 71,940 | |
| 1 - 02012469 | 08/30/16 | TRICG | Tri Cities Grain | | JONAS | 96,000 | 37,540 | 58,460 | |
| 1 - 02012470 | 08/30/16 | TRICG | Tri Cities Grain | | BEN | 101,500 | 38,440 | 63,060 | |
| 1 - 02012472 | 08/31/16 | TRICG | Tri Cities Grain | | JIMMY | 102,480 | 37,300 | 65,180 | |
| 1 - 02012476 | 08/31/16 | TRICG | Tri Cities Grain | | JULIAN | 100,300 | 36,200 | 64,100 | |
| 1 - 02012481 | 08/31/16 | TRICG | Tri Cities Grain | | CODY | 103,900 | 38,820 | 65,080 | |

**FG 36086**

Case 19-06009-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 14:42:04    Desc Main
Document    Page 138 of 142
09/26/2017  10:13:27PM
Documenting By Commodity Report
Location(s): 1-FARMERS GRAIN
Page:      8

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02012485 | 08/31/16 | TRICG | Tri Cities Grain | | KALEB | 102,000 | 35,640 | 66,360 | |
| 1 - 02012487 | 08/31/16 | TRICG | Tri Cities Grain | | DAVE | 98,200 | 38,580 | 59,620 | |
| 1 - 02012489 | 08/31/16 | TRICG | Tri Cities Grain | | BRIAN | 103,140 | 37,780 | 65,360 | |
| 1 - 02012490 | 08/31/16 | TRICG | Tri Cities Grain | | JAMES | 94,980 | 36,200 | 58,780 | |
| 1 - 02012492 | 08/31/16 | TRICG | Tri Cities Grain | | BRIAN | 103,520 | 39,400 | 64,120 | |
| 1 - 02012493 | 08/31/16 | TRICG | Tri Cities Grain | | FELIPE | 92,720 | 37,700 | 55,020 | |
| 1 - 02012497 | 09/01/16 | TRICG | Tri Cities Grain | | JULIAN | 100,340 | 36,160 | 64,180 | |
| 1 - 02012498 | 09/01/16 | TRICG | Tri Cities Grain | | GIL | 100,080 | 36,120 | 63,960 | |
| 1 - 02012499 | 09/01/16 | TRICG | Tri Cities Grain | | DEL | 93,700 | 35,140 | 58,560 | |
| 1 - 02012506 | 09/01/16 | TRICG | Tri Cities Grain | | JIMMY | 101,140 | 37,300 | 63,840 | |
| 1 - 02012525 | 09/02/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,180 | 72,120 | |
| 1 - 02012526 | 09/02/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,460 | 33,460 | 72,000 | |
| 1 - 02012536 | 09/03/16 | TRICG | Tri Cities Grain | | BRIAN | 101,040 | 40,140 | 60,900 | |
| 1 - 02012544 | 09/06/16 | TRICG | Tri Cities Grain | | SCOTT | 105,120 | 36,080 | 69,040 | |
| 1 - 02012547 | 09/06/16 | TRICG | Tri Cities Grain | | CALEB | 102,520 | 36,440 | 66,080 | |
| 1 - 02012550 | 09/06/16 | TRICG | Tri Cities Grain | | MARIN | 96,480 | 37,060 | 59,420 | |
| 1 - 02012551 | 09/06/16 | TRICG | Tri Cities Grain | | KEVIN | 103,440 | 39,320 | 64,120 | |
| 1 - 02012552 | 09/06/16 | TRICG | Tri Cities Grain | | WILLIE | 95,920 | 32,380 | 63,540 | |
| 1 - 02012555 | 09/06/16 | TRICG | Tri Cities Grain | | GEORGE | 105,340 | 33,460 | 71,880 | |
| 1 - 02012556 | 09/06/16 | TRICG | Tri Cities Grain | | HOWARD | 103,000 | 37,820 | 65,180 | |
| 1 - 02012564 | 09/07/16 | TRICG | Tri Cities Grain | | JOHN | 102,780 | 36,680 | 66,100 | |
| 1 - 02012565 | 09/07/16 | TRICG | Tri Cities Grain | | JULIAN | 101,080 | 36,180 | 64,900 | |
| 1 - 02012570 | 09/07/16 | TRICG | Tri Cities Grain | | TONI | 98,140 | 36,660 | 61,480 | |
| 1 - 02012574 | 09/07/16 | TRICG | Tri Cities Grain | | BRIAN | 103,540 | 37,600 | 65,940 | |
| 1 - 02012576 | 09/07/16 | TRICG | Tri Cities Grain | | CODY | 96,020 | 34,860 | 61,160 | |
| 1 - 02012592 | 09/08/16 | TRICG | Tri Cities Grain | | JONAS | 95,480 | 37,600 | 57,880 | |
| 1 - 02012595 | 09/08/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,660 | 36,160 | 64,500 | |
| 1 - 02012597 | 09/08/16 | TRICG | Tri Cities Grain | | DEL | 95,660 | 35,680 | 59,980 | |
| 1 - 02012599 | 09/08/16 | TRICG | Tri Cities Grain | | ADOLFO | 89,020 | 33,680 | 55,340 | |
| 1 - 02012601 | 09/08/16 | TRICG | Tri Cities Grain | | TONY | 93,060 | 36,140 | 56,920 | |
| 1 - 02012602 | 09/08/16 | TRICG | Tri Cities Grain | | CLINT | 92,560 | 35,880 | 56,680 | |
| 1 - 02012607 | 09/08/16 | TRICG | Tri Cities Grain | | SCOTT | 101,820 | 37,020 | 64,800 | |
| 1 - 02012608 | 09/08/16 | TRICG | Tri Cities Grain | | DOUG | 89,060 | 35,420 | 53,640 | |
| 1 - 02012615 | 09/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,840 | 33,440 | 72,400 | |
| 1 - 02012618 | 09/09/16 | TRICG | Tri Cities Grain | | ANTONIO | 96,000 | 34,740 | 61,260 | |
| 1 - 02012619 | 09/09/16 | TRICG | Tri Cities Grain | | JULIAN | 100,780 | 36,240 | 64,540 | |
| 1 - 02012624 | 09/09/16 | TRICG | Tri Cities Grain | | DEL | 94,020 | 35,360 | 58,660 | |
| 1 - 02012626 | 09/09/16 | TRICG | Tri Cities Grain | | BRAD | 105,460 | 33,700 | 71,760 | |
| 1 - 02012627 | 09/09/16 | TRICG | Tri Cities Grain | | TONI | 86,900 | 35,760 | 51,140 | |
| 1 - 02012628 | 09/09/16 | TRICG | Tri Cities Grain | | CLINT | 77,680 | 35,420 | 42,260 | |
| 1 - 02012629 | 09/09/16 | TRICG | Tri Cities Grain | | ISMAEL | 95,860 | 35,120 | 60,740 | |
| 1 - 02012632 | 09/09/16 | TRICG | Tri Cities Grain | | CHRIS | 94,560 | 36,960 | 57,600 | |
| 1 - 02012635 | 09/09/16 | TRICG | Tri Cities Grain | | JOE | 101,040 | 38,220 | 62,820 | |
| 1 - 02012636 | 09/09/16 | TRICG | Tri Cities Grain | | JOE | 101,860 | 37,660 | 64,200 | |
| 1 - 02012639 | 09/09/16 | TRICG | Tri Cities Grain | | JAMEY | 105,300 | 33,440 | 71,860 | |
| 1 - 02012644 | 09/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,860 | 33,620 | 72,240 | |
| 1 - 02012648 | 09/09/16 | TRICG | Tri Cities Grain | | FRANSICO | 88,500 | 32,700 | 55,800 | |
| 1 - 02012649 | 09/10/16 | TRICG | Tri Cities Grain | | JONAS | 95,480 | 36,720 | 58,760 | |
| 1 - 02012650 | 09/10/16 | TRICG | Tri Cities Grain | | ARTEMIO | 97,600 | 36,380 | 61,220 | |
| 1 - 02012651 | 09/10/16 | TRICG | Tri Cities Grain | | GIL | 99,060 | 36,020 | 63,040 | |
| 1 - 02012652 | 09/10/16 | TRICG | Tri Cities Grain | | GUSTAVO | 96,500 | 36,960 | 59,540 | |
| 1 - 02012653 | 09/10/16 | TRICG | Tri Cities Grain | | PHIL | 97,600 | 38,160 | 59,440 | |
| 1 - 02012654 | 09/10/16 | TRICG | Tri Cities Grain | | RAUL | 101,060 | 38,140 | 62,920 | |
| 1 - 02012655 | 09/10/16 | TRICG | Tri Cities Grain | | JAMES | 96,120 | 36,520 | 59,600 | |
| 1 - 02012656 | 09/12/16 | TRICG | Tri Cities Grain | | JULIAN | 101,440 | 36,320 | 65,120 | |
| 1 - 02012657 | 09/12/16 | TRICG | Tri Cities Grain | | HEATH | 105,380 | 33,240 | 72,140 | |
| 1 - 02012658 | 09/12/16 | TRICG | Tri Cities Grain | | ISMAEL | 95,000 | 35,400 | 59,600 | |
| 1 - 02012659 | 09/12/16 | TRICG | Tri Cities Grain | | JOHN | 105,080 | 38,100 | 66,980 | |
| 1 - 02012662 | 09/12/16 | TRICG | Tri Cities Grain | | GARY | 104,480 | 33,980 | 70,500 | |
| 1 - 02012663 | 09/12/16 | TRICG | Tri Cities Grain | | RICHARD | 105,680 | 32,840 | 72,840 | |
| 1 - 02012664 | 09/12/16 | TRICG | Tri Cities Grain | | KEVIN | 103,780 | 39,340 | 64,440 | |
| 1 - 02012665 | 09/12/16 | TRICG | Tri Cities Grain | | MIKE | 96,940 | 36,180 | 60,760 | |
| 1 - 02012666 | 09/12/16 | TRICG | Tri Cities Grain | | WILLIE | 95,420 | 32,780 | 62,640 | |
| 1 - 02012668 | 09/12/16 | TRICG | Tri Cities Grain | | BRIAN | 103,300 | 38,080 | 65,220 | |
| 1 - 02012672 | 09/12/16 | TRICG | Tri Cities Grain | | JOSE | 96,840 | 36,720 | 60,120 | |
| 1 - 02012673 | 09/12/16 | TRICG | Tri Cities Grain | | MIKE | 102,440 | 40,140 | 62,300 | |
| 1 - 02012679 | 09/12/16 | TRICG | Tri Cities Grain | | BRAD | 105,940 | 33,560 | 72,380 | |
| 1 - 02012681 | 09/12/16 | TRICG | Tri Cities Grain | | JOSE | 99,600 | 38,480 | 61,120 | |
| 1 - 02012683 | 09/12/16 | TRICG | Tri Cities Grain | | TONY | 100,620 | 39,820 | 60,800 | |
| 1 - 02012687 | 09/13/16 | TRICG | Tri Cities Grain | | JOSH | 103,500 | 36,340 | 67,160 | |
| 1 - 02012689 | 09/13/16 | TRICG | Tri Cities Grain | | HEATH | 105,620 | 33,300 | 72,320 | |
| 1 - 02012690 | 09/13/16 | TRICG | Tri Cities Grain | | JAMEY | 105,240 | 33,300 | 71,940 | |
| 1 - 02012691 | 09/13/16 | TRICG | Tri Cities Grain | | DEL | 97,300 | 35,440 | 61,860 | |
| 1 - 02012694 | 09/13/16 | TRICG | Tri Cities Grain | | JULIAN | 100,200 | 36,360 | 63,840 | |

Case 19-06009-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 14:42:04    Desc Main
Document    Page 139 of 142
Page: 9

09/26/2017  10:13:27PM

Commodity Setting By Commodity Report

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02012697 | 09/13/16 | TRICG | Tri Cities Grain | | PHIL | 97,880 | 38,240 | 59,640 | |
| 1 - 02012705 | 09/13/16 | TRICG | Tri Cities Grain | | BRICE | 102,260 | 39,820 | 62,440 | |
| 1 - 02012707 | 09/13/16 | TRICG | Tri Cities Grain | | JOSE | 97,060 | 36,520 | 60,540 | |
| 1 - 02012709 | 09/13/16 | TRICG | Tri Cities Grain | | BILL | 102,500 | 38,040 | 64,460 | |
| 1 - 02012713 | 09/13/16 | TRICG | Tri Cities Grain | | HOWARD | 102,660 | 37,460 | 65,200 | |
| 1 - 02012717 | 09/13/16 | TRICG | Tri Cities Grain | | MIKE | 102,560 | 40,220 | 62,340 | |
| 1 - 02012724 | 09/14/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,200 | 72,120 | |
| 1 - 02012746 | 09/15/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,180 | 72,140 | |
| 1 - 02012749 | 09/15/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,100 | 35,100 | 70,000 | |
| 1 - 02012762 | 09/15/16 | TRICG | Tri Cities Grain | | CARL | 105,180 | 35,400 | 69,780 | |
| 1 - 02012791 | 09/19/16 | TRICG | Tri Cities Grain | | BRIAN | 102,160 | 37,740 | 64,420 | |
| 1 - 02012793 | 09/19/16 | TRICG | Tri Cities Grain | | JON | 101,780 | 38,180 | 63,600 | |
| 1 - 02012797 | 09/20/16 | TRICG | Tri Cities Grain | | DEL | 93,160 | 35,780 | 57,380 | |
| 1 - 02012798 | 09/20/16 | TRICG | Tri Cities Grain | | WILLIAM | 102,700 | 38,400 | 64,300 | |
| 1 - 02012799 | 09/20/16 | TRICG | Tri Cities Grain | | HEATH | 105,720 | 33,280 | 72,440 | |
| 1 - 02012800 | 09/20/16 | TRICG | Tri Cities Grain | | BRAD | 105,860 | 33,420 | 72,440 | |
| 1 - 02012801 | 09/20/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,940 | 35,120 | 70,820 | |
| 1 - 02012832 | 09/22/16 | TRICG | Tri Cities Grain | | BRAD | 104,960 | 33,520 | 71,440 | |
| 1 - 02012833 | 09/22/16 | TRICG | Tri Cities Grain | | HEATH | 105,660 | 33,340 | 72,320 | |
| 1 - 02012834 | 09/22/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,360 | 35,120 | 70,240 | |
| 1 - 02012835 | 09/22/16 | TRICG | Tri Cities Grain | | JULIAN | 100,620 | 36,340 | 64,280 | |
| 1 - 02012853 | 09/23/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,260 | 72,040 | |
| 1 - 02012855 | 09/23/16 | TRICG | Tri Cities Grain | | DAVE | 93,360 | 38,540 | 54,820 | |
| 1 - 02012856 | 09/23/16 | TRICG | Tri Cities Grain | | JOSH | 103,720 | 36,260 | 67,460 | |
| 1 - 02012857 | 09/23/16 | TRICG | Tri Cities Grain | | ROLLIN | 104,680 | 35,100 | 69,580 | |
| 1 - 02012858 | 09/23/16 | TRICG | Tri Cities Grain | | JULIAN | 100,460 | 36,300 | 64,160 | |
| 1 - 02012873 | 09/23/16 | TRICG | Tri Cities Grain | | JAMEY | 106,100 | 33,140 | 72,960 | |
| 1 - 02012875 | 09/23/16 | TRICG | Tri Cities Grain | | BRIAN | 102,520 | 37,680 | 64,840 | |
| 1 - 02012888 | 09/24/16 | TRICG | Tri Cities Grain | | DENVER | 96,160 | 35,320 | 60,840 | |
| 1 - 02012890 | 09/26/16 | TRICG | Tri Cities Grain | | KEVIN | 103,520 | 39,040 | 64,480 | |
| 1 - 02012891 | 09/26/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,260 | 72,060 | |
| 1 - 02012894 | 09/26/16 | TRICG | Tri Cities Grain | | HOWARD | 102,260 | 37,480 | 64,780 | |
| 1 - 02012909 | 09/26/16 | TRICG | Tri Cities Grain | | BRIAN | 102,780 | 37,740 | 65,040 | |
| 1 - 02012913 | 09/26/16 | TRICG | Tri Cities Grain | | TODD | 104,740 | 31,740 | 73,000 | |
| 1 - 02012914 | 09/26/16 | TRICG | Tri Cities Grain | | QUINN | 105,320 | 29,580 | 75,740 | |
| 1 - 02012915 | 09/26/16 | TRICG | Tri Cities Grain | | VICENTE | 97,860 | 35,260 | 62,600 | |
| 1 - 02012919 | 09/26/16 | TRICG | Tri Cities Grain | | SANTOS | 97,940 | 35,280 | 62,660 | |
| 1 - 02012920 | 09/27/16 | TRICG | Tri Cities Grain | | JOSH | 101,360 | 36,380 | 64,980 | |
| 1 - 02012921 | 09/27/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,300 | 72,000 | |
| 1 - 02012923 | 09/27/16 | TRICG | Tri Cities Grain | | MIKE | 103,980 | 37,920 | 66,060 | |
| 1 - 02012925 | 09/27/16 | TRICG | Tri Cities Grain | | JULIAN | 100,420 | 36,280 | 64,140 | |
| 1 - 02012927 | 09/27/16 | TRICG | Tri Cities Grain | | HOWARD | 103,200 | 37,860 | 65,340 | |
| 1 - 02012936 | 09/27/16 | TRICG | Tri Cities Grain | | BRIAN | 103,480 | 37,740 | 65,740 | |
| 1 - 02012937 | 09/27/16 | TRICG | Tri Cities Grain | | MAT | 95,760 | 35,880 | 59,880 | |
| 1 - 02012938 | 09/27/16 | TRICG | Tri Cities Grain | | DALTON | 94,700 | 35,040 | 59,660 | |
| 1 - 02012943 | 09/28/16 | TRICG | Tri Cities Grain | | JENNIFER | 105,160 | 31,400 | 73,760 | |
| 1 - 02012948 | 09/28/16 | TRICG | Tri Cities Grain | | HEATH | 105,340 | 33,320 | 72,020 | |
| 1 - 02012950 | 09/28/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,140 | 36,280 | 63,860 | |
| 1 - 02012953 | 09/28/16 | TRICG | Tri Cities Grain | | PHIL | 97,180 | 38,120 | 59,060 | |
| 1 - 02012954 | 09/28/16 | TRICG | Tri Cities Grain | | KEVIN | 103,500 | 38,960 | 64,540 | |
| 1 - 02012955 | 09/28/16 | TRICG | Tri Cities Grain | | RICHARD | 102,300 | 38,300 | 64,000 | |
| 1 - 02012956 | 09/28/16 | TRICG | Tri Cities Grain | | TONI | 101,000 | 39,000 | 62,000 | |
| 1 - 02012958 | 09/28/16 | TRICG | Tri Cities Grain | | KALEB | 102,120 | 35,760 | 66,360 | |
| 1 - 02012963 | 09/28/16 | TRICG | Tri Cities Grain | | GIL | 100,560 | 36,920 | 63,640 | |
| 1 - 02012968 | 09/28/16 | TRICG | Tri Cities Grain | | BRIAN | 102,480 | 37,700 | 64,780 | |
| 1 - 02012969 | 09/28/16 | TRICG | Tri Cities Grain | | BRAD | 105,480 | 33,560 | 71,920 | |
| 1 - 02012970 | 09/28/16 | TRICG | Tri Cities Grain | | MAT | 95,480 | 34,640 | 60,840 | |
| 1 - 02012975 | 09/28/16 | TRICG | Tri Cities Grain | | CLINT | 95,020 | 34,940 | 60,080 | |
| 1 - 02012977 | 09/29/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,320 | 72,000 | |
| 1 - 02012979 | 09/29/16 | TRICG | Tri Cities Grain | | PHIL | 97,940 | 38,200 | 59,740 | |
| 1 - 02012984 | 09/29/16 | TRICG | Tri Cities Grain | | JOHN | 98,260 | 38,140 | 60,120 | |
| 1 - 02012987 | 09/29/16 | TRICG | Tri Cities Grain | | DENVER | 96,180 | 35,260 | 60,920 | |
| 1 - 02012989 | 09/29/16 | TRICG | Tri Cities Grain | | BRAD | 105,180 | 33,520 | 71,660 | |
| 1 - 02012991 | 09/29/16 | TRICG | Tri Cities Grain | | BRIAN | 102,280 | 38,460 | 63,820 | |
| 1 - 02012994 | 09/29/16 | TRICG | Tri Cities Grain | | BILL | 102,580 | 37,340 | 65,240 | |
| 1 - 02012995 | 09/29/16 | TRICG | Tri Cities Grain | | KALEB | 102,320 | 35,840 | 66,480 | |
| 1 - 02012997 | 09/30/16 | TRICG | Tri Cities Grain | | HEATH | 105,220 | 33,260 | 71,960 | |
| 1 - 02012999 | 09/30/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,760 | 36,280 | 64,480 | |
| 1 - 02013001 | 09/30/16 | TRICG | Tri Cities Grain | | JAMEY | 105,620 | 33,300 | 72,320 | |
| 1 - 02013002 | 09/30/16 | TRICG | Tri Cities Grain | | RICHARD | 102,580 | 37,880 | 64,700 | |
| 1 - 02013008 | 09/30/16 | TRICG | Tri Cities Grain | | GIL | 100,280 | 37,180 | 63,100 | |
| 1 - 02013009 | 09/30/16 | TRICG | Tri Cities Grain | | PHIL | 98,320 | 38,240 | 60,080 | |
| 1 - 02013011 | 09/30/16 | TRICG | Tri Cities Grain | | MATT | 95,300 | 35,180 | 60,120 | |
| 1 - 02013012 | 09/30/16 | TRICG | Tri Cities Grain | | DALTON | 95,440 | 34,640 | 60,800 | |

Documenting By Page Report

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02013021 | 09/30/16 | TRICG | Tri Cities Grain | | BRIAN | 102,900 | 37,640 | 65,260 | |
| 1 - 02013028 | 10/03/16 | TRICG | Tri Cities Grain | | JULIAN | 100,900 | 36,300 | 64,600 | |
| 1 - 02013030 | 10/03/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,280 | 72,040 | |
| 1 - 02013033 | 10/03/16 | TRICG | Tri Cities Grain | LITTLE DAVE TF | DAVE | 97,740 | 35,740 | 62,000 | |
| 1 - 02013034 | 10/03/16 | TRICG | Tri Cities Grain | | CRAIG | 102,320 | 37,880 | 64,440 | |
| 1 - 02013037 | 10/03/16 | TRICG | Tri Cities Grain | | GUSTAVO | 95,880 | 37,880 | 58,000 | |
| 1 - 02013038 | 10/03/16 | TRICG | Tri Cities Grain | | KARL | 105,500 | 35,100 | 70,400 | |
| 1 - 02013039 | 10/03/16 | TRICG | Tri Cities Grain | | DOUG | 85,840 | 35,160 | 50,680 | |
| 1 - 02013045 | 10/03/16 | TRICG | Tri Cities Grain | | JOHN | 102,580 | 37,700 | 64,880 | |
| 1 - 02013048 | 10/03/16 | TRICG | Tri Cities Grain | | GIL | 99,260 | 37,140 | 62,120 | |
| 1 - 02013063 | 10/03/16 | TRICG | Tri Cities Grain | | JOSH | 105,500 | 35,980 | 69,520 | |
| 1 - 02013066 | 10/03/16 | TRICG | Tri Cities Grain | | MEL | 100,820 | 39,240 | 61,580 | |
| 1 - 02013070 | 10/04/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,260 | 72,060 | |
| 1 - 02013071 | 10/04/16 | TRICG | Tri Cities Grain | | JULLIAN | 99,920 | 36,160 | 63,760 | |
| 1 - 02013073 | 10/04/16 | TRICG | Tri Cities Grain | | DOUG | 87,240 | 35,420 | 51,820 | |
| 1 - 02013076 | 10/04/16 | TRICG | Tri Cities Grain | | BRIAN | 102,160 | 37,560 | 64,600 | |
| 1 - 02013078 | 10/04/16 | TRICG | Tri Cities Grain | | GUSTOVO | 95,840 | 36,900 | 58,940 | |
| 1 - 02013079 | 10/04/16 | TRICG | Tri Cities Grain | | JON | 105,560 | 38,120 | 67,440 | |
| 1 - 02013084 | 10/04/16 | TRICG | Tri Cities Grain | | GIL | 100,320 | 37,180 | 63,140 | |
| 1 - 02013089 | 10/04/16 | TRICG | Tri Cities Grain | | CAMARA | 101,340 | 38,360 | 62,980 | |
| 1 - 02013094 | 10/05/16 | TRICG | Tri Cities Grain | | DOUG | 89,200 | 35,500 | 53,700 | |
| 1 - 02013095 | 10/05/16 | TRICG | Tri Cities Grain | | JOSH | 102,040 | 36,900 | 65,140 | |
| 1 - 02013097 | 10/05/16 | TRICG | Tri Cities Grain | | JULIAN | 100,300 | 36,560 | 63,740 | |
| 1 - 02013109 | 10/05/16 | TRICG | Tri Cities Grain | | KEVIN | 103,280 | 39,000 | 64,280 | |
| 1 - 02013120 | 10/06/16 | TRICG | Tri Cities Grain | | BRIAN | 102,340 | 37,560 | 64,780 | |
| 1 - 02013132 | 10/07/16 | TRICG | Tri Cities Grain | | MANUAL | 102,240 | 37,420 | 64,820 | |
| 1 - 02013133 | 10/07/16 | TRICG | Tri Cities Grain | | ADOLFO | 87,100 | 34,340 | 52,760 | |
| 1 - 02013136 | 10/07/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,280 | 36,580 | 63,700 | |
| 1 - 02013155 | 10/07/16 | TRICG | Tri Cities Grain | | BRIAN | 102,620 | 37,680 | 64,940 | |
| 1 - 02013165 | 10/10/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,120 | 36,640 | 63,480 | |
| 1 - 02013168 | 10/10/16 | TRICG | Tri Cities Grain | | GIL | 102,140 | 37,020 | 65,120 | |
| 1 - 02013169 | 10/10/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 39,160 | 63,860 | |
| 1 - 02013171 | 10/10/16 | TRICG | Tri Cities Grain | | RICHARD | 102,820 | 38,780 | 64,040 | |
| 1 - 02013172 | 10/10/16 | TRICG | Tri Cities Grain | | AL | 103,960 | 36,060 | 67,900 | |
| 1 - 02013177 | 10/10/16 | TRICG | Tri Cities Grain | | BILL | 103,500 | 37,840 | 65,660 | |
| 1 - 02013180 | 10/10/16 | TRICG | Tri Cities Grain | | JOHN | 102,640 | 38,580 | 64,060 | |
| 1 - 02013188 | 10/11/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,580 | 36,720 | 57,860 | |
| 1 - 02013189 | 10/11/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,160 | 37,140 | 63,020 | |
| 1 - 02013192 | 10/11/16 | TRICG | Tri Cities Grain | | WAYNE | 102,980 | 36,960 | 66,020 | |
| 1 - 02013195 | 10/11/16 | TRICG | Tri Cities Grain | | GIL | 100,300 | 37,260 | 63,040 | |
| 1 - 02013197 | 10/11/16 | TRICG | Tri Cities Grain | | ALEX | 93,040 | 36,360 | 56,680 | |
| 1 - 02013198 | 10/11/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 34,040 | 71,280 | |
| 1 - 02013215 | 10/12/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,100 | 36,840 | 63,260 | |
| 1 - 02013216 | 10/12/16 | TRICG | Tri Cities Grain | | AL | 104,420 | 36,020 | 68,400 | |
| 1 - 02013218 | 10/12/16 | TRICG | Tri Cities Grain | | GIL | 100,280 | 37,640 | 62,640 | |
| 1 - 02013228 | 10/12/16 | TRICG | Tri Cities Grain | | AUGIE | 103,600 | 37,900 | 65,700 | |
| 1 - 02013235 | 10/13/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,040 | 36,660 | 57,380 | |
| 1 - 02013236 | 10/13/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,020 | 36,460 | 63,560 | |
| 1 - 02013239 | 10/13/16 | TRICG | Tri Cities Grain | | WAYNE | 103,460 | 36,440 | 67,020 | |
| 1 - 02013242 | 10/13/16 | TRICG | Tri Cities Grain | | GIL | 100,540 | 36,980 | 63,560 | |
| 1 - 02013243 | 10/13/16 | TRICG | Tri Cities Grain | | MEL | 98,700 | 39,720 | 58,980 | |
| 1 - 02013254 | 10/14/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,080 | 36,900 | 63,180 | |
| 1 - 02013255 | 10/14/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,240 | 36,760 | 57,480 | |
| 1 - 02013259 | 10/14/16 | TRICG | Tri Cities Grain | | GIL | 98,940 | 37,120 | 61,820 | |
| 1 - 02013262 | 10/14/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,680 | 35,260 | 70,420 | |
| 1 - 02013266 | 10/14/16 | TRICG | Tri Cities Grain | | MEL | 81,480 | 38,560 | 42,920 | |
| 1 - 02013267 | 10/14/16 | TRICG | Tri Cities Grain | | ISHMIAL | 95,980 | 35,240 | 60,740 | |
| 1 - 02013268 | 10/14/16 | TRICG | Tri Cities Grain | | WAYNE | 103,320 | 36,340 | 66,980 | |
| 1 - 02013287 | 10/17/16 | TRICG | Tri Cities Grain | | KEVIN | 104,040 | 37,120 | 66,920 | |
| 1 - 02013288 | 10/17/16 | TRICG | Tri Cities Grain | | JULIAN | 100,180 | 36,360 | 63,820 | |
| 1 - 02013289 | 10/17/16 | TRICG | Tri Cities Grain | | SANTIAGO | 101,020 | 38,680 | 62,340 | |
| 1 - 02013292 | 10/17/16 | TRICG | Tri Cities Grain | | GIL | 100,560 | 37,560 | 63,000 | |
| 1 - 02013293 | 10/17/16 | TRICG | Tri Cities Grain | | MARTIN | 95,340 | 37,260 | 58,080 | |
| 1 - 02013323 | 10/18/16 | TRICG | Tri Cities Grain | | AL | 104,140 | 36,100 | 68,040 | |
| 1 - 02013325 | 10/18/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,500 | 35,740 | 69,760 | |
| 1 - 02013329 | 10/18/16 | TRICG | Tri Cities Grain | | PHIL | 97,240 | 38,500 | 58,740 | |
| 1 - 02013330 | 10/18/16 | TRICG | Tri Cities Grain | | KALEB | 102,300 | 36,480 | 65,820 | |
| 1 - 02013331 | 10/18/16 | TRICG | Tri Cities Grain | | JAMEY | 105,540 | 33,240 | 72,300 | |
| 1 - 02013346 | 10/18/16 | TRICG | Tri Cities Grain | | MATT | 95,460 | 35,160 | 60,300 | |
| 1 - 02013352 | 10/19/16 | TRICG | Tri Cities Grain | | GARY | 105,080 | 35,980 | 69,100 | |
| 1 - 02013360 | 10/19/16 | TRICG | Tri Cities Grain | | CAMARA | 102,860 | 38,860 | 64,000 | |
| 1 - 02013370 | 10/20/16 | TRICG | Tri Cities Grain | | JOSE | 100,600 | 38,500 | 62,100 | |
| 1 - 02013374 | 10/20/16 | TRICG | Tri Cities Grain | | JAY | 85,160 | 31,140 | 54,020 | |
| 1 - 02013379 | 10/20/16 | TRICG | Tri Cities Grain | | BRAD | 105,640 | 33,260 | 72,380 | |

**FG 36089**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| **SWW Whole Wheat (TON)** | **Commodity #: 31** | | | | | | | | |
| 1 - 02013385 | 10/20/16 | TRICG | Tri Cities Grain | | TROY | 95,940 | 34,120 | 61,820 | |
| 1 - 02013422 | 10/24/16 | TRICG | Tri Cities Grain | | NATO | 95,480 | 33,040 | 62,440 | |
| 1 - 02013423 | 10/24/16 | TRICG | Tri Cities Grain | | ADOLF | 95,560 | 35,680 | 59,880 | |
| 1 - 02013425 | 10/24/16 | TRICG | Tri Cities Grain | | KEVIN | 104,280 | 37,320 | 66,960 | |
| 1 - 02013429 | 10/24/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,560 | 36,880 | 60,680 | |
| 1 - 02013430 | 10/24/16 | TRICG | Tri Cities Grain | | GARY | 105,320 | 33,980 | 71,340 | |
| 1 - 02013431 | 10/24/16 | TRICG | Tri Cities Grain | | WAYNE | 101,740 | 36,320 | 65,420 | |
| 1 - 02013436 | 10/24/16 | TRICG | Tri Cities Grain | | JOSH | 102,160 | 36,960 | 65,200 | |
| 1 - 02013439 | 10/24/16 | TRICG | Tri Cities Grain | | CESAR | 85,000 | 36,020 | 48,980 | |
| 1 - 02013447 | 10/24/16 | TRICG | Tri Cities Grain | | SUGAR RAY | 92,700 | 38,440 | 54,260 | |
| 1 - 02013457 | 10/25/16 | TRICG | Tri Cities Grain | | HEATH | 105,960 | 33,760 | 72,200 | |
| 1 - 02013461 | 10/25/16 | TRICG | Tri Cities Grain | | JAMEY | 105,340 | 33,580 | 71,760 | |
| 1 - 02013463 | 10/25/16 | TRICG | Tri Cities Grain | | RICK | 105,280 | 35,380 | 69,900 | |
| 1 - 02013470 | 10/25/16 | TRICG | Tri Cities Grain | | AL | 104,860 | 36,340 | 68,520 | |
| 1 - 02013476 | 10/26/16 | TRICG | Tri Cities Grain | | BILL | 101,860 | 38,640 | 63,220 | |
| 1 - 02013478 | 10/26/16 | TRICG | Tri Cities Grain | | BRAD | 105,240 | 33,800 | 71,440 | |
| 1 - 02013479 | 10/26/16 | TRICG | Tri Cities Grain | | DEL | 92,000 | 36,420 | 55,580 | |
| 1 - 02013482 | 10/26/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,220 | 36,720 | 57,500 | |
| 1 - 02013484 | 10/26/16 | TRICG | Tri Cities Grain | | DOUG | 87,420 | 35,260 | 52,160 | |
| 1 - 02013486 | 10/26/16 | TRICG | Tri Cities Grain | | HECTOR | 94,020 | 34,960 | 59,060 | |
| 1 - 02013488 | 10/26/16 | TRICG | Tri Cities Grain | | GIL | 98,660 | 37,120 | 61,540 | |
| 1 - 02013491 | 10/26/16 | TRICG | Tri Cities Grain | | MEL | 99,980 | 39,020 | 60,960 | |
| 1 - 02013508 | 10/27/16 | TRICG | Tri Cities Grain | | CLINT | 79,880 | 36,800 | 43,080 | |
| 1 - 02013510 | 10/27/16 | TRICG | Tri Cities Grain | | WAYNEO | 102,360 | 36,420 | 65,940 | |
| 1 - 02013520 | 10/27/16 | TRICG | Tri Cities Grain | | GARY | 104,920 | 36,080 | 68,840 | |
| 1 - 02013526 | 10/28/16 | TRICG | Tri Cities Grain | | | 105,760 | 36,440 | 69,320 | |
| 1 - 02013535 | 10/28/16 | TRICG | Tri Cities Grain | | ALICIA | 100,400 | 37,960 | 62,440 | |
| 1 - 02013536 | 10/28/16 | TRICG | Tri Cities Grain | | VICTOR | 99,600 | 37,680 | 61,920 | |
| 1 - 02013537 | 10/28/16 | TRICG | Tri Cities Grain | | PHIL | 98,700 | 38,820 | 59,880 | |
| 1 - 02013539 | 10/28/16 | TRICG | Tri Cities Grain | | JERRY | 102,200 | 35,040 | 67,160 | |
| 1 - 02013559 | 10/31/16 | TRICG | Tri Cities Grain | | KEVIN | 101,460 | 36,980 | 64,480 | |
| 1 - 02013563 | 10/31/16 | TRICG | Tri Cities Grain | | ANTONIO | 100,700 | 38,280 | 62,420 | |
| 1 - 02013567 | 10/31/16 | TRICG | Tri Cities Grain | | CHRIS | 101,520 | 37,680 | 63,840 | |
| 1 - 02013568 | 10/31/16 | TRICG | Tri Cities Grain | | WAYNE | 101,740 | 36,380 | 65,360 | |
| 1 - 02013569 | 10/31/16 | TRICG | Tri Cities Grain | | GUS | 101,000 | 38,920 | 62,080 | |
| 1 - 02013573 | 10/31/16 | TRICG | Tri Cities Grain | | ADOLFO | 94,800 | 36,220 | 58,580 | |
| 1 - 02013576 | 10/31/16 | TRICG | Tri Cities Grain | | JON | 97,600 | 38,920 | 58,680 | |
| 1 - 02013577 | 10/31/16 | TRICG | Tri Cities Grain | | JOHN | 103,680 | 37,200 | 66,480 | |
| 1 - 02013579 | 10/31/16 | TRICG | Tri Cities Grain | | SAM | 95,620 | 36,960 | 58,660 | |
| 1 - 02013580 | 10/31/16 | TRICG | Tri Cities Grain | | CHARLES | 104,260 | 39,540 | 64,720 | |
| 1 - 02013581 | 10/31/16 | TRICG | Tri Cities Grain | | DAVID | 99,080 | 39,400 | 59,680 | |
| 1 - 02013582 | 10/31/16 | TRICG | Tri Cities Grain | | JOSE | 101,960 | 37,960 | 64,000 | |
| 1 - 02013583 | 10/31/16 | TRICG | Tri Cities Grain | | WILLIAM | 89,380 | 37,360 | 52,020 | |
| 1 - 02013585 | 10/31/16 | TRICG | Tri Cities Grain | | JAVAER | 100,920 | 36,820 | 64,100 | |
| 1 - 02013588 | 10/31/16 | TRICG | Tri Cities Grain | | RIGO | 94,740 | 36,880 | 57,860 | |
| 1 - 02013589 | 10/31/16 | TRICG | Tri Cities Grain | | GIL | 99,640 | 36,960 | 62,680 | |
| 1 - 02013591 | 10/31/16 | TRICG | Tri Cities Grain | | GARY | 103,340 | 33,640 | 69,700 | |
| 1 - 02013597 | 11/01/16 | TRICG | Tri Cities Grain | | VICTOR | 98,640 | 37,100 | 61,540 | |
| 1 - 02013598 | 11/01/16 | TRICG | Tri Cities Grain | | CLINT | 85,380 | 37,680 | 47,700 | |
| 1 - 02013599 | 11/01/16 | TRICG | Tri Cities Grain | | JOSH | 102,240 | 37,340 | 64,900 | |
| 1 - 02013601 | 11/01/16 | TRICG | Tri Cities Grain | | ALICIA | 100,380 | 37,780 | 62,600 | |
| 1 - 02013603 | 11/01/16 | TRICG | Tri Cities Grain | | TONY | 100,020 | 39,560 | 60,460 | |
| 1 - 02013604 | 11/01/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,380 | 38,140 | 59,240 | |
| 1 - 02013605 | 11/01/16 | TRICG | Tri Cities Grain | | DOUG | 87,120 | 35,320 | 51,800 | |
| 1 - 02013607 | 11/01/16 | TRICG | Tri Cities Grain | | LEEROY | 104,960 | 35,480 | 69,480 | |
| 1 - 02013610 | 11/01/16 | TRICG | Tri Cities Grain | | VICTOR | 99,600 | 37,600 | 62,000 | |
| 1 - 02013612 | 11/01/16 | TRICG | Tri Cities Grain | | BRIAN | 102,480 | 38,080 | 64,400 | |
| 1 - 02013618 | 11/01/16 | TRICG | Tri Cities Grain | | JIM | 93,420 | 36,840 | 56,580 | |
| 1 - 02013620 | 11/01/16 | TRICG | Tri Cities Grain | | KIP | 90,660 | 32,940 | 57,720 | |
| 1 - 02013623 | 11/01/16 | TRICG | Tri Cities Grain | | ALAN | 86,100 | 29,560 | 56,540 | |
| 1 - 02013624 | 11/01/16 | TRICG | Tri Cities Grain | | STEVE | 78,340 | 29,900 | 48,440 | |
| 1 - 02013625 | 11/01/16 | TRICG | Tri Cities Grain | | JOHN | 96,060 | 35,980 | 60,080 | |
| 1 - 02013626 | 11/01/16 | TRICG | Tri Cities Grain | | MARTYN | 94,160 | 37,000 | 57,160 | |
| 1 - 02013627 | 11/01/16 | TRICG | Tri Cities Grain | | WOODY | 100,620 | 37,040 | 63,580 | |
| 1 - 02013628 | 11/01/16 | TRICG | Tri Cities Grain | | JON | 97,780 | 38,900 | 58,880 | |
| 1 - 02013630 | 11/01/16 | TRICG | Tri Cities Grain | | SONNY | 101,460 | 37,200 | 64,260 | |
| 1 - 02013636 | 11/02/16 | TRICG | Tri Cities Grain | | HECTOR | 96,020 | 36,260 | 59,760 | |
| 1 - 02013637 | 11/02/16 | TRICG | Tri Cities Grain | | PHELIPE | 96,860 | 36,380 | 60,480 | |
| 1 - 02013638 | 11/02/16 | TRICG | Tri Cities Grain | | PAULINO | 98,680 | 37,960 | 60,720 | |
| 1 - 02013639 | 11/02/16 | TRICG | Tri Cities Grain | | VICTOR | 100,000 | 37,240 | 62,760 | |
| 1 - 02013640 | 11/02/16 | TRICG | Tri Cities Grain | | JOHN | 102,900 | 36,780 | 66,120 | |
| 1 - 02013641 | 11/02/16 | TRICG | Tri Cities Grain | | JOSH | 101,180 | 37,320 | 63,860 | |
| 1 - 02013644 | 11/02/16 | TRICG | Tri Cities Grain | | JOE | 101,340 | 37,920 | 63,420 | |
| 1 - 02013645 | 11/02/16 | TRICG | Tri Cities Grain | | CLINT | 86,000 | 37,640 | 48,360 | |

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02013648 | 11/02/16 | TRICG | Tri Cities Grain | | MIKE | 100,880 | 37,040 | 63,840 | |
| 1 - 02013651 | 11/02/16 | TRICG | Tri Cities Grain | | BILL | 101,140 | 38,680 | 62,460 | |
| 1 - 02013652 | 11/02/16 | TRICG | Tri Cities Grain | | DOUG | 86,200 | 35,380 | 50,820 | |
| 1 - 02013653 | 11/02/16 | TRICG | Tri Cities Grain | | DOUG | 104,080 | 33,580 | 70,500 | |
| 1 - 02013655 | 11/02/16 | TRICG | Tri Cities Grain | | DELL | 101,000 | 37,340 | 63,660 | |
| 1 - 02013656 | 11/02/16 | TRICG | Tri Cities Grain | | GUSTAVO | 96,560 | 36,980 | 59,580 | |
| 1 - 02013657 | 11/02/16 | TRICG | Tri Cities Grain | | ADOLFO | 93,820 | 36,080 | 57,740 | |
| 1 - 02013659 | 11/02/16 | TRICG | Tri Cities Grain | | GIL | 98,060 | 37,180 | 60,880 | |
| 1 - 02013660 | 11/02/16 | TRICG | Tri Cities Grain | | VICTOR | 101,620 | 37,620 | 64,000 | |
| 1 - 02013661 | 11/02/16 | TRICG | Tri Cities Grain | | DORAN | 101,040 | 37,380 | 63,660 | |
| 1 - 02013808 | 11/08/16 | TRICG | Tri Cities Grain | 8296 | ALEX | 100,040 | 30,680 | 69,360 | |
| 1 - 02013822 | 11/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,660 | 36,620 | 66,040 | |
| 1 - 02013826 | 11/09/16 | TRICG | Tri Cities Grain | | HEATH | 102,680 | 36,360 | 66,320 | |
| 1 - 02013840 | 11/10/16 | TRICG | Tri Cities Grain | | WAYNE | 102,620 | 36,900 | 65,720 | |
| 1 - 02013842 | 11/10/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,800 | 36,600 | 66,200 | |
| 1 - 02014081 | 11/14/16 | TRICG | Tri Cities Grain | FG8387 | WAYNE | 100,440 | 36,600 | 63,840 | |
| 1 - 02014082 | 11/14/16 | TRICG | Tri Cities Grain | FG8496 | WAYNE | 102,620 | 36,640 | 65,980 | |
| 1 - 02013914 | 11/15/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,900 | 36,780 | 66,120 | |
| 1 - 02013936 | 11/16/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,760 | 36,420 | 66,340 | |
| 1 - 02013955 | 11/16/16 | TRICG | Tri Cities Grain | | WAYNE | 101,980 | 36,360 | 65,620 | |
| 1 - 02013957 | 11/17/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,900 | 36,680 | 66,220 | |
| 1 - 02014333 | 12/13/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,520 | 36,640 | 65,880 | |
| 1 - 02014335 | 12/13/16 | TRICG | Tri Cities Grain | | WAYNE | 103,640 | 36,840 | 66,800 | |
| 1 - 02014369 | 12/15/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,700 | 36,760 | 65,940 | |
| 1 - 02014374 | 12/15/16 | TRICG | Tri Cities Grain | | WAYNE | 103,040 | 37,300 | 65,740 | |
| 1 - 02014408 | 12/19/16 | TRICG | Tri Cities Grain | | TRAVIS | 100,020 | 36,880 | 63,140 | |
| 1 - 02014413 | 12/19/16 | TRICG | Tri Cities Grain | | WAYNE | 102,040 | 36,540 | 65,500 | |
| 1 - 02014438 | 12/21/16 | TRICG | Tri Cities Grain | | TRAVIS | 100,800 | 36,720 | 64,080 | |
| 1 - 02014460 | 12/22/16 | TRICG | Tri Cities Grain | | TRAVIS | 103,000 | 36,980 | 66,020 | |
| 1 - 02014462 | 12/22/16 | TRICG | Tri Cities Grain | | WAYNE | 102,620 | 37,300 | 65,320 | |
| 1 - 02014491 | 12/23/16 | TRICG | Tri Cities Grain | | WAYNE | 103,180 | 37,340 | 65,840 | |
| 1 - 02014492 | 12/23/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,640 | 36,840 | 65,800 | |
| 1 - 02014563 | 12/29/16 | TRICG | Tri Cities Grain | 2-3372 | TRAVIS | 102,400 | 36,860 | 65,540 | |
| 1 - 02014568 | 12/29/16 | TRICG | Tri Cities Grain | 2-3383 | JOSE | 103,500 | 36,500 | 67,000 | |
| *** Destination Totals: | | TRICG | | | | | | 34,051,540 | |
| 1 - 02014150 | 11/30/16 | VALEV | Valeview Bins | | JASON | 2 | 1 | 1 | 0.00 |
| *** Destination Totals: | | VALEV | | | | | | 1 | 0.00 |
| ** Commodity Totals: | | | SWW Whole Wheat | | | | | 52,124,601 | 0.00 |
| * Report Totals: | | | | | | | | 52,124,601 | 0.00 |

FG 36091